IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OTO ANALYTICS, LLC | § |
| Plaintiff, | § |
| v. | § Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS LLC, BENWORTH CAPITAL PARTNERS PR LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § |
| Defendants. | § |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Oto Analytics, LLC hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

SCAT20210721, LLC, a privately held corporation, is Oto Analytics, LLC's parent corporation.

Dated January 24, 2023

*Of Counsel:*

Willkie Farr & Gallagher LLP

Alexander L. Cheney (*pro hac vice* pending)
One Front Street
San Francisco, CA 94111
(415) 858-7400
acheney@willkie.com

Stuart R. Lombardi (*pro hac vice* pending)
787 7th Avenue
New York, NY 10019
(212) 728-8000
slombardi@willkie.com

Joshua S. Levy (*pro hac vice* pending)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

Respectfully submitted,

By: *s/Alejandro J. Cepeda Diaz*

Alejandro J. Cepeda Diaz
USDC-PR 222110
McConnell Valdés LLC
270 Muñoz Rivera Ave.
Hato Rey PR 00918
Tel: (787) 250-5637
Email: ajc@mcvpr.com

*Attorney for Plaintiff Oto Analytics, Inc.*