UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Oto Analytics, LLC**<br><br>Plaintiff<br><br>v.<br><br>**Benworth Capital Partners PR LLC et al**<br><br>Defendant | CIVIL NO. 3:23-cv-01034-ADC |

**NOTICE OF ISSUANCE OF SUMMONS**

Notice is hereby given that Summonses have been electronically issued on an expedited basis.  Summonses have been securely signed and sealed.  Counsel <u>must</u> <u>print</u> all summonses and follow the service requirements set forth by the Rules of Civil Procedure. Electronic issuance of Summonses should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at

(787)772-3000.  In San Juan, Puerto Rico, on this 25th day of January, 2023.

AGNES L. FERRER-AUFFANT, ESQ.
ACTING CLERK OF COURT

By: s/Viviana Díaz-Mulero
Deputy Clerk