DPR MODIFIED AO 440 (Rev. 05/22) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of

<table>
<tr><td>OTO ANALYTICS, LLC,</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td></td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No. 3:23 — cv — 01034 — ADC</td></tr>
<tr><td></td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>Benworth Capital Partners PR LLC et al.</td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Benworth Capital Partners PR LLC
954 Ave Ponce de Leon
Suite 205 - PMB 10319
San Juan, PR 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro J. Cepeda-Díaz
McConnell Valdés LLC
270 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*AGNES L. FERRER-AUFFANT, ESQ*
*ACTING CLERK OF COURT*

Date: 01/25/2023 _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 05/22) Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-01034-ADC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 05/22) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

|  |  |
|---|---|
| OTO ANALYTICS, LLC, <br> *Plaintiff(s)* <br> v. <br><br><br> Benworth Capital Partners PR LLC et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 3:23—cv—01034—ADC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Benworth Capital Partners LLC
700 Biltmore Way, Suite C1
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro J. Cepeda-Díaz
McConnell Valdés LLC
270 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*AGNES L. FERRER-AUFFANT, ESQ*
*ACTING CLERK OF COURT*

Date: 01/25/2023

_____
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 05/22) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01034-ADC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 05/22)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

<table>
<tr><td>OTO ANALYTICS, LLC,<br><i>Plaintiff(s)</i><br>v.<br><br>Benworth Capital Partners PR LLC et al.<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  3:23-cv-01034-ADC</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bernardo Navarro
954 Ave Ponce de Leon,
Suite 205 - PMB 10319,
San Juan, PR, 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro J. Cepeda-Díaz
McConnell Valdés LLC
270 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*AGNES L. FERRER-AUFFANT, ESQ*
*ACTING CLERK OF COURT*

Date: _____01/25/2023_____          _____
                                          *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 05/22)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-01034-ADC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 05/22)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of

|  |  |  |
|---|---|---|
| OTO ANALYTICS, LLC,<br>*Plaintiff(s)*<br>v.<br><br><br>Benworth Capital Partners PR LLC et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:23-cv-01034-ADC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Claudia Navarro
954 Ave Ponce de Leon,
Suite 205 - PMB 10319,
San Juan, PR, 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro J. Cepeda-Díaz
McConnell Valdés LLC
270 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*AGNES L. FERRER-AUFFANT, ESQ*
*ACTING CLERK OF COURT*

Date:  01/25/2023

_____
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 05/22)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-01034-ADC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: