IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OTO ANALYTICS, LLC,      §
           §
    Plaintiff,      §
           §
    v.        §   Civil Action No. 23-01034
           §
BENWORTH CAPITAL PARTNERS PR   §
LLC, BENWORTH CAPITAL PARTNERS   §
LLC, BERNARDO NAVARRO and    §
CLAUDIA NAVARRO,      §
           §
    Defendants.

## APPLICATION FOR ADMISSION PRO HAC VICE FOR JOSHUA S. LEVY

Comes now, Joshua S. Levy, applicant herein and respectfully states:

1.  Applicant is an attorney and member of the law firm of Willkie Farr & Gallagher LLP, with offices at:

| Address | 1875 K St NW #100 Washington, DC 20006 |
|---|---|
| Email | jlevy@willkie.com |
| Telephone No. | (202) 303-1147 |
| Fax No. | (202) 303-2000 |

2.  Applicant will sign all pleadings with the name Joshua S. Levy.

3.  Applicant has been retained personally or as a member of the above-named firm by Oto Analytics, LLC (f/k/a Oto Analytics, Inc., d/b/a Womply) ("Womply") to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.      Since October 5, 2015, applicant has been and presently is a member in good standing of the bar of the highest court of Washington, D.C., where applicant regularly practices law.  Applicant's bar license number is 1028856.

5.      Since March 26, 2012, applicant has been and presently is a member in good standing of the bar of the First Judicial Department, Appellate Division, Supreme Court of the State of New York.  Applicant's attorney registration number is 4997441.

6.      Applicant has been admitted to practice law before the following courts:

| **Court** | **Admission Date** |
|---|---|
| U.S. District Court for the Southern District of New York | 04/24/2012 |
| U.S. District Court for the Eastern District of New York | 04/27/2012 |
| U.S. Court of Appeals for the Second Circuit | 05/18/2017 |

7.      Applicant is a member in good standing of the bars of the courts listed in paragraph 6.

8.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9.      Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10.     Applicant has not filed for pro hac vice admission in the United States District Court of the District of Puerto Rico in the past three years.

11. Local counsel of record associated with applicant in this matter is:

**Alejandro J. Cepeda Diaz**
USDC-PR 222110
McConnell Valdés LLC
270 Muñoz Rivera Ave.
San Juan PR 00918
Tel: (787) 250-5637
Email: ajc@mcvpr.com

12. Applicant has read the local rules of this court and will comply with the same.

13. Applicant has read the Local Rules of the United State District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: January 27, 2023

_____
Joshua S. Levy

-3-

I HEREBY CERTIFY, pursuant to Local Rule 83(A)(f), that I consent to the designation of local counsel of record for all purposes.

Dated: January 27, 2023

_____
Alejandro J. Cepeda Diaz

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of the Court accompanied by a $300.00 pro hac vice admission fee.

Dated: January 27, 2023

_____
Alejandro J. Cepeda Diaz

-4-

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 27, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated:  January 27, 2023

By:_____
Alejandro J. Cepeda Diaz
USDC-PR 222110
McConnell Valdés LLC
270 Muñoz Rivera Ave.
Hato Rey PR 00918
Tel: (787) 250-5637
Email: ajc@mcvpr.com

*Attorney for Plaintiff Oto Analytics, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § § § § § § | |
| Defendants. | § § | |

## PROPOSED ORDER

The Court, having considered the Application for Admission Pro Hac Vice for Joshua S. Levy, orders that:

X     the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐     the application be denied. The Clerk of the Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2023.

_____
U.S. DISTRICT JUDGE

-6-