IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 23-01034 |
| | § | |
| BENWORTH CAPITAL PARTNERS PR | § | |
| LLC, BENWORTH CAPITAL PARTNERS | § | |
| LLC, BERNARDO NAVARRO and | § | |
| CLAUDIA NAVARRO, | § | |
| | § | |
| Defendants. | | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

The undersigned counsel for Oto Analytics, LLC ("Oto Analytics") hereby enters her appearance and very respectfully requests that all motions, papers, pleadings, and orders be served upon her at her address of record, which appears below.

WHEREFORE, undersigned counsel for Oto Analytics very respectfully requests from this Honorable Court to take notice of the above and serve her accordingly.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of February 2023.

I HEREBY CERTIFY, that on this same date, a copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

**McCONNELL VALDÉS LLC**
*Attorneys for Oto Analytics, LLC*
270 Muñoz Rivera Ave.
Hato Rey, PR 00918
Telephone: (787) 759-9292

-2-

Fax (787) 759-8282

*/s/Gabriela A. Pérez-Vélez*
Gabriela A. Pérez Vélez
USDC-PR No. 308210
gpv@mcvpr.com