IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § § § § § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Alexander L. Cheney, who is an attorney affiliated with

Willkie Farr & Gallagher LLP, hereby enters his appearance as counsel for Plaintiff Oto

Analytics, LLC in the above-captioned matter and requests that notice of all further proceedings

be served upon him at the addresses stated below:

Alexander L. Cheney
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, California 94111
(415) 858-7400
Email: acheney@willkie.com

Dated:  February 14, 2023

By: /s/ Alexander L. Cheney
Alexander L. Cheney
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, California 94111
(415) 858-7400
Email: acheney@willkie.com

*Attorney for Plaintiff Oto Analytics, LLC*

-2-

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 14, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated:  February 14, 2023
                                                    By: /s/ Alexander L. Cheney
                                                        Alexander L. Cheney
                                                        Willkie Farr & Gallagher LLP
                                                        One Front Street
                                                        San Francisco, California 94111
                                                        (415) 858-7400
                                                        Email: acheney@willkie.com

                                                        *Attorney for Plaintiff Oto Analytics, LLC*