IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 23-01034 |
| | § | |
| BENWORTH CAPITAL PARTNERS PR | § | |
| LLC, BENWORTH CAPITAL PARTNERS | § | |
| LLC, BERNARDO NAVARRO and | § | |
| CLAUDIA NAVARRO, | § | |
| | § | |
| Defendants. | | |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stuart R. Lombardi, who is an attorney affiliated with

Willkie Farr & Gallagher LLP, hereby enters his appearance as counsel for Plaintiff Oto

Analytics, LLC in the above-captioned matter and requests that notice of all further proceedings

be served upon him at the addresses stated below:

Stuart R. Lombardi
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Email: slombardi@willkie.com

Dated:  February 14, 2023

By: /s/ Stuart R. Lombardi
Stuart R. Lombardi
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Email: slombardi@willkie.com

*Attorney for Plaintiff Oto Analytics, LLC*

-2-

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on February 14, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated:  February 14, 2023

By: <u>/s/ Stuart R. Lombardi</u>
Stuart R. Lombardi
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Email: slombardi@willkie.com

*Attorney for Plaintiff Oto Analytics, LLC*