IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 23-01034 |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Joshua S. Levy, who is an attorney affiliated with Willkie Farr & Gallagher LLP, hereby enters his appearance as counsel for Plaintiff Oto Analytics, LLC in the above-captioned matter and requests that notice of all further proceedings be served upon him at the addresses stated below:

Joshua S. Levy
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006
(202) 303-1000
Email: jlevy@willkie.com

Dated: February 14, 2023

By: /s/ Joshua S. Levy
Joshua S. Levy
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006
(202) 303-1000
Email: jlevy@willkie.com

*Attorney for Plaintiff Oto Analytics, LLC*

-2-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on February 14, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated:  February 14, 2023

By: <u>/s/ Joshua S. Levy</u>
Joshua S. Levy
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006
(202) 303-1000
Email: jlevy@willkie.com

*Attorney for Plaintiff Oto Analytics, LLC*