# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

OTO ANALYTICS, LLC,

    Plaintiff,

        vs.

BENWORTH CAPITAL PARTNERS PR LLC,
BENWORTH CAPITAL PARTNERS LLC,
BERNARDO NAVARRO and CLAUDIA
NAVARRO,

    Defendants.

Civil No. 23-1034

## NOTICE OF APPEARANCE AND MOTION UNDER LOCAL CIVIL RULE 6 FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD

TO THE HONORABLE COURT:

NOW COMES defendant Benworth Capital Partners PR LLC, through the undersigned counsel, and respectfully states and prays as follows:

1. Notice is hereby given that the appearing defendant will be represented by the undersigned attorneys who were recently retained to assume their legal representation.

2. The appearing defendant was served with summons on February 2, 2023. The deadline to respond to the Complaint or otherwise defend currently expires tomorrow, February 23, 2023.

3. The appearing defendant and their counsel inform the court that it needs additional time to investigate the pertinent facts and issues of law, so they may properly answer the Complaint or otherwise respond. Therefore, they request, under Local Civil Rule 6 (authorizing the Clerk of the Court to grant a first extension of time not to exceed 30 days without further direction of the

Court), a 30-day extension of time to answer the Complaint or otherwise respond, to expire on March 27, 2023.

4.      If granted, this extension of time would not cause undue prejudice or delay, and it is sought in the interest of justice.

WHEREFORE, the appearing defendant request the court to: (i) take notice of who will represent it; and (ii) grant a first 30-day extension of time under L.Cv.R. 6 to answer the Complaint or otherwise plead to expire on March 27, 2023.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, today February 22, 2023.

CERTIFICATION: The undersigned counsel hereby certify that the instant document has been filed with the Court's CM/ ECF System, which will simultaneously serve notice on all counsel of record to their registered email addresses.

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
rcasellas@cabprlaw.com
cloubriel@cabprlaw.com

/s/ Ricardo F. Casellas
USDC-PR Bar No. 203114

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509

-2-