### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

OTO ANALYTICS, LLC,

    Plaintiff,

        vs.

BENWORTH CAPITAL PARTNERS PR LLC,
BENWORTH CAPITAL PARTNERS LLC,
BERNARDO NAVARRO and CLAUDIA
NAVARRO,

    Defendants.

Civil No. 23-01034

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Benworth Capital Partners PR LLC, by and through its undersigned counsel, submit the following corporate disclosure statement: (1) Benworth Capital Partner PR LLC does not have a parent corporation, and (2) no publicly held entity owns 10% or more of Benworth Capital Partner PR LLC.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, today February 23, 2023.

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
rcasellas@cabprlaw.com
cloubriel@cabprlaw.com

/s/ Ricardo F. Casellas
USDC-PR Bar No. 203114

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF System, which will send notice of such filing to all counsel of record.

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509

-2-