**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO.**<br><br>Defendants. | Civil No.: 23-1034 (ADC) |

**NOTICE OF SPECIAL APPEARANCE AND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AGAINST THE *COMPLAINT* [D.E 1]**

**TO THE HONORABLE COURT:**

**COMES NOW** defendant, **Benworth Capital Partners LLC** ("Benworth"), *by special appearance and without submitting to the jurisdiction or venue of this Court nor waiving any defense*, through the undersigned counsel, and very respectfully states and requests as follows:

1.      Notice is hereby given that the appearing defendant will be represented by the undersigned attorneys who were recently retained to assume its legal representation.

2.      On January 24, 2023, **OTO ANALYTICS, LLC** ("Plaintiff") filed the *Complaint* in the captioned case against Benworth. [D.E. 1].

3.      On February 6, 2023, the Plaintiff purportedly served Benworth with a copy of the Complaint and the summons issued by the Honorable Court on January 25, 2023. [D.E. 6].

4.      Consequently, if properly served, Benworth is required to answer or otherwise plead against the *Complaint* by February 27, 2023.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

5.      Although Benworth has begun its review of the Plaintiff's pleadings, Benworth needs an extension of time to properly and responsible answer or otherwise plead against the *Complaint*.

6.      Pursuant to Rule 6 of the Local Rules of this Court, "[t]he clerk is authorized to enter

**Notice of Appearance and Motion for Extension of Time … Complaint**
Oto Analytics, LLC, v. Benworth Capital Partners PR LLC et al.
Civil No. 23-1034 (ADC)
Page 2 of 2

orders granting a first extension of time, provided it encompasses a period not to exceed thirty (30) days." Therefore, Benworth respectfully requests a 30-day extension of time, counted from the original deadline of February 27, 2023, to answer or otherwise plead against the *Complaint*.  The period requested elapses on March 29, 2023.

7.      The instant request is made by Benworth by special appearance and without submitting to the jurisdiction or venue of this Honorable Court, without waiving any defenses, and expressly reserving all defenses available in law or fact.  The period requested is not burdensome for the Plaintiff nor is it requested to delay matters pending before the Court.

**WHEREFORE**, defendant Benworth respectfully requests that this Honorable Court take notice of the undersigned's representation, grant the instant motion, and, consequently, allow a 30-day extension of time counted from February 27, 2023, until ***March 29, 2023***, to answer or otherwise plead against the *Complaint*.

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of February 2023.

*For Benworth Capital Partners LLC:*

**Ferraiuoli** LLC
*Looking Forward*

PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*/s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002
Email: rcamara@ferraiuoli.com