**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| OTO ANALYTICS, LLC,<br><br>    Plaintiff,<br><br>         vs.<br><br>BENWORTH CAPITAL PARTNERS PR LLC,<br>BENWORTH CAPITAL PARTNERS LLC,<br>BERNARDO NAVARRO and CLAUDIA<br>NAVARRO,<br><br>    Defendants. | Civil No. 23-01034 |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Benworth Capital Partners LLC, by and through its undersigned counsel, submit the following corporate disclosure statement: (1) Benworth Capital Partners LLC does not have a parent corporation, and (2) no publicly held entity owns 10% or more of Benworth Capital Partners LLC.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, today February 23, 2023.

*Benworth Capital Partners LLC .:*

**Ferraiuoli** LLC
*Looking Forward*

PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

***/s/ Roberto A. Cámara-Fuertes***
Roberto A. Cámara-Fuertes
USDC-PR No. 219002
Email: rcamara@ferraiuoli.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF System, which will send notice of such filing to all counsel of record.

*/s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002
Email: rcamara@ferraiuoli.com