AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| OTO ANALYTICS, LLC, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    23-1034 |
| BENWORTH CAPITAL PARTNERS PR LLC, Et Al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BENWORTH CAPITAL PARTNERS PR LLC                                                                                      .

Date: _____02/24/2023_____

/S/ Ricardo F. Casellas
*Attorney's signature*

Ricardo F. Casellas - USDC-PR Bar No. 203114
*Printed name and bar number*

P.O. Box 363924
San Juan, PR 00936-4924
*Address*

rcasellas@cabprlaw.com
*E-mail address*

(787) 756-1400
*Telephone number*

(787) 756-1401
*FAX number*