UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

Oto Analytics, LLC

Plaintiff

Case No.: 3:23-cv-01034-ADC

vs.

Benworth Capital Partners PR LLC, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Christopher Mas, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/06/2023 at 3:01 PM, I served Benworth Capital Partners LLC c/o Alfred F. Andreu, P.A., Registered Agent at 700 Biltmore Way, Suite C-1, Coral Gables, Florida 33134 with the Summons and Complaint by serving Alejandros Varas, Legal Assistant for Alfred F. Andreu, P.A., authorized to accept service.

Alejandros Varas is described herein as:

Gender: Female   Race/Skin: Hispanic   Age: 30   Weight: 150   Height: 5'8"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

Executed On 02|13|2023

Christopher Mas

Client Ref Number:128303-00001
Job #: 1613983

Notary Public State of Florida
Gabriela Padron
My Commission GG 929484
Expires 11/06/2023

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050