## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

Oto Analytics, LLC

**Plaintiff**

Case No.: 3:23-cv-01034-ADC

*vs.*

Benworth Capital Partners PR LLC, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Yaitza Torres, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/07/2023 at 10:35 AM, I served Benworth Capital Partners PR LLC with the Summons and Complaint at 954 Ave Ponce de Leon, Suite 205, San Juan, Puerto Rico 00907 by serving Alondra Gomez, Office Administrator, who stated that he/she is authorized to accept service on behalf of Benworth Capital Partners PR LLC.

Alondra Gomez is described herein as:

Gender: Female    Race/Skin: Hispanic    Age: 25-30    Weight: 130    Height: 5'5"    Hair: Brown    Glasses: No

I declare under penalty of perjury that this information is true and correct.

Affidavit #19536
Sworn and subscribed before me by affiant, personally known to me, in Carolina, Puerto Rico on February 10, 2023. Attest.

Ignacia Rodríguez Stein
Puerto Rico Notary
Public #10,109

Executed On

**RECIBO**

**Sello**

4U22-03420481

9397
02/01/2023
$5.00
Sello de Asistencia Legal
80069-2023-0201-85415040

Yaitza Torres                    2/10/2023.

Client Ref Number:128303-00001
Job #: 1613990

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050



