UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

Oto Analytics, LLC

                                Plaintiff

                                                    Case No.: 3:23-cv-01034-ADC

                                    *vs.*

Benworth Capital Partners PR LLC, et al.

                            Defendant(s)

## AFFIDAVIT OF SERVICE

I, Yaitza Torres, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/7/2023 at 10:35 AM, I served Claudia Navarro with the Summons and Complaint at Benworth Capital Partners PR LLC, 954 Ave Ponce de Leon, Suite 205, San Juan, Puerto Rico 00907 by serving Alondra Gomez, Office Administrator, who stated that he/she is authorized to accept service on behalf of Claudia Navarro.

Alondra Gomez is described herein as:

Gender: Female   Race/Skin: Hispanic   Age: 25-30   Weight: 130   Height: 5'5"   Hair: Brown   Glasses: No

That in addition to the service noted above, the address listed above is Claudia Navarro's business address.

I declare under penalty of perjury that this information is true and correct.

*Affidavit # 19,734*
*Sworn and subscribed*
*to before me by affiant*
*personally known to me.*
*in Carolina, Puerto Rico*
*February 24. 2023*

*Belinda Rodriguez Nieves*
*Puerto Rico Notary Public*
*Comm Permanent No Expiration*

Executed On _February 24, 2023_                         Yaitza Torres
                                                                          Client Ref Number:128303-00001
                                                                          Job #: 1613991

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050







