**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

OTO ANALYTICS, LLC,

    Plaintiff,

        vs.

BENWORTH CAPITAL PARTNERS PR LLC,
BENWORTH CAPITAL PARTNERS LLC,
BERNARDO NAVARRO and CLAUDIA
NAVARRO,

    Defendants.

Civil No. 23-1034

**NOTICE OF SPECIAL APPEARANCE AND MOTION UNDER
LOCAL CIVIL RULE 6 FOR EXTENSION OF TIME
TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD**

TO THE HONORABLE COURT:

    NOW COMES defendant Claudia Navarro, by special appearance and without submitting to the jurisdiction of this Court, and respectfully states and prays as follows:

    1.    Notice is hereby given that the appearing defendant will be represented by the undersigned attorneys who were recently retained to assume their legal representation.

    2.    Yesterday, Plaintiff filed copy of an Affidavit of Service indicating that Mrs. Navarro was served with summons on February 7, 2023, through Ms. Alondra Goméz, an Office Administrator who purportedly stated that she was authorized to accept service on behalf of Mrs. Navarro.  (Docket No. 24.)

    3.    Consequently, if properly served, Mrs. Navarro is required to answer or otherwise defend against the Complaint by today, February 28, 2023.

4.      The appearing defendant and their counsel inform the court that they need additional time to investigate the pertinent facts and issues of law, so they may properly answer the Complaint or otherwise respond. Therefore, Ms. Navarro requests, under Local Civil Rule 6 (authorizing the Clerk of the Court to grant a first extension of time not to exceed 30 days without further direction of the Court), a 30-day extension of time to answer the Complaint or otherwise respond, to expire on March 30, 2023.

5.      If granted, this extension of time would not cause undue prejudice or delay, and it is sought in the interest of justice.

WHEREFORE, the appearing defendant request the court to: (i) take notice of who will represent it; and (ii) grant a first 30-day extension of time under L.Cv.R. 6 to answer the Complaint or otherwise plead to expire on March 30, 2023.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, today February 28, 2023.

CERTIFICATION: The undersigned counsel hereby certify that the instant document has been filed with the Court's CM/ ECF System, which will simultaneously serve notice on all counsel of record to their registered email addresses.

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
rcasellas@cabprlaw.com
cloubriel@cabprlaw.com

/s/ Ricardo F. Casellas
USDC-PR Bar No. 203114

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509