**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO.**<br><br>Defendants. | Civil No.: 23-1034 (ADC) |

**NOTICE OF SPECIAL APPEARANCE AND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AGAINST THE *COMPLAINT* [D.E 1]**

**TO THE HONORABLE COURT:**

**COMES NOW** co-defendant, **Mr. Bernardo Navarro** ("Mr. Navarro"), *by special appearance and without submitting to the jurisdiction or venue of this Court nor waiving any defense*, through the undersigned counsel, and very respectfully states and requests as follows:

1.     Notice is hereby given that the appearing defendant will be represented by the undersigned attorney who was recently retained to assume its legal representation.

2.     On January 24, 2023, **OTO ANALYTICS, LLC** ("Plaintiff") filed the *Complaint* in the captioned case against Mr. Bernardo Navarro and other co-defendants. [D.E. 1].

3.     On February 27, Plaintiff filed copy of an Affidavit of Service indicating that Mr. Navarro was served with summons on February 7, 2023, through Ms. Alondra G[ó]mez, an Office Administrator who purportedly stated that she was authorized to accept service on behalf of Mr. Navarro. [D.E. 23].

4.     Consequently, if properly served, Mr. Navarro is required to answer or otherwise plead against the *Complaint* by February 28, 2023.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

5.     Although Mr. Navarro has begun its review of the Plaintiff's pleadings, he needs an extension of time to properly and responsible answer or otherwise defend against the *Complaint*.

6.     Pursuant to Rule 6 of the Local Rules of this Court, "[t]he clerk is authorized to enter orders

**Notice of Appearance and Motion for Extension of Time … Complaint**
Oto Analytics, LLC, v. Benworth Capital Partners PR LLC et al.
Civil No. 23-1034 (ADC)
Page 2 of 2

granting a first extension of time, provided it encompasses a period not to exceed thirty (30) days." Therefore, Mr. Navarro respectfully requests a 30-day extension of time, counted from the original deadline of February 28, 2023, to answer or otherwise plead against the *Complaint*. The period requested elapses on March 30, 2023.

7.      The instant request is made by Mr. Navarro by special appearance and without submitting to the jurisdiction or venue of this Honorable Court, without waiving any defenses, and expressly reserving all defenses available in law or fact, including but without limited to deficient or improper service of process. The period requested is not burdensome for the Plaintiff nor is it requested to delay matters pending before the Court.

**WHEREFORE**, defendant Mr. Navarro respectfully requests that this Honorable Court take notice of the undersigned's representation, grant the instant motion, and, consequently, allow a 30-day extension of time counted from February 28, 2023, until ***March 30, 2023***, to answer or otherwise plead against the *Complaint*.

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of February 2023.

*For Mr. Bernardo Navarro:*

**Ferraiuoli** LLC
*Looking Forward*
PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*/s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002
Email: rcamara@ferraiuoli.com