# Proposed Order

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2023.

_____
U.S. DISTRICT JUDGE