## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

OTO ANALYTICS, LLC,

    Plaintiff,

          vs.

BENWORTH CAPITAL PARTNERS PR LLC,
BENWORTH CAPITAL PARTNERS LLC,
BERNARDO NAVARRO and CLAUDIA
NAVARRO,

    Defendants.

Civil No. 23-01034

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Michael Lorigas, Esq., applicant herein and respectfully states:

1.      Applicant is an attorney and a member of the law firm of Kozyak Tropin & Throckmorton, with offices at:

| Address | 2525 Ponce de Leon Boulevard, 9th Floor |
|---|---|
| | Miami, Florida 33134 |
| Email | mlorigas@kttlaw.com |
| Telephone No. | (305) 372-1800 |
| Fax No. | (305) 372-3508 |

2.      Applicant will sign all pleadings with the name Michael Lorigas.

3.      Applicant has been retained personally or as a member of the above-named firm by BENWORTH CAPITAL PARTNERS LLC and BERNARDO NAVARRO, to provide legal representation in connection with the above-styled matter now before the United States District Court for the District of Puerto Rico.

4.    Since 2016, applicant has been and presently is a member in good standing of the bar of the highest court in the State of Florida, where applicant regularly practices law. Applicant's bar license number is 123597.

5.    Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|-------|----------------|
| Florida | September 20, 2016 |
| United States District Court for the Southern District of Florida | October 16, 2016 |

6.    Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.    Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.    Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.    During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters: None.

10.    Local counsel of record associated with applicant in this matter is:

Name: Roberto A. Cámara Fuertes, U.S.D.C. P.R. No. 219002
        rcamara@ferraiuoli.com

Address: FERRAIUOLI LLC
        P.O. Box 195168
        San Juan, Puerto Rico 00919-5168

Telephone: (787) 766-7000

Facsimile: (787) 766-7001

11.    Applicant has read the local rules of this court and will comply with same.

12.    Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee shall be attempted using the Pay.gov online payment system and, in the event such payment cannot be processed, then the undersigned shall attach a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District court for the District of Puerto Rico for the above-styled case only.

Date:    March 1, 2023

Michael Lorigas
Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: March 1, 2023.

Roberto A. Cámara Fuertes
Printed Name of Local Counsel


/s/ Roberto A. Cámara Fuertes
Signature of Local Counsel

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on March 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and paid the corresponding $300 pro hac vice admission fee. I also certify that a notice of the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/*Roberto A. Cámara Fuertes
U.S.D.C. No. 219002