# Proposed Order

## <u>ORDER</u>

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐       the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐       the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2023.


_____
U.S. DISTRICT JUDGE