## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 83(D)(a), the undersigned counsel, Mónica Ramos Benítez, hereby notifies this Honorable Court that she will be joining Roberto A. Cámara-Fuertes as counsel for defendant, **Benworth Capital Partners, LLC**, in the above-captioned case. [D.E. 35]. It is respectfully requested that copy of all motions, orders, or any other documents and/or correspondence be served, as applicable, through the CM/ECF system to the undersigned.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the undersigned's appearance and that future notifications of any motions, orders or other legal documents be notified, as applicable, to the undersigned through the CM/ECF System.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing notice was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of March 2023.

*Counsel for Benworth Capital Partners, LLC*:

# Ferraiuoli LLC
## Looking Forward

PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

***/s/ Mónica Ramos Benítez***
Mónica Ramos Benítez
USDC-PR 308405
Email: mramos@ferraiuoli.com