IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO,<br><br>Defendants. | §§§§§§§§§§§§§<br><br>Civil Action No. 23-01034 |

**MOTION TO RESTRICT WOMPLY'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Standing Order No. 9 for the United District Court for the District of Puerto Rico, and in accordance with this Court's March 31, 2023 Order ("**Order**"; ECF No. 38), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, seeks leave to file its unredacted Consolidated Opposition to Defendants Benworth Capital Partners PR LLC's and Benworth Capital Partners LLC's Motions to Dismiss ("**Opposition**") and exhibits in the above-captioned action restricted to viewing by the parties and to publicly file its Opposition and exhibits with redactions.

On March 31, 2023, this Court granted Womply's Motion to Restrict its Complaint to viewing by the parties and publicly file its Complaint and exhibits with redactions. (Order at 1.) Womply's Opposition cites and quotes material that is redacted in its publicly filed Complaint. Accordingly, Womply requests leave to redact such material in its publicly filed Opposition.

Dated: April 24, 2023

*Of Counsel:*

| | |
|---|---|
| Willkie Farr & Gallagher LLP | Respectfully submitted, |
| By: /s/ *Alexander L. Cheney* | By: /s/ *Alejandro J. Cepeda Diaz* |
| Alexander L. Cheney (admitted *pro hac vice*)<br>One Front Street<br>San Francisco, CA 94111<br>(415) 858-7400<br>acheney@willkie.com | Alejandro J. Cepeda Diaz<br>USDC-PR 222110<br>McConnell Valdés LLC<br>270 Muñoz Rivera Ave.<br>Hato Rey PR 00918<br>Tel: (787) 250-5637<br>Email: ajc@mcvpr.com |
| Stuart R. Lombardi (admitted *pro hac vice*)<br>Willkie Farr & Gallagher LLP<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>slombardi@willkie.com | *Attorneys for Plaintiff Oto Analytics, LLC* |
| Joshua S. Levy (admitted *pro hac vice*)<br>1875 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 303-1000<br>jlevy@willkie.com | |

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 24, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

| | |
|---|---|
| Dated: April 24, 2023 | By: */s/ Alejandro J. Cepeda Diaz* |
| | *Attorney for Plaintiff Oto Analytics, LLC* |