# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BENWORTH CAPITAL PARTNERS PR LLC, ET AL.<br><br>Defendants. | Civil No.: 23-01034 (ADC) |

### Sworn Statement

I, Frank Vega Pérez, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct and based on my personal knowledge:

1.  I am over the age of 18, am a process server, and am a resident of Toa Alta, Puerto Rico.

2.  On February 2, 2023, I delivered the Summonses and Complaint in the above-captioned action to Benworth Capital Partners PR LLC to Maria de la Cruz, authorized person to receive service, at 221 Avenida Ponce De Leon, Suite 1401, San Juan, P.R. 00917. I asked Ms. de la Cruz for Bernardo Navarro and Claudia Navarro. Ms. de la Cruz told me that Claudia Navarro never goes to the office, Bernardo Navarro rarely comes to the office, and, when he does, it is for a short time. I asked Ms. de la Cruz if she could give me a phone number to contact Bernardo Navarro and Claudia Navarro. Ms. de la Cruz answered that she was not authorized to give me any information about Bernardo Navarro and Claudia Navarro, and was not authorized to receive the Summonses and Complaint on their behalf. I gave her my contact information to see whether Bernardo Navarro or Claudia Navarro would reach out to me. I have not received any calls or other communications from Bernardo Navarro or Claudia Navarro.

3.  On February 3, 2023, I went again to the office of Benworth Capital Partners PR LLC at 221 Avenida Ponce De Leon, Suite 1401, San Juan, P.R. 00917. I again spoke to Ms. de la Cruz and she said to me that Bernardo Navarro was out of Puerto Rico, and that was all the information she could provide.

4.   On April 19, 2023, I went to the address ███████████████ ████████████████ I was unable to enter the apartment building because it has a tele-entry system to call up to the apartment. I spoke to a person standing on the balcony of the apartment who identified herself as "Lisa" but said that she did not want to give me her last name because she did not know me. "Lisa" told me that she does not know Claudia Navarro or Bernardo Navarro, and that she has lived in that apartment for the past 30 years. I confirmed with her that her apartment was ███.

5.   On April 20, 2023, I went one more time to the office of Benworth Capital Partners PR LLC at 221 Avenida Ponce De Leon, Suite 1401, San Juan, P.R. 00917. I spoke to Aida Medina who told me that neither Bernardo Navarro nor Claudia Navarro were available. Ms. Medina told me that Bernardo Navarro rarely comes to the office, and it was going to be very hard to serve him at the office location. I asked about Claudia Navarro and if she could provide me with a phone number to contact her. Ms. Medina said that she was not allowed to give me any other information. I gave Ms. Medina my contact information so she could pass it on Bernardo Navarro and Claudia Navarro. Ms. Medina said that they already have my information.

6.   After I spoke with Ms. Medina, I waited in the lobby of the office building for approximately two hours and 15 minutes to see whether Bernardo Navarro or Claudia Navarro came into or out of the office. I did not see Bernardo Navarro or Claudia Navarro.

7.   On April 21, 2023, I went again to the office of Benworth Capital Partners PR, LLC at 221 Avenida Ponce De Leon, Suite 1401, San Juan, P.R. 00917. I spoke to Ms. Medina at the office who said that Bernardo Navarro and Claudia Navarro were not available and that was all she could inform me.

In San Juan, Puerto Rico, this 26th day of April, 2023.

_Frank Vega_

Frank Vega Pérez

Affidavit No: - 632 -

Signed and sworn before me by Frank Vega Pérez, of the personal circumstances stated above, whom ~~I have identified by means of~~ is personally known to me.

In San Juan, Puerto Rico, on April 26, 2023.

Notary Public



2