IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OTO ANALYTICS, LLC,                      §
                                         §
         Plaintiff,                      §
                                         §
         v.                              §      Civil Action No. 23-01034
                                         §
BENWORTH CAPITAL PARTNERS PR             §
LLC, BENWORTH CAPITAL PARTNERS           §
LLC, BERNARDO NAVARRO and                §
CLAUDIA NAVARRO,                         §
                                         §
         Defendants.                     §

**MOTION TO RESTRICT WOMPLY'S OPPOSITION TO BERNARDO NAVARRO'S AND CLAUDIA NAVARRO'S MOTION TO QUASH SERVICE OF PROCESS**

Pursuant to Standing Order No. 9 for the United District Court for the District of Puerto Rico, and in accordance with this Court's March 31, 2023 Order (ECF No. 38) and April 24, 2023 Order (ECF No. 50; together, the "**Orders**"), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, seeks leave to file its unredacted Opposition to Bernardo Navarro's and Claudia Navarro's (together, the "**Navarros**") Motion To Quash Service Of Process ("**Opposition**") and exhibits in the above-captioned action restricted to viewing by the parties and to publicly file its Opposition and exhibits with redactions.

Womply seeks to redact three categories of information. *First*, pursuant to Local Civil Rule 5.2, Womply seeks to redact personally identifying information of the Navarros and their family members, including home addresses, license plate information, drivers' licenses, and bank account information.

*Second*, Womply seeks to redact in its Opposition and accompanying exhibits material that is redacted in its publicly filed Complaint and its exhibits, which this Court approved in its March 31 and April 24 Orders.

**Third**, Womply's Opposition and exhibits include one document and two deposition transcripts that Benworth Capital Partners LLC ("**Benworth FL**") designated as "Confidential" pursuant to a protective order issued by the arbitrator in a private JAMS arbitration between Womply and Benworth FL. Womply seeks to redact this material in accordance with Benworth FL's confidentiality designation.

Dated: April 27, 2023

*Of Counsel:*

Willkie Farr & Gallagher LLP                    Respectfully submitted,

By: */s/ Alexander L. Cheney*                    By: */s/ Alejandro J. Cepeda Diaz*

Alexander L. Cheney (admitted *pro hac vice*)    Alejandro J. Cepeda Diaz
One Front Street                                 USDC-PR 222110
San Francisco, CA 94111                          McConnell Valdés LLC
(415) 858-7400                                   270 Muñoz Rivera Ave.
acheney@willkie.com                              Hato Rey PR 00918
                                                 Tel: (787) 250-5637
                                                 Email: ajc@mcvpr.com
Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000                                   *Attorneys for Plaintiff Oto Analytics, LLC*
jlevy@willkie.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 27, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated: April 27, 2023                              By: */s/ Alejandro J. Cepeda Diaz*

                                                   *Attorney for Plaintiff Oto Analytics, LLC*