IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § § § § § | |
| Defendants. | § § | |

**MOTION TO RESTRICT WOMPLY'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS BERNARDO NAVARRO AND CLAUDIA NAVARRO AND FOR LEAVE TO SERVE BY PUBLICATION**

Pursuant to Standing Order No. 9 for the United District Court for the District of Puerto Rico, and in accordance with this Court's May 3, 2023 Order (ECF No. 58; the "**Order**"), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, seeks leave to file its Motion for Extension of Time to Serve Defendants Bernardo Navarro and Claudio Navarro (the "**Navarros**") and For Leave to Serve by Publication (the "**Motion**") and exhibits in the above-captioned action restricted to viewing by the parties and to publicly file its Motion and exhibits with redactions.

Pursuant to Local Civil Rule 5.2, Womply seeks to redact personally identifying information of the Navarros and their family members, including home addresses, license plate information, drivers' licenses, and bank account information. These same redactions were previously approved by this Court's Order on May 3, 2023.

- 2 -

Dated: June 12, 2023

*Of Counsel:*

| | |
|---|---|
| Willkie Farr & Gallagher LLP | Respectfully submitted, |
| By: */s/ Alexander L. Cheney* | By: */s/ Alejandro J. Cepeda Diaz* |
| Alexander L. Cheney (admitted *pro hac vice*)<br>One Front Street<br>San Francisco, CA 94111<br>(415) 858-7400<br>acheney@willkie.com | Alejandro J. Cepeda Diaz<br>USDC-PR 222110<br>McConnell Valdés LLC<br>270 Muñoz Rivera Ave.<br>Hato Rey PR 00918<br>Tel: (787) 250-5637<br>Email: ajc@mcvpr.com |
| Joshua S. Levy (admitted *pro hac vice*)<br>1875 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 303-1000<br>jlevy@willkie.com | *Attorneys for Plaintiff Oto Analytics, LLC* |

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 12, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated: June 12, 2023                    By: */s/ Alejandro J. Cepeda Diaz*

*Attorney for Plaintiff Oto Analytics, LLC*