# EXHIBIT 4

| | |
|---|---|
| **From:** | Lombardi, Stuart |
| **Sent:** | Thursday, January 26, 2023 4:44 PM |
| **To:** | Corali Lopez-Castro; Jorge L. Piedra; drobinson@kttlaw.com; Michael  Lorigas |
| **Cc:** | Cheney, Alexander |
| **Subject:** | Oto Analytics, LLC v. Benworth Capital Partners PR LLC et al. (Case 3:23-cv-01034) |
| **Attachments:** | Case 3.23-cv-01034 Oto Analytics, LLC v. Benworth Capital Partners PR LLC et al.zip |

Counsel,

Attached are the summons, Complaint, and other filings in the above-captioned new action against Bernardo Navarro, Claudia Navarro, Benworth Capital Partners LLC, and Benworth Capital Partners PR LLC.  Please let us know whether you will accept service via email on behalf of all Defendants.

Thank you.

Regards,
Stuart

**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 9882
slombardi@willkie.com | vCard | www.willkie.com bio

1