# EXHIBIT 6

| | |
|---|---|
| **From:** | Levy, Joshua S. |
| **Sent:** | Monday, July 10, 2023 11:43 AM |
| **To:** | Palmeri, Vincent; Jorge L. Piedra; Dwayne Robinson; Michael  Lorigas; mramos@ferraiuoli.com; rnader@kttlaw.com; Camara Fuertes, Roberto; jtorrens@ferraiuoli.com |
| **Cc:** | Cheney, Alexander; Lombardi, Stuart |
| **Subject:** | RE: Oto Analytics, LLC v. Benworth Capital Partners PR LLC et al. (Case 3:23-cv-01034) Request to Waive Service (Bernardo Navarro) |

Counsel,

We understand that Bernardo Navarro is in Europe and will be in Europe until the end of the July.  Can you please confirm?

Regards,
Josh


**Joshua S. Levy**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1147 | Mobile: +1 516 680 5751
jlevy@willkie.com | vCard | www.willkie.com bio

**From:** Palmeri, Vincent <VPalmeri@willkie.com>
**Sent:** Tuesday, June 13, 2023 10:41 PM
**To:** Jorge L. Piedra <jpiedra@kttlaw.com>; Dwayne Robinson <drobinson@kttlaw.com>; Michael Lorigas <mlorigas@kttlaw.com>; mramos@ferraiuoli.com; rnader@kttlaw.com; Camara Fuertes, Roberto <rcamara@ferraiuoli.com>; jtorrens@ferraiuoli.com
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Lombardi, Stuart <slombardi@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>
**Subject:** Oto Analytics, LLC v. Benworth Capital Partners PR LLC et al. (Case 3:23-cv-01034) Request to Waive Service (Bernardo Navarro)

Counsel,

Plaintiff Oto Analytics, LLC requests that Defendant Bernardo Navarro waive service of process.  Pursuant to Fed. R. Civ. P. 4(d), attached please find (1) a request to waive service of a summons, (2) two copies of a waiver of summons form, (3) a copy of the complaint and other initial filings in the case, and (4) a prepaid FedEx label if you would like to return the signed waiver of summons form by mail.

We mailed hard copies of these documents today.

Thank you.

Best,
Vincent

**Vincent Palmeri**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 3247 | Fax: +1 212 728 8111
vpalmeri@willkie.com | vCard | www.willkie.com bio

2