# EXHIBIT 9

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**Oto Analytics, LLC**

Plaintiff

Case No.: 3:23-cv-01034-ADC

*vs.*

**Benworth Capital Partners PR LLC, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Yaitza Torres, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/7/2023 at 10:35 AM, I served Bernardo Navarro with the Summons and Complaint at Benworth Capital Partners PR LLC, 954 Ave Ponce de Leon, Suite 205, San Juan, Puerto Rico 00907 by serving Alondra Gomez, Office Administrator, who stated that he/she is authorized to accept service on behalf of Bernardo Navarro.

Alondra Gomez is described herein as:

Gender: Female   Race/Skin: Hispanic   Age: 25-30   Weight: 130   Height: 5'5"   Hair: Brown   Glasses: No

That in addition to the service noted above, the address listed above is Bernardo Navarro's business address.

I declare under penalty of perjury that this information is true and correct.

Affidavit # 19,733
Sworn and Subscribed
to before me by affiante
personally known to me
in Carolina, Puerto Rico
February 24, 2023.

Belinda Rodriguez Nieves
Puerto Rico Notary Public 10109
Comm Permanent - No Expiral
Executed On Feb-24-2023

Yaitza Torres                    2/24/2023.

Client Ref Number: 128303-00001
Job #: 1613992

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050







