# EXHIBIT 14

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

OTO Analytics, LLC

                              Plaintiff

                                                    Civil Action No.: 3:23-cv-01034-ADC

                                          vs.

Benworth Capital Partners PR LLC, et al.

                              Defendant(s)

## AFFIDAVIT OF DUE DILIGENCE

I, John Brady, a Private Process Server, having been duly authorized to make service of the Notice of Issuance of Summons, Summons and Complaint in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Claudia Navarro with the above named process.

That on 04/25/2023 at 1:10 PM, I attempted the serve Claudia Navarro at ███████████████████████████. On this occasion, I found that access to the residence is restricted by a large security gate. Accordingly, I attempted to page someone inside the residence for several minutes using the intercom call box located at the entrance to the gate, however, I received no response nor did I notice any movement from within the property. In addition, on this service attempt, I noted a Range Rover in the driveway bearing Florida license plate ███████

That on 04/26/2023 at 2:17 PM, I attempted to serve Claudia Navarro at ███████████████████████. On this occasion, as before, my attempts to page someone inside the residence went unanswered, and I was unable to find anyone in or around the property. I noted that the same vehicle, a Range Rover bearing Florida license plate ███████ was still parked in the same location in the driveway.

That on 04/26/2023 at 2:19 PM, at the direction of the client, I attempted to locate the current whereabouts of Claudia Navarro by calling Benworth Capital, the business she is associated with, at phone number (305) 444-9730. Accordingly, I spoke with an employee over the phone who stated that Claudia Navarro was not in the office that day, nor was she currently in the Miami, Florida area.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

ALEX DE JESUS MARTINEZ
Notary Public - State of Florida
Commission # HH 274046
My Comm. Expires Jun 9, 2026
Bonded through National Notary Assn.

Sworn to before me on
April 27, 2023

Notary Public
My Commission Expires: Jun 9, 2026

John Brady

Client Ref Number:128303-00001
Job #: 1617539