# EXHIBIT 19

Delaware.gov                                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

[View Search Results](#)

| | Entity Details |
|---|---|

| | | | |
|---|---|---|---|
| File Number: | **5526782** | Incorporation Date / Formation Date: | **5/2/2014** (mm/dd/yyyy) |
| Entity Name: | **NORTH 112, LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **State:** |
| Status: | **Cease Good Standing** | Status Date: | **6/1/2023** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **0** | Tax Due: | **$ 515** |
| Annual Tax Assessment: | **$ 300** | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **A REGISTERED AGENT, INC.** |
| Address: | **8 THE GREEN, STE A** |
| City: | **DOVER** |
| State: | **DE** |
| Phone: | **302-288-0670** |

| | |
|---|---|
| County: | **Kent** |
| Postal Code: | **19901** |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Amendment 11 DORADO BEACH ESTATES, LLC | 1 | 5/12/2015 | 11:07 AM | 5/12/2015 |
| 2 | LLC | 1 | 5/2/2014 | 9:52 AM | 5/2/2014 |

[ Back to Entity Search ]   [ Email Status ]

---

For help on a particular field click on the Field Tag to take you to the help area.