# EXHIBIT 20

## AGREEMENT AND PLAN OF MERGER

This **AGREEMENT AND PLAN OF MERGER** is made and entered into as of this 1st day of January, 2022, by and between **NORTH 112, LLC**, a Delaware limited liability company ("N112"), and **11DBE HOLDINGS LLC**, a Puerto Rico limited liability company ("11DBE").

### PREAMBLE

**WHEREAS**, N112 and 11DBE (collectively, the "Constituent LLCs") desire that N112 merges with and into 11DBE upon the terms and subject to the conditions herein set forth and in accordance with the laws of the State of Puerto Rico and Delaware, respectively (the "Merger"); and

**WHEREAS**, the Constituent LLC have duly approved and adopted this Agreement and Plan of Merger;

**NOW, THEREFORE**, the Constituent LLCs, acting through their respective undersigned representatives, do hereby covenant and agree as follows:

1. Merger. Upon the Effective Date (as defined in Section 8 below), N112 shall be merged with and into 11DBE, which shall be the post-merger surviving entity (the "Surviving Entity"). The Surviving Entity shall continue to be governed by the laws of the State of Puerto Rico, and the separate company existence of N112 shall cease forthwith upon the Effective Date.

2. Articles of Organization and Operating Agreement. The Articles of Organization of N112 and the Operating Agreement of N112 on the Effective Date shall cease to have any effect and the Articles of Organization and the Operating Agreement of the Surviving Entity shall henceforth control.

3. Membership Interest. On the Effective Date each issued and outstanding membership interests of N112 shall be cancelled and converted into membership interests of 11DBE.

4. Administration. The manager(s) of the Surviving Entity shall execute the direction, administration, and management of the post-merger Surviving Entity until their respective successors shall have been elected and qualified in accordance thru the adoption of an Operating Agreement for the Surviving Entity and as otherwise provided by law.

5. Effects of Merger. This agreement is effective as of the Effective Date. Without limiting the generality of the foregoing, on the Effective Date the separate existence of N112 shall forever cease and the Surviving Entity shall possess all the rights, privileges, immunities, powers, authority and franchises of N112, of a public as well as of a private nature, and the Surviving Entity shall be subject to all of the restrictions, liabilities, obligations and duties of each of the Constituent LLCs, and all property, real, personal and mixed, and all debts, liabilities and obligations due to each of the Constituent LLCs on whatever account or belonging to any of the Constituent LLCs shall be vested in the Surviving Entity without

1

further act or deed, and all property, rights, privileges, immunities, powers, authority and franchises, all and every other interest, shall be thereafter as effectually the property of the Surviving Entity as they were of the Constituent LLCs prior to their merger, and all rights of creditors and all liens upon any property of each of the Constituent LLCs shall not revert or be in any way impaired by reason of this merger, on only the property affected by such liens immediately prior to the Effective Date. Any action or proceeding pending by or against each of the Constituent LLCs at the Effective Date may be prosecuted as if the merger had not taken place, and the Surviving Entity may be substituted in such limited liability company's place.

6. <u>Amendments</u>. Notwithstanding the approval of this Agreement and Plan of Merger by the Constituent LLCs, the manager(s) of the Constituent LLCs may amend this Agreement and Plan of Merger by written agreement at any time prior to the Effective Date; provided that any such amendment shall not: (a) alter the amount or kind of consideration to be received in exchange for the membership interest of N112, if any; (b) alter any term of the Articles of Organization of N112 or 11DBE; or (c) alter the terms and conditions of this Agreement and Plan of Merger if such alteration would adversely affect the holder of the membership interest of either Constituent LLC.

7. <u>Effective Date of Merger</u>.  As soon as practicable after this Agreement and Plan of Merger has been duly adopted unanimously by the members of N112 and 11DBE, a certificate of merger shall be filed with the Puerto Rico and Delaware Secretaries of State in accordance with the laws of the State of Delaware and the Commonwealth of Puerto Rico, respectively. The merger of N112 into 11DBE shall become effective on January 1, 2022 (the "Effective Date").

8. <u>Termination</u>.  Notwithstanding approval of this Agreement and Plan of Merger by the Constituent LLCs, this Agreement and Plan of Merger may be terminated, and the Merger abandoned, at any time prior to the Effective Date by mutual consent of the managers of the Constituent LLCs.

9. <u>Miscellaneous</u>.  This Agreement embodies the entire agreement and understanding of the parties hereto with respect to the subject matter hereof, and supersedes all prior and contemporaneous agreements and understandings, oral or written, relative to said subject matter. Whenever the context requires, words used in the singular shall be construed to include the plural and vice versa, and pronouns of any gender shall be deemed to include and designate the masculine, feminine and neuter gender.

**[SIGNATURE PAGE FOLLOWS]**

**IN WITNESS WHEREOF**, each of the parties hereto has caused this Agreement and Plan of Merger to be executed as of the day and year first above written.

**NORTH 112, LLC**

By: _____
Name:  Carlos Lamoutte
Title:  Manager

**11DBE HOLDINGS LLC**

By: _____
Name:  Carlos Lamoutte
Title:  Manager