# EXHIBIT 21

# CERTIFICATE OF MERGER

**OF**

## NORTH 112, LLC
**(a Delaware limited liability company)**

**WITH AND INTO**

## 11DBE HOLDINGS LLC
**(a Puerto Rico limited liability company)**

---

Pursuant to Section 252 of the Delaware General Corporation Law and
Article 10.02 of the Puerto Rico General Corporations Law

---

11DBE Holdings LLC, a limited liability company formed under the laws of the Commonwealth of Puerto Rico, desiring to merge with North 112, LLC, a limited liability company formed under the laws of the State of Delaware, with and into itself, pursuant to the provisions of Section 10.02 of the General Corporation Law of the Commonwealth of Puerto Rico, and Section 252 of the General Corporation Law of the State of Delaware, hereby certifies as follows:

**FIRST:** The names and states of incorporation of each constituent legal entity are as stated above.

**SECOND:** An Agreement and Plan of Merger dated as of January 1, 2022 (the "Agreement"), has been approved, adopted, certified, executed, and acknowledged by the undersigned merging entities in accordance with Section 10.02 of the General Corporation Law of the Commonwealth of Puerto Rico and Section 252 of the General Corporation Law of the State of Delaware.

**THIRD:** The name of the surviving corporation is 11DBE Holdings LLC.

**FOURTH:** The certificate of organization of 11DBE Holdings LLC shall be the certificate of organization of the surviving legal entity following the merger of North 112, LLC with and into 11DBE Holdings LLC.

**FIFTH:** An executed copy of the Agreement is on file at the principal place of business of 11DBE Holdings LLC at 221 Plaza, 221 Ave. Ponce de León, Suite 1401, San Juan, PR 00917, and the surviving company will furnish a copy of the Agreement, on request and without cost, to any member of either constituent company.

**[SIGNATURE PAGE FOLLOWS]**

1

**IN WITNESS WHEREOF**, the undersigned merging entities have caused this Certificate of Merger to be executed in San Juan, Puerto Rico, by their respective managers, in San Juan, Puerto Rico, as of this 1st day of January, 2022.

**NORTH 112, LLC**

By: _____
Name:  Carlos Lamoutte
Title:  Manager

**11DBE HOLDINGS LLC**

By:  _____
Name:  Carlos Lamoutte
Title:  Manager

2