# EXHIBIT 22



Gobierno de Puerto Rico
Departamento de Estado

Fecha de la Transacción: 31-ene-2022
Núm. Registro: 478108
Núm. Recibo: 2148068



# Certificado de Organización Reafirmado de una Compañía de Responsabilidad Limitada

## Artículo I - Nombre de la Compañía de Responsabilidad Limitada

**El nombre de la Compañía de Responsabilidad Limitada Doméstica es:  11DBE HOLDINGS LLC**
**El nombre de la entidad incluye el término: LLC**

## Artículo II - Oficina Principal y Agente Residente

Su oficina principal en el Gobierno de Puerto Rico estará localizada en:

Dirección Física     **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917**
Dirección Postal     **PO Box 9022185, SAN JUAN, PR, 00902**
Teléfono             **(787) 688-6036**

El nombre, dirección física y postal del Agente Residente a cargo de dicha oficina son:

Nombre               **11DBE Holdings LLC**
Dirección Física     **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917**
Dirección Postal     **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917**
Correo Electrónico   **cl@carloslamoutte.com**
Teléfono             **(787) 688-6036**

## Artículo III - Naturaleza o Propósito

Esta es una entidad Con Fines de Lucro cuya naturaleza o propósito son:

**Any lawful business for which a limited liability company may be organized under the laws of the Commonwealth of Puerto Rico or the United States of America.**

## Artículo IV - Personas Autorizadas

El nombre y dirección física y postal de cada Persona Autorizada es:

Nombre               **Lamoutte, Carlos**
Dirección Física     **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917**
Dirección Postal     **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917**
Correo Electrónico   **cl@carloslamoutte.com**

Nombre               **Navarro, Bernardo**
Dirección Física     **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917**
Dirección Postal     **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917**
Correo Electrónico   **cl@carloslamoutte.com**

11DBE HOLDINGS LLC                                                    Compañía de Responsabilidad Limitada Doméstica

## Artículo V - Administradores

Si las facultades de los Personas Autorizadas habrán de terminar al radicarse el Certificado de Organización de una Compañía de Responsabilidad Limitada, los nombres, direcciones físicas y postales de las personas que se desempeñarán como Administradores hasta la primera reunión anual de los miembros o hasta que sus sucesores los reemplacen son:

| | |
|---|---|
| Nombre | **Navarro, Bernardo** |
| Posición | **Manager** |
| Dirección Física | **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917** |
| Dirección Postal | **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917** |
| Correo Electrónico | **cl@carloslamoutte.com** |
| Fecha de Expiración | **Indefinido** |

| | |
|---|---|
| Nombre | **Lamoutte, Carlos** |
| Posición | **Manager** |
| Dirección Física | **221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917** |
| Dirección Postal | **PO Box 9022185, SAN JUAN, PR, 00902** |
| Correo Electrónico | **cl@carloslamoutte.com** |
| Fecha de Expiración | **Indefinido** |

## Artículo VI - Término de Existencia

El término de existencia de esta entidad será: **Perpetua**

La fecha en que la entidad tendrá vigencia: **20-dic-2021**

La fecha en que se presentó la fusión es: **31-ene-2022**

La fecha en que la fusión será efectiva es: **31-ene-2022**

### Documentos de Apoyo

| Documento | Fecha de Emisión |
|---|---|
| Acuerdo de Fusión | 01-ene-2022 |
| Otro | 01-ene-2022 |

### DECLARACIÓN BAJO PENA DE PERJURIO

EN TESTIMONIO DE LO CUAL, Yo / Nosotros Lamoutte, Carlos, el suscribiente, con el propósito de formar una compañia de responsabilidad limitada con arreglo a las leyes de Puerto Rico, juro/juramos que los datos contenidos en este Certificado son ciertos. Hoy, 31 de enero de 2022.