# EXHIBIT 23

PRDOS    Contact Us    Help    English

CORPORATION INFORMATION

# Corporation Information

## 11DBE HOLDINGS LLC

**Details**          Articles          Annual Filings          Certificates

## General Information

| | |
|---|---|
| Name | 11DBE HOLDINGS LLC |
| Register No. | 478108 |
| Status | ACTIVE |
| Class | Limited Liability Company |
| Type | For Profit |
| Jurisdiction | Domestic |
| Formation Date | 20-Dec-2021 04:53 PM |
| Effective Date | 20-Dec-2021 04:53 PM |
| Expiration Date | Does not expire |

## Main Office

| | |
|---|---|
| Street Address | 221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917 |
| Mailing Address | PO Box 9022185, SAN JUAN, PR, 00902 |

## Resident Agent

| | |
|---|---|
| Name | 11DBE Holdings LLC (Entity) |
| Street Address | 221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917 |

Mailing Address    221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917

## Authorized Persons

| Name | Street Address | Mailing Address |
|------|----------------|-----------------|
| Lamoutte , Carlos | 221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917 | 221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917 |
| Navarro , Bernardo | 221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917 | 221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917 |

## Administrators

| Name | Title | Address |
|------|-------|---------|
| Navarro , Bernardo | Manager | 221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917<br>221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917 |
| Lamoutte , Carlos | Manager | 221 Ponce De León, Suite 1401, SAN JUAN, PR, 00917<br>PO Box 9022185, SAN JUAN, PR, 00902 |

## Purpose

Any lawful business for which a limited liability company may be organized under the laws of the Commonwealth of Puerto Rico or the United States of America.

# Related Entities



| Registry Number | Name | Relationship | Filing Type | Filing Date |
|---|---|---|---|---|
| 374713 | NORTH 112 LLC | Non-Survivor | Merger | 31-Jan-2022 08:33 AM |

← Return to Search Results

## Actions

Pay 2022 Annual Due

>

Pay Prior Year(s) Annual Due

>

Order Certificate of Good Standing

>

Order Certificate of Existence

>

Amend Entity

>

Cancel Entity

>

Convert

>

Merge

>

Consolidate

>

Manage Access

>

Payment Plan



**Government of Puerto Rico**

Department of State
of Puerto Rico

**Navigation**

Entrepreneurs

Foreigners

Travelers

Examination Boards

**Resources**

Regulation No. 8688

Act No. 55-2020

Act No. 164-2009

Puerto Rico's Treasury Department

**Contact**

San José with San Francisco Street
San Juan, Puerto Rico

PO Box 9023271
San Juan, Puerto Rico 00902-3271

© 2021 - 2022 Department of State. Government of Puerto Rico

Terms of Use      Privacy Policy