# EXHIBIT 24

 



# Bernie Navarro

@Bernie-Navarro-1  •  **723 friends**

 **Pay or Request**

**Add friend**

**All stories**                    Between you

---

**BN** **Bernie Navarro** paid **Javier Soula**
Apr 7 🌐

🏠

  

---

 **Arturo Diaz** charged **Bernie Navarro**
Mar 18, 2022 🌐

art coaching and hitting partner + tune up under & overgrip! - Thank you!, art

 

---

**BN** **Bernie Navarro** paid **Milton Miranda**
Feb 17, 2022 🌐

💪

 

---

**IR** **Isaris Rosado Garcia** charged **Bernie Navarro**
Jan 6, 2022 🌐

Mantenimiento lote 11

♥    💬

---

**BN**   **Bernie Navarro** paid **Francisco Gonzalez**

Nov 3, 2021 🌍

Thx brother

♥    💬

---

**BN**   **Bernie Navarro** paid **Ariana Rojas**

Oct 28, 2021 🌍

💪

♥    💬

---

**BN**   **Bernie Navarro** paid **Gilbert Navarro**

Oct 11, 2021 🌍

❤️

♥    💬

---

**BN**   **Bernie Navarro** paid **Nina Varas**

Oct 11, 2021 🌍

❤️

♥    💬

---

**BN**   **Bernie Navarro** paid **Ariana Rojas**

Sep 23, 2021 🌍

💪

♥    💬

---

**BN**   **Bernie Navarro** paid **Ariana Rojas**

Sep 21, 2021 🌍

💪

♥    💬