# EXHIBIT 25

← **Tweet**                                                      🔍 Search Twitter

**Bernie Navarro**                                              •••
@BernieNavarro7

Great to be at the launch of @SunWestMortgage #BeMorgan launch in #PuertoRico! Exciting use of AI for the #Mortgage industry! @Benworthcapital @MBAMortgage



6:13 PM · Feb 12, 2023 from Dorado, Puerto Rico · **204** Views

**1** Retweet    **3** Likes

💬          🔁          ♡          🔖          ⬆️

Tweet your reply!                                    Reply

  **KMP Furniture** @kmpfurniture · May 18          •••
Such exciting times ❤️❤️

💬          🔁          ♡          📊 8          ⬆️