# EXHIBIT 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OTO ANALYTICS, LLC,             §

                    §
      Plaintiff,        §
                    §
      v.         §   Civil Action No. 23-01034 (GMM)
                    §
BENWORTH CAPITAL PARTNERS PR  §
LLC, BENWORTH CAPITAL PARTNERS  §
LLC, BERNARDO NAVARRO and  §
CLAUDIA NAVARRO,      §
                    §
      Defendants.

**AFFIDAVIT OF INGRID L. FIGUEROA**

I, Ingrid L. Figueroa, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct based on my personal knowledge:

1.     I am over the age of 18, am a process server, and am not a party to or otherwise interested in this matter.

2.     I was asked by counsel for Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) in the above-captioned action to effect service of process on Defendants Bernardo Navarro ("**Mr. Navarro**") and Claudia Navarro ("**Ms. Navarro**"; together with Mr. Navarro, the "**Navarros**") at ████████████████████

3.     Dorado Beach Estates is an exclusive resort area located in Dorado, Puerto Rico with direct access to the Dorado Beach Resort. Dorado Beach Estates has its own security and Dorado Beach Estates street is under its own municipality. Therefore, it is only possible to access Dorado Beach Estates via security escort and security can exclude anyone from the area. To access Dorado Beach Estates, guests must leave their car, pass through three security checkpoints, and then be escorted by security to a specific location by golf cart.

4.      On June 20, 2023, at 4:12 PM AST, I went to Dorado Beach Estates. I was required to leave my car and security escorted me through multiple checkpoints into the neighborhood to ███████████████████. I knocked on the door and rang the doorbell for █ ███████████ for approximately five minutes but no one answered and I did not observe any movement inside the house. Security then escorted me out of the area.

5.      On June 21, 2023, at 9:05 AM AST, I went again to Dorado Beach Estates. I was again required to leave my car and security escorted me through multiple checkpoints, but security did not escort me to ████████████████████ Instead, security called both Mr. Navarro and Ms. Navarro but did not receive an answer. Security then called another telephone number and the handyman for ████████████ answered. The handyman said that the Navarros were out of town on vacation. He did not say where they were or when they would return, but he said that they were not in Puerto Rico. Security refused to escort me to ██████████████ because the Navarros were out of town.

6.      The Dorado Beach Estates administration and security refused to provide any additional information about the Navarros. They generally do not provide information about residents.

(In San Juan, Puerto Rico, this 11th day of July, 2023.
~~In Carolina, Puerto Rico,~~

Affidavit # 20,146

_____
Ingrid L. Figueroa

Signed and sworn before me by Ingrid L. Figueroa, of the personal circumstances stated above, whom I have identified by means of ___personally known to me___.

( In San Juan, Puerto Rico, this 11th day of July, 2023.
~~In Carolina, Puerto Rico,~~

-2-

Cont. on page 3...

Cont. Affidavit # 20,146



Notary Public

Belinda Rodriguez Nieves
Puesto Rico Notary Public 10,109
Comm. Permanent
No Expiration

-3-



