# EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OTO ANALYTICS, LLC,                     §
                                        §
          Plaintiff,                    §
                                        §
     v.                                 §    Civil Action No. 23-01034 (GMM)
                                        §
BENWORTH CAPITAL PARTNERS PR            §
LLC, BENWORTH CAPITAL PARTNERS          §
LLC, BERNARDO NAVARRO and               §
CLAUDIA NAVARRO,                        §
                                        §
          Defendants.                   §

## AFFIDAVIT OF JOHN BRADY

I, John Brady, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am over the age of 18, am a process server, and am not a party to or otherwise interested in this matter.

2. I was asked by counsel for Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) in the above-captioned action (the "**Action**") to effect service of process on Defendants Bernardo Navarro ("**Mr. Navarro**") and Claudia Navarro ("**Ms. Navarro**"; together with Mr. Navarro, the "**Navarros**") at █████████████████

3. On June 16, 2023, at approximately 7:55 PM ET, I went to █████████████ █████████████ The property is restricted by a large security gate, but the gate was open when I arrived so I was able to enter the property. There was a Range Rover in the driveway with Florida license plate ██████ I knocked on the front door of the house and waited outside the house for approximately 30 minutes but no one answered. At approximately 8:30 PM ET, I again knocked on the front door of the house but no one answered.

4. On June 17, 2023, at 4:00 PM ET, I again went to ███████████████. The security gate was open and I was able to enter the property. The same Range Rover with Florida license plate ████ was in the driveway. I knocked on the front door and waited outside the house for approximately 30 minutes but no one answered. I did not see any movement inside the house.

5. On June 19, 2023, at 2:00 PM ET, I again went to ███████████████. The security gate was open and I was able to enter the property. There was a white Toyota in the driveway with Florida license plate ████ I knocked on the front door of the house and a dog came to the door but no one answered the door. I waited outside the house for approximately 30 minutes and knocked on the door again but no one answered.

6. On June 22, 2023, at 7:45 AM ET, I again went to ███████████████ The security gate was closed so I was not able to enter the property. The same Range Rover with Florida license plate ████ was in the driveway. I tried to page someone inside the property for several minutes. I waited outside the residence for approximately 15 minutes, but I did not notice any movement from within the property.

7. On June 22, 2023, at 2 PM ET, I again went to ███████████████ The security gate was open and I was able to enter the property. The same Range Rover with Florida license plate ████ was in the driveway. I knocked on the front door of the house and a dog inside was barking a lot. A woman in her sixties answered the door. She did not speak English very well so we spoke in Spanish, but she did not provide her name. She told me that the Navarros were not at the property now. She then called her husband, who she identified as Mr. Navarro's father. Mr. Navarro's father spoke to me in English and said that the Navarros were on vacation in Europe until the end of July. He told me that I could bring the Summonses and

-3-

Complaint to his office at 700 Biltmore Way, Suite C1, Coral Gables, FL 33134 and he would send copies to the Navarros.

8.      On June 23, 2023, at 4:20 PM, I delivered the Summonses and Complaint in the Action to Mr. Navarro's father at 700 Biltmore Way, Suite C1, Coral Gables, FL 33134, and asked that he provide them to the Navarros. He accepted the documents and told me that he would be sure to get the documents to the Navarros.

In Miami, Florida, this _11^th_ day of July, 2023.

_____
John Brady

Signed and sworn before me by John Brady, of the personal circumstances stated above, whom I have identified by means of ___DL_____.

In Miami, Florida, this __ day of July, 2023.

_____
Notary Public

**MARIA D. NUNEZ**
Notary Public
State of Florida
Comm# HH218282
Expires 1/20/2026