# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 23-01034 (GMM) |
| | § | |
| BENWORTH CAPITAL PARTNERS PR | § | |
| LLC, BENWORTH CAPITAL PARTNERS | § | |
| LLC, BERNARDO NAVARRO and | § | |
| CLAUDIA NAVARRO, | § | |
| | § | |
| Defendants. | | |

**AFFIDAVIT OF TOBY SCAMMELL**

I, Toby Scammell, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury as follows:

1.    I am over the  age of 18.  I am the Chief Executive Officer and founder of Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply).

2.    I have read the complaint in the above-captioned action and believe that the facts alleged therein are true and correct based on my personal knowledge and information provided to me.

In Chora, Greece, this 10th day of July, 2023.

_____
Toby Scammell

Signed and sworn before me by Toby Scammell, of the personal circumstances stated above, whom I have identified by means of _____PASSPORT_____.

State of Texas
County of Webb

In ___ ___, this 10th day of July, 2023.

Sworn to and subscribed before me on 07/10/2023 by Toby Scammell.

Jasmin Escobar
NOTARY PUBLIC
STATE OF TEXAS
ID NUMBER
13417703-1
COMMISSION EXPIRES
January 31, 2027

_____
Notary Public

Notarized online using audio-video communication

-2-