# EXHIBIT 33

# EXHIBIT "A"

THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CA No. 12-01568

_____

FREDDY MONTALVO et al
Plaintiffs,

v.

LT'S BENJAMIN RECORDS et al.
Defendants.

_____

## DECLARATION OF ANGEL MARTINEZ ALICEA

1. My name is Angel Martinez Alicea, pka/ "Ruff El Fantastiko.

2. I am a plaintiff in the above-entitled action.

3. I contracted in 2007 with Mas Flow, Francisco Saldana, Victor Cabrera, and subsequently LT's Benjamin Records, the successor to Mas Flow, to produce sound recordings/musical works for these defendants.

4. Although we produced many songs for the defendants, which were released, the defendants failed to pay our royalties and other monies due.

5. The defendants also signed management contracts with us, which they failed to provide services for same. They did not market us or provide other services such as guidance for our careers.

6. Moreover, Cabrera and Saldana have faile to pay us for songs we produced with them and for their companies.

SIGNED UNDER THE PENALTY OF PERJURY THIS 30TH day of November, 2012.

Angel Martinez Alicea pka/Ruff El Fantastiko

# EXHIBIT "B"

# DECLARATION OF PROOF OF SERVICE

1. My name is **Fernando Fernandez**

2. I work with **Covert Intelligence, LLC** which is located at **Carolina, Puerto Rico.**

3. On the following dates and times, I went to the place known as the former home and studio of Francisco Saldana, located at a gray building at **434 Street, Carolina Puerto Rico 00983.** On **November 5th, 2012** at **1:30 pm.** This place is identified as a recording studio of the defendants saldana, mas Flow, and LT. No one was at the place.

4. On **November 5th, 2012** at **Calle 223 # HD-62, Carolina, Puerto Rico** at **4:00PM.** This is another recording studio of the subject. No one was at the place.

5. On **November 5th, 2012** at **Calle 223 # HD-62, Carolina, Puerto Rico** at **6:00PM.** According to our investigation, Mas Flow, Inc. is listed as a corporation in the Puerto Rico Secretary of State database with no address, officers, or agent of service, in violation of Puerto Rico law. LT's Benjamin Records is listed as a corporation with an address at the Paseo del Prado, Calle Pradera, #158 address, with Francisco Saldana being listed as the agent for service, President and Vice President.

Service was attempted at all last known studio addresses, including 434 Street and Calle 223 #HD-62, Carolina, along with Paseo del Prado, Calle Pradera 158 which is believed to be the current home and studio of Saldana, Mas Flow, and LT's Benjamin Records.

After attempting old recording studios of LT's Benjamin Records and Mas Flow, Inc. at the abovementioned addresses, on November 5, 2012, the PS went to Urbanizacion, Paseo del Prado, Calle Pradera #158, Carolina

**Puerto Rico**. The bell was rung several times and various people could be heard in the home. An individual came to the door and stated Saldana was not in. The PS left.

6.The PS returned at **Urbanizacion, Paseo del Prado, Calle Pradera #158, Carolina Puerto Rico** on November 6th, 2012 at 1:00PM. Music could be heard from outside. After the PS called the music volume was pump down, and the dog was barking, but no one came out of the residence.

7. The PS returned at **Urbanizacion, Paseo del Prado, Calle Pradera #158, Carolina Puerto Rico** on November 6th, 2012 at 3:10PM. No music could be heard this time, the dog was barking again. The PS asked to the neighbors and they said they should be inside because the cars were at the place; the PS continued knocking at the door, but no one came out of the residence.

8. The PS returned at **Urbanizacion, Paseo del Prado, Calle Pradera #158, Carolina Puerto Rico** on November 6th, 2012 at 5:21PM. No music could be heard this time, the dog was barking again. The PS asked to the security guard of the Urbanization to knock at the door. He did it, but no one came out of the residence. The cars of the subject were still at the residence.

9. The PS returned at **Urbanizacion, Paseo del Prado, Calle Pradera #158, Carolina Puerto Rico** on November 6th, 2012 at 7:20PM. Music could be heard from outside. After the PS called the music volume was pump down, and the dog was barking, The cars of the subject continued at the residence but no one came out of the residence. The PS left summonses and complaints (3) at home, one on the door, one on the car, and one with the security guard of the urbanization,

home and studio of Francisco Saldana and LT's Benjamin Records/Mas Flow located at **Urbanizacion, Paseo del Prado, Calle Pradera #158, Carolina Puerto Rico.**

I MAKE THIS DECLARATION UNDER THE PENALTY OF PERJURY THIS **29**th DAY OF **NOVEMBER, 2012** IN THE CITY OF CAROLINA, PUERTO RICO.

# EXHIBIT "C"

# DECLARATION OF PROOF OF SERVICE

1. My name is **Fernando Fernandez**

2. I am a process server with **Covert Intelligence, LLC** which is located at **Carolina, Puerto Rico.**

3. I was retained by the plaintiffs' in the above-entitled action, to serve various defendants in Puerto Rico, including El Cartel Records, Los Cangris Publishing, and Ramon Ayala p/k/a Daddy Yankee.

4. Service was completed on **November 7th, 2012** at **6:01PM** by serving a Summons and Complaint on **Wiredys González**, who is an officer and person designated to receive process for both the corporate entities and Ayala.

I MAKE THIS DECLARATION UNDER THE PENALTY OF PERJURY THIS DAY **29th** OF **NOVEMBER, 2012** IN THE CITY OF CAROLINA, PUERTO RICO.

# EXHIBIT "D"

## DECLARATION OF PROOF OF SERVICE

1. My name is **Fernando Fernandez**.

2. I am a process server with Covert Intelligence, which is located at **Carolina, Puerto Rico**.

3. I was retained by the plaintiffs' in the above-entitled action, to serve various defendants in Puerto Rico, including Victor Cabrera.

4. Despite, due diligence, I have been unable to locate Mr. Cabrera for service.

5. My efforts included **searching in public and private database, speaking with people who have worked for him, conducting a skip-trace search, and research at courthouse and DMV.**

6. It is unlikely Cabrera will be located and I have exhausted all reasonable means to do same.

I MAKE THIS DECLARATION UNDER THE PENALTY OF PERJURY THIS **29TH** DAY OF NOVEMBER, 2012 IN THE CITY OF CAROLINA PUERTO RICO.

# EXHIBIT "E"



 



Government of Puerto Rico

# Department of State

## Announcement

Please review annual filings and if you find discrepancies or omissions regarding this corporation, visit our offices in Old San Juan, and/or call (787) 722-2121 ext. 4348 to reconcile our digital records with your stamped filings.

Return to Search Results

CORPORATION INFORMATION

LTS BENJAMIN RECORDS, INC.

I want to: Select ⬧   ( Next )

| Details | Amendments | Annual Reports | Certificates |
|---|---|---|---|

### General Information

| | |
|---|---|
| **Register No.** | 159677 |
| **Name** | LTS BENJAMIN RECORDS, INC. |
| **Formation Date** | 03-Feb-2006 3:06 PM |
| **Effective Date** | 03-Feb-2006 3:06 PM |
| **Expiration Date** | Does not expire |
| **Status** | ACTIVE |
| **Class** | Close Corporation |
| **Type** | For Profit |
| **Jurisdiction** | Domestic |
| **Purpose** | produccion, venta y distribucion de discos |

### Designated Office Address

| | |
|---|---|
| **Street Address** | PASEO DEL PRADO<br>158 CALLE PRADERA |

|  | CAROLINA, Puerto Rico 00987 |
|---|---|
| **Mailing Address** | PASEO DEL PRADO<br>158 CALLE PRADERA<br>CAROLINA, Puerto Rico 00987 |

### Resident Agent

| **Name** | FRANCISCO SALDAÑA |
|---|---|
| **Street Address** | PASEO DEL PRADO<br>158 CALLE PRADERA<br>CAROLINA, Puerto Rico 00987 |
| **Mailing Address** | PASEO DEL PRADO<br>158 CALLE PRADERA<br>CAROLINA, Puerto Rico 00987 |

### Incorporators

| Name | Mailing Address |
|---|---|
| francisco saldaña fernandez | p.o. box 4100 san juan, p.r. 00984 |

### Officers

| Title | Name | Mailing Address |
|---|---|---|
| President | FRANCISCO SALDAÑA | PASEO DEL PRADO<br>158 CALLE PRADERA<br>CAROLINA, Puerto Rico 00987 |
| Vice president | FRANCISCO SALDAÑA | PASEO DEL PRADO<br>158 CALLE PRADERA<br>CAROLINA, Puerto Rico 00987 |

Powered By

# EXHIBIT "F"



Government of Puerto Rico

# Department of State

 

## Announcement

Please review annual filings and if you find discrepancies or omissions regarding this corporation, visit our offices in Old San Juan, and/or call (787) 722-2121 ext. 4348 to reconcile our digital records with your stamped filings.

Return to Search Results

## CORPORATION INFORMATION

## MAS FLOW, INC.

I want to: [ Select ▼ ]   ( Next )

**Details**     **Amendments**     **Annual Reports**     **Certificates**

### General Information

| | |
|---|---|
| **Register No.** | 138582 |
| **Name** | MAS FLOW, INC. |
| **Formation Date** | Unknown |
| **Effective Date** | Unknown |
| **Expiration Date** | Does not expire |
| **Status** | UNKNOWN |
| **Class** | Corporation |
| **Type** | For Profit |
| **Jurisdiction** | Domestic |
| | Unknown |

**Purpose**

### Designated Office Address

No records on file

### Resident Agent

No records on file

### Incorporators

| Name | Mailing Address |
|---|---|
| No records on file | |

### Officers

| Title | Name | Mailing Address |
|---|---|---|
| No records on file | | |

# EXHIBIT "G"

THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CA No. 12-01568

---

FREDDY MONTALVO et al
Plaintiffs,

v.

LT'S BENJAMIN RECORDS et al.
Defendants.

---

## DECLARATION OF ANTHONY CALO COTTO

1. My name is ANTHONY CALO COTTO.

2. I am a plaintiff in the above-entitled action.

3. I contracted in 2006 with Mas Flow, Francisco Saldana, Victor Cabrera, and subsequently LT's Benjamin Records, the successor to Mas Flow, to produce sound recordings/musical works for these defendants.

4. Although we produced many songs for the defendants, which were released, the defendants failed to pay our royalties and other monies due.

5. The defendants also signed management contracts with us, which they failed to provide services for same. They did not market us or provide other services such as guidance for our careers.

6. Moreover, Cabrera and Saldana have failed to pay us for songs we produced with them and for their companies. Saldana was contracted to pay our royalties, which he

failed to do. I am owed mechanical and royalties from the profits along with my partner, Aaron Pena. We have not been paid anything.

SIGNED UNDER THE PENALTY OF PERJURY THIS 30TH day of November, 2012.


/s/ Anthony Calo Cotto

_____

Anthony Calo Cotto pka "Nales"

# EXHIBIT "H"

THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CA No. 12-01568

FREDDY MONTALVO et al
Plaintiffs,

v.

LT'S BENJAMIN RECORDS et al.
Defendants.

## <u>DECLARATION OF RAUL RIVERA ROLDAN</u>

1. My name is RAUL RIVERA ROLDAN.

2. I am a plaintiff in the above-entitled action.

3. I contracted on or about June 26, 2006 with Mas Flow, Francisco Saldana, Victor Cabrera, and subsequently LT's Benjamin Records, the successor to Mas Flow, to produce sound recordings/musical works for these defendants.

4. Although I produced many songs for the defendants, which were released, the defendants failed to pay our royalties and other monies due.

5. The defendants also signed management contracts with me, which they failed to provide services for same. They did not market me or provide other services such as guidance for my career.

6. Moreover, Cabrera and Saldana have failed to pay us for songs we produced with them and for their companies. Saldana was contracted to pay our royalties, which he

failed to do. I am owed mechanical and royalties from the profits. I have not been paid anything.

SIGNED UNDER THE PENALTY OF PERJURY THIS 30TH day of November, 2012.


/s/ Raul Rivera Roldan

_____

Raul Rivera Roldan pka "Thilo"