IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § § § § § | |
| Defendants. | § § | |

**MOTION TO RESTRICT WOMPLY'S MOTION FOR LEAVE TO SERVE BY PUBLICATION DEFENDANTS BERNARDO NAVARRO AND CLAUDIA NAVARRO**

Pursuant to Standing Order No. 9 for the United District Court for the District of Puerto Rico, and in accordance with this this Court's March 31, 2023 Order (ECF No. 38), April 24, 2023 Order (ECF No. 50), May 3, 2023 Order (ECF No. 58), June 13, 2023 Order (ECF Nos. 68, 72; together, the "**Orders**"), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, seeks leave to file its unredacted Motion for Leave to Serve by Publication (the "**Motion**") Defendants Bernardo Navarro and Claudio Navarro (the "**Navarros**") and exhibits in the above-captioned action restricted to viewing by the parties and to publicly file its Motion and exhibits with redactions.

Womply seeks to redact three categories of information. *First*, Pursuant to Local Civil Rule 5.2, Womply seeks to redact personally identifying information and sensitive financial information of the Navarros and their family members, including home addresses, license plate information, social security numbers, drivers' licenses, bank account information, and credit headers. This Court approved redacting much of this same information in its May 3 and June 13 Orders.

*Second*, Womply seeks to redact in its Motion and accompanying exhibits material that is redacted in its publicly filed Complaint and its exhibits, which this Court approved in its March 31, April 24, and May 3 Orders.

*Third*, Womply's Motion and exhibits include one document and two deposition transcripts that Benworth Capital Partners LLC ("**Benworth FL**") designated as "Confidential" pursuant to a protective order issued by the arbitrator in a private JAMS arbitration between Womply and Benworth FL (the "**Arbitration**").  Womply's Motion and exhibits also include two transcripts from the Arbitration, which include discussions of material Benworth FL designated as "Confidential."   Womply seeks to redact this material in accordance with Benworth FL's confidentiality designations.

Dated: July 13, 2023

*Of Counsel:*

Willkie Farr & Gallagher LLP

By: */s/ Alexander L. Cheney*

Alexander L. Cheney (admitted *pro hac vice*)
One Front Street
San Francisco, CA 94111
(415) 858-7400
acheney@willkie.com

Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

Respectfully submitted,

By: */s/ Alejandro J. Cepeda Diaz*

Alejandro J. Cepeda Diaz
USDC-PR 222110
McConnell Valdés LLC
270 Muñoz Rivera Ave.
Hato Rey PR 00918
Tel: (787) 250-5637
Email: ajc@mcvpr.com

*Attorneys for Plaintiff Oto Analytics, LLC*

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 13, 2023, the foregoing document was filed with the

Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through

the CM/ECF system.

Dated: July 13, 2023                                    By: */s/ Alejandro J. Cepeda Diaz*

*Attorney for Plaintiff Oto Analytics, LLC*