IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § § § § § § | |
| Defendants. | § | |

**MOTION TO RESTRICT PLAINTIFF OTO ANALYTICS, LLC'S NOTICE OF SERVICE BY PUBLICATION ON DEFENDANTS BERNARDO NAVARRO AND CLAUDIA NAVARRO**

Pursuant to Standing Order No. 9 for the United District Court for the District of Puerto Rico, and in accordance with this Court's May 3, 2023 Order (ECF No. 58), June 13, 2023 Order (ECF No. 72), and July 17, 2023 Order (ECF No. 78; together the "**Orders**"), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, seeks leave to file its Notice of Service by Publication on Defendants Bernardo Navarro and Claudio Navarro (the "**Navarros**") and exhibits in the above-captioned action restricted to viewing by the parties and to publicly file its Motion and exhibits with redactions.

Pursuant to Local Civil Rule 5.2, Womply seeks to redact the Navarros' home addresses. These same redactions were previously approved by this Court's Orders on May 3, 2023, June 13, 2023, and July 17, 2023.

- 2 -

Dated: August 21, 2023

*Of Counsel:*

Willkie Farr & Gallagher LLP                    Respectfully submitted,

By: */s/ Alexander L. Cheney*                   By: */s/ Alejandro J. Cepeda Diaz*

Alexander L. Cheney (admitted *pro hac vice*)   Alejandro J. Cepeda Diaz
One Front Street                                USDC-PR 222110
San Francisco, CA 94111                         McConnell Valdés LLC
(415) 858-7400                                  270 Muñoz Rivera Ave.
acheney@willkie.com                             Hato Rey PR 00918
                                                Tel: (787) 250-5637
Joshua S. Levy (admitted *pro hac vice*)        Email: ajc@mcvpr.com
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000                                  *Attorneys for Plaintiff Oto Analytics, LLC*
jlevy@willkie.com

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 21, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated: August 21, 2023                    By: */s/ Alejandro J. Cepeda Diaz*

*Attorney for Plaintiff Oto Analytics, LLC*