IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § § § § § § | |
| Defendants. | § | |

**MOTION TO RESTRICT WOMPLY'S MOTION TO LIFT STAY**

Pursuant to Standing Order No. 9 for the United States District Court for the District of Puerto Rico, and in accordance with this Court's March 31, 2023 Order ("**Order**"; ECF No. 38), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, seeks leave to file its unredacted Motion to Lift Stay and accompanying exhibit ("**MLS**") in the above-captioned action restricted to viewing by the parties and to publicly file its MLS with redactions.

On March 31, 2023, this Court granted Womply's Motion to Restrict its Complaint ("**MRC**"; ECF No. 2) to viewing by the parties and publicly file its Complaint and exhibits with redactions. (Order at 1.)  As was the case for Womply's Complaint, Womply's MLS quotes, describes, and references certain material designated by Benworth Capital Partners LLC ("**Benworth FL**") as "Confidential" pursuant to a protective order issued in a private arbitration between Womply and Benworth FL.  And, as stated in its MRC, Womply contends that Benworth FL's designation of documents and testimony as "Confidential" in a private arbitration does not, by itself, justify redacting this material or restricting viewing to the parties.  *See, e.g.*, *United States*

*v. Vazquez-Garced*, 2022 WL 3926037, at *1 (D.P.R. Aug. 31, 2022) (Arias-Marxuach, J.) (noting

that the Court's Protective Order was not meant to direct the parties to litigate the case under seal).

However, in the spirit of comity, out of an abundance of caution, and consistent with Womply's

prior MRC, Womply requests leave to redact such similar material in its publicly filed MLS.

Dated: December 26, 2023

*Of Counsel:*

Willkie Farr & Gallagher LLP                    Respectfully submitted,

By: */s/ Alexander L. Cheney*                    By: */s/* Alejandro J. Cepeda Diaz

Alexander L. Cheney (admitted *pro hac vice*)    Alejandro J. Cepeda Diaz
333 Bush St                                      USDC-PR 222110
San Francisco, CA 94104                          McConnell Valdés LLC
(415) 858-7400                                   270 Muñoz Rivera Ave.
acheney@willkie.com                              Hato Rey PR 00918
                                                 Tel: (787) 250-5637
Stuart R. Lombardi (admitted *pro hac vice*)     Email: ajc@mcvpr.com
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019                               *Attorneys for Plaintiff Oto Analytics, LLC*
(212) 728-8000
slombardi@willkie.com

Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 26, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated: December 26, 2023               By: */s/ Alejandro J. Cepeda Diaz*

*Attorney for Plaintiff Oto Analytics, LLC*