**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **OTO ANALYTICS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,** <br><br> Defendants. | Civil No. 23-01034 (GMM) |

<u>**MOTION TO RESTRICT VIEWING LEVEL**</u>

**TO THE HONORABLE COURT:**

**COME NOW** defendants Benworth Capital Partners PR, LLC ("Benworth PR"), Benworth Capital Partners, LLC ("Benworth FL"), and Bernardo and Claudia Navarro ("Mr. and Mrs. Navarro" and, jointly with Benworth PR and Benworth FL, the "Defendants"), through the undersigned counsel, and very respectfully state and pray as follows:

1.      The Defendants are filing today a "Joint Opposition to Plaintiffs' *Motion to Lift Stay* (D.E. 100)" (the "Opposition").

2.      The Opposition contains extensive references to the proceedings in the arbitration currently pending between Benworth FL and Plaintiff Otto Analytics, LLC (f/k/a Oty Analytics, Inc. d/b/a Womply ("Womply"), which are subject to confidentiality concerns under a protective order in the arbitration.  Out of an abundance of caution, the Defendants respectfully request that viewing of the Opposition and its Exhibits A-E be restricted to case participants and court personnel ("Parties").

3.      Accordingly, and subject to the Court's approval of this motion, the Defendants

**Motion to Restrict Viewing Level**
Oto Analytics, LLC v. Benworth Capital Partners PR LLC, *et al.*
Civil No. 23-01034 (GMM)
Page **2** of **3**

will file the Opposition and its Exhibits A-E under the appropriate filing and viewing level restricted to case participants and court personnel ("Parties").

**WHEREFORE**, Defendants file the present motion in compliance with Standing Order No. 9, requesting that the Court take notice of the above and grant their request to file under the appropriate restricted filing and viewing level ("Parties") the Opposition and its Exhibits A-E, as detailed above.

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing reply was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 8th day of January, 2024.

**Ferraiuoli** LLC
*Looking Forward*

PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara-Fuertes*
**Roberto A. Cámara-Fuertes**
USDC-PR 219002
Email: rcamara@ferraiuoli.com

*s/ Jaime A. Torrens-Dávila*
**Jaime A. Torrens-Dávila**
USDC-PR 223810
Email: jtorrens@ferraiuoli.com

*s/ Mónica Ramos Benítez*
**Mónica Ramos-Benítez**
USDC-PR 308405
Email: mramos@ferraiuoli.com

**Motion to Restrict Viewing Level**
<u>Oto Analytics, LLC v. Benworth Capital Partners PR LLC, *et al.*</u>
Civil No. 23-01034 (GMM)
Page **3** of **3**

*Counsel for Benworth Capital Partners, LLC and Bernardo Navarro*

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
rcasellas@cabprlaw.com
cloubriel@cabprlaw.com

/s/ Ricardo F. Casellas
USDC-PR Bar No. 203114

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509

*Counsel for Benworth Capital Partners PR, LLC and Claudia Navarro*