IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § § § § § | |
| Defendants. | § § | |

**PLAINTIFF OTO ANALYTICS, LLC'S NOTICE OF CONCLUSION OF ARBITRATION AND MOTION TO LIFT STAY**

On October 12, 2023, this Court issued "a short stay" of the above-captioned action (the "**Action**") "pending a decision of the arbitrator'" in a JAMS arbitration (the "**Arbitration**") between Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**") and Defendant Benworth Capital Partners LLC.  (ECF No. 96 at 13.)  On January 11, 2024, this Court held that the Action shall be stayed "until arbitration proceedings between the Parties have concluded and a final award has been issued."  (ECF No. 106.)  Those events have since occurred.

On June 11, 2024, the arbitrator issued a final award in the Arbitration, which is appended as Exhibit A and which concludes the Arbitration.  Accordingly, Womply respectfully requests that this Court lift the stay.  *See also A.J. Props., LLC v. Stanley Black & Decker, Inc.*, 2013 WL 4046329, at *3 (D. Mass. Aug. 7, 2013) ("[T]here is no dispute, nor can there be, that the Court has the power to lift the stay that it imposed.") (citing *Ex Parte Peterson*, 253 U.S. 300, 312 (1920).

75259465.6

Dated: June 12, 2024


*Of Counsel*

Willkie Farr & Gallagher LLP                    Respectfully submitted,


By: */s/ Alexander L. Cheney*_____          By: */s/Alejandro J. Cepeda Diaz*_____

Alexander L. Cheney (admitted *pro hac vice*)   Alejandro J. Cepeda Diaz
333 Bush St                                      USDC-PR 222110
San Francisco, CA 94104                          McConnell Valdés LLC
(415) 858-7400                                   270 Muñoz Rivera Ave.
acheney@willkie.com                              Hato Rey PR 00918
                                                 Tel: (787) 250-5637
Stuart R. Lombardi (admitted *pro hac vice*)     Email: ajc@mcvpr.com
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019                               *Attorneys for Plaintiff Oto Analytics, LLC*
(212) 728-8000
slombardi@willkie.com


Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

75259465.6                                          - 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2024, the foregoing document was filed with the

Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through

the CM/ECF system.


Dated: June 12, 2024                    By: */s/ Alejandro J. Cepeda Diaz* _____

*Attorney for Plaintiff Oto Analytics, LLC*