IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 23-01034 |
| | § | |
| BENWORTH CAPITAL PARTNERS PR | § | |
| LLC, BENWORTH CAPITAL PARTNERS | § | |
| LLC, BERNARDO NAVARRO and | § | |
| CLAUDIA NAVARRO, | § | |
| | § | |
| Defendants. | § | |

**MOTION TO RESTRICT PLAINTIFF OTO ANALYTICS, LLC'S NOTICE OF CONCLUSION OF ARBITRATION AND MOTION TO LIFT STAY**

Pursuant to Standing Order No. 9 for the United States District Court for the District of Puerto Rico, and in accordance with this Court's December 27, 2023 Order ("**Order**"; ECF No. 101), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, seeks leave to file its unredacted Notice of Conclusion of Arbitration and Motion to Lift Stay and accompanying exhibit ("**Motion**") in the above-captioned action restricted to viewing by the parties and to publicly file its Motion with redactions.

On December 27, 2023, this Court issued an Order granting Womply's motion to file its unredacted Motion to Lift Stay and accompanying exhibit ("**MLS**"; ECF No. 99) restricted to viewing by the parties only and to publicly file its MLS with redactions. (Order at 1.) Womply seeks to the redact the exact same material in the exhibit to its Motion that this Court already permitted Womply to redact in the exhibit to its prior MLS, which quotes, describes, and references certain material designated by Benworth Capital Partners LLC ("**Benworth FL**") as "Confidential" pursuant to a protective order issued in a private arbitration between Womply and Benworth FL.

Womply recognizes that Benworth FL's designation of documents and testimony as "Confidential" in a private arbitration does not, by itself, justify redacting this material or restricting viewing to the parties. *See, e.g.*, *United States v. Vazquez-Garced*, 2022 WL 3926037, at *1 (D.P.R. Aug. 31, 2022) (Arias-Marxuach, J.) (noting that the Court's Protective Order was not meant to direct the parties to litigate the case under seal). However, in the spirit of comity, out of an abundance of caution, and consistent with Womply's prior MLS and this Court's Order, Womply requests leave to redact such similar material in its publicly filed Motion.

Dated: June 12, 2024

*Of Counsel*

Willkie Farr & Gallagher LLP

By: */s/ Alexander L. Cheney*

Alexander L. Cheney (admitted *pro hac vice*)
333 Bush St
San Francisco, CA 94104
(415) 858-7400
acheney@willkie.com

Stuart R. Lombardi (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8000
slombardi@willkie.com

Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

Respectfully submitted,

By: */s/Alejandro J. Cepeda Diaz*

Alejandro J. Cepeda Diaz
USDC-PR 222110
McConnell Valdés LLC
270 Muñoz Rivera Ave.
Hato Rey PR 00918
Tel: (787) 250-5637
Email: ajc@mcvpr.com

*Attorneys for Plaintiff Oto Analytics, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2024, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated: June 12, 2024                                    By: */s/ Alejandro J. Cepeda Diaz*  _____

*Attorney for Plaintiff Oto Analytics, LLC*