IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 23-01034 |
| | § | |
| BENWORTH CAPITAL PARTNERS PR | § | |
| LLC, BENWORTH CAPITAL PARTNERS | § | |
| LLC, BERNARDO NAVARRO and | § | |
| CLAUDIA NAVARRO, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF OTO ANALYTICS, LLC'S**
**MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS NOTICE OF**
**CONCLUSION OF ARBITRATION AND MOTION TO LIFT STAY**

Plaintiff Womply, by and through its undersigned counsel, respectfully submits this Motion For Leave To File A Reply to Defendants' Joint Opposition to Plaintiff's Notice of Conclusion of Arbitration and Motion to Lift Stay ("**Opposition**"; ECF No. 111).[1]

1.      On June 12, 2024, Womply filed its Notice of Conclusion of Arbitration and Motion to Lift Stay.

2.      On June 13, 2024, Defendants filed their Opposition to Womply's Motion.

3.      Pursuant to Local Rule 7(c), with leave of this Court, Womply has until June 20, 2024, to file a Reply brief.

4.      In its proposed Reply, which is attached as Exhibit 1, Womply responds to Defendants' new arguments in the Opposition and Defendants' characterizations of Womply's arguments that are incorrect and require clarification.   This includes, without limitation,

---

[1] Capitalized terms have the same meanings as in Womply's Motion to Lift Stay ("**Motion**"; ECF No. 109) unless otherwise indicated.

Defendants' new assertions that they intend to challenge the Final Award both under JAMS rules and Federal Law, and erroneous caselaw included in support of their arguments.

5.      The undersigned certify that this request does not have a dilatory intent, and is sought in the interest of justice, to ensure this Court has complete briefing on the matters before it.

**WHEREFORE**, Womply respectfully requests that the Court grant it leave to file a reply in support of its Motion by no later than June 20, 2024.

Dated: June 17, 2024

*Of Counsel*

Willkie Farr & Gallagher LLP                    Respectfully submitted,

By: */s/ Alexander L. Cheney*                    By: */s/ Alejandro J. Cepeda Diaz*

Alexander L. Cheney (admitted *pro hac vice*)    Alejandro J. Cepeda Diaz
333 Bush St                                      USDC-PR 222110
San Francisco, CA 94104                          McConnell Valdés LLC
(415) 858-7400                                   270 Muñoz Rivera Ave.
acheney@willkie.com                              Hato Rey PR 00918
                                                 Tel: (787) 250-5637
Joshua S. Levy (admitted *pro hac vice*)         Email: ajc@mcvpr.com
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000                                   *Attorneys for Plaintiff Oto Analytics, LLC*
jlevy@willkie.com

- 2 -

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 17, 2024, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.


Dated: June 17, 2024                    By: */s/ Alejandro J. Cepeda Diaz*

                                        *Attorney for Plaintiff Oto Analytics, LLC*