Exhibit A

**UNITED STATES DISTRICT COURT**                                    JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 24-2113-JFW(KESx)**                      Date:  April 10, 2024

Title:         Oto Analytics, Inc. -v- North American Bancard, LLC, et al.

**PRESENT:**
         **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                           **None Present**
   **Courtroom Deputy**                         **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                        None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING ACTION**

        On March 27, 2024, the Court issued an Order to Show Cause.  Docket No. 11.  The Order to Show Cause required that Plaintiff show cause, in writing, on or before April 1, 2024, this action should not be dismissed for lack of subject matter jurisdiction.  The Order also warned Plaintiff that "[f]ailure to respond to the Order to Show Case will result in the dismissal of this action for lack of subject matter jurisdiction."

        As of the date of this Order, Plaintiff has not responded to the Court's Order to Show Cause.  Accordingly, this action is hereby **DISMISSED**.

        IT IS SO ORDERED.

                              Page 1 of  1                         Initials of Deputy Clerk  _sr_