IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | § § § § § § | |
| Defendants. | § | |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b) and this Court's June 24 and 27, 2024 Orders (ECF Nos. 119, 121), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**") and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "**Defendants**"; together with Womply, the "**Parties**") through their undersigned counsel, respectfully submit this Joint Proposed Scheduling Order, with all other deadlines set by the Federal Rules of Civil Procedure, as supplemented by the Local Rules:

| Deadline | Date |
|---|---|
| Womply File Amended Complaint[1] | July 1, 2024 |
| Parties Conduct Rule 26(f) Conference | July 15, 2024 (or earlier) |
| Defendants Answer Or Otherwise Respond To The Amended Complaint | August 19, 2024 |
| Substantial Completion Of Document Discovery | October 18, 2024 |

---

[1] Defendants consent to Womply filing an Amended Complaint limited to diversity of citizenship for jurisdictional purposes.

- 2 -

| Deadline | Date |
|---|---|
| Complete Fact Discovery | November 19, 2024 |
| Parties Identify Experts On Issues For Which They Bear The Burden Of Proof | January 7, 2025 |
| Parties Submit Opening Expert Reports On Issues For Which They Bear The Burden Of Proof | January 27, 2025 |
| Parties Submit Rebuttal Expert Reports | February 27, 2025 |
| Complete Expert Discovery | March 27, 2025 |
| File Dispositive Motions | April 25, 2025 |

Dated: July 1, 2024

By: */s/ Alejandro J. Cepeda Diaz*

Alejandro J. Cepeda Diaz
USDC-PR 222110
ajc@mcvpr.com

McConnell Valdés LLC
270 Muñoz Rivera Ave.
Hato Rey PR 00918
Tel: (787) 250-5637


Alexander L. Cheney
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
(415) 858-7400
acheney@willkie.com

Stuart R. Lombardi (*pro hac vice* pending)
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8000
slombardi@willkie.com

Joshua S. Levy (*pro hac vice* pending)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com


*Counsel for Plaintiff Oto Analytics, LLC*

By: */s/ Roberto A. Cámara-Fuertes*

Roberto A. Cámara-Fuertes
USDC-PR 219002
rcamara@ferraiuoli.com

Ferraiuoli LLC
PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001


Jaime A. Torrens-Dávila
USDC-PR 223810
jtorrens@ferraiuoli.com

Mónica Ramos-Benítez
USDC-PR 308405
mramos@ferraiuoli.com


*Counsel for Benworth Capital Partners, LLC and Bernardo Navarro*

By: */s/ Ricardo F. Casellas*

Ricardo F. Casellas
USDC-PR 203114
rcasellas@cabprlaw.com

Casellas Alcover & Burgos PSC
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401


Carla S. Loubriel Carrión
USDC-PR Bar 227509
cloubriel@cabprlaw.com


*Counsel for Benworth Capital Partners PR, LLC and Claudia Navarro*

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2024, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through the CM/ECF system.

Dated: July 1, 2024                          By: */s/ Alejandro J. Cepeda Diaz*

*Counsel for Plaintiff Oto Analytics, LLC*