IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 23-01034 |
| | § | |
| BENWORTH CAPITAL PARTNERS PR | § | |
| LLC, BENWORTH CAPITAL PARTNERS | § | |
| LLC, BERNARDO NAVARRO and | § | |
| CLAUDIA NAVARRO, | § | |
| | § | |
| Defendants. | § | |

**MOTION TO RESTRICT WOMPLY'S AMENDED COMPLAINT**

Pursuant to Standing Order No. 9 for the United District Court for the District of Puerto Rico, and in accordance with this Court's March 31, 2023 Order (ECF No. 38; the "**Order**"), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, seeks leave to file its Amended Complaint and exhibits in the above-captioned action restricted to viewing by the parties and to publicly file its Amended Complaint and exhibits with redactions.

The Amended Complaint quotes, describes, and references certain documents and testimony that Defendant Benworth Capital Partners LLC ("**Benworth FL**") designated as "Confidential" pursuant to a protective order (the "**Protected Material**") issued by an arbitrator in a private JAMS arbitration between Womply and Benworth FL (the "**Arbitration**"). On January 17, 2023, the arbitrator in the Arbitration permitted Womply to file Protected Material in this Court and directed that the "parties shall, consistent with applicable law, take all reasonable and lawful steps to file the Protected Material under seal." Womply seeks to redact the material Benworth FL designated as "Confidential" in the Arbitration, and information Defendants may

assert is confidential, in its public filing and file the unredacted Amended Complaint and exhibits restricted to viewing by the parties.

These same redactions were previously approved by this Court's Order on March 31, 2023 (ECF No. 38).

Dated: July 1, 2024

*Of Counsel:*

Willkie Farr & Gallagher LLP

By: */s/ Alexander L. Cheney*

Alexander L. Cheney (admitted *pro hac vice*)
333 Bush Street
San Francisco, CA 94111
(415) 858-7400
acheney@willkie.com

Stuart R. Lombardi (admitted *pro hac vice*)
787 7th Avenue
New York, NY 10019
(212) 728-8000
slombardi@willkie.com

Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

Respectfully submitted,

By: */s/ Alejandro J. Cepeda Diaz*

Alejandro J. Cepeda Diaz
USDC-PR 222110
McConnell Valdés LLC
270 Muñoz Rivera Ave.
Hato Rey PR 00918
Tel: (787) 250-5637
Email: ajc@mcvpr.com

*Attorneys for Plaintiff Oto Analytics, LLC*

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 1, 2024, the foregoing document was filed with the

Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through

the CM/ECF system.

Dated: July 1, 2024                              By: */s/ Alejandro J. Cepeda Diaz*

*Attorney for Plaintiff Oto Analytics, LLC*