**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO,<br><br>Defendants. | Civil Action No. 23-01034 |

**APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE
FOR LISA M. SCHWEITZER**

**TO THE HONORABLE COURT:**

**COMES NOW**, Lisa M. Schweitzer, applicant herein, and respectfully states:

1.      Applicant is an attorney with the law firm of Cleary Gottlieb Steen & Hamilton LLP with offices at:

| | |
|---|---|
| Address | One Liberty Plaza, New York, NY 10006 |
| Email | lschweitzer@cgsh.com |
| Telephone No. | (212) 225-2629 |
| Fax No. | (212) 225-3999 |

2.      Applicant will sign all pleadings with the name Lisa M. Schweitzer.

3.      Applicant has been retained as a member of the above-named law firm by the Federal Reserve Bank of San Francisco (the "Reserve Bank") to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.      Since July 14, 1997, applicant has been and presently is a member in good standing of the bar of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, where applicant regularly practices law. Applicant's bar license number is 2837722.

5.    Since December 16, 1996, applicant has been and presently is a member in good standing of the bar of the State of New Jersey, where applicant regularly practices law. Applicant's bar license number is 047391996.

6.    Applicant is admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| United States District Court, District Court of New Jersey | 12/20/1996 |
| United States District Court, Southern District of New York | 09/02/1997 |
| United States Court of Appeals, Third Circuit | 08/10/1999 |
| United States District Court, Eastern District of New York | 11/04/2004 |
| United States Court of Appeals, Second Circuit | 03/17/2005 |
| United States Supreme Court | 06/23/2008 |
| New York, First Department | 07/14/1997 |
| Supreme Court of the State of New Jersey | 12/16/1996 |

7.    Applicant is a member in good standing of the bars of the courts listed in paragraph 6.

8.    Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9.    Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10.    During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

2

11.     Local counsel of record associated with applicant in this matter is Ubaldo M. Fernández, USDC-PR Bar No. 224807, O'Neill & Borges LLC, 250 Ave. Muñoz Rivera, Suite 800, San Juan, PR 00918-1813, Telephone: (787) 764-8181, Fax: (787) 753-8944, Email: ubaldo.fernandez@oneillborges.com.

12.     Applicant has read the Local Rules of this court and will comply with the same.

13.     Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _July 10_ , 2024

Lisa M. Schweitzer
Printed name of Applicant

Signature of Applicant

**I HEREBY CERTIFY**, pursuant to Local Rule 83.A(f), that I consent to the designation of local counsel for all purposes.

Date: _July 10_ , 2024

Ubaldo M. Fernández
Printed Name of Local Counsel

Signature of Local Counsel

3

**I HEREBY CERTIFY**, that I have caused the original of this document to be delivered to the Clerk of Court accompanied by a $300.00 pro hac vice admission fee and a copy of this document to be filed electronically via this Court's electronic case filing system which serves a true and correct copy of this document upon each attorney of record.

Signature of Applicant

## <u>ORDER</u>

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐      the application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐      the application be denied.  The Clerk of Court shall return the admission fee to the application.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2024.

_____
U.S. DISTRICT JUDGE

5