AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interventor Federal Reserve Bank of San Francisco                                                  .

Date:       07/12/2024

s/Salvador J. Antonetti-Stutts
*Attorney's signature*

Salvador J. Antonetti-Stutts / USDC No. 216002
*Printed name and bar number*

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Address*

salvador.antonetti@oneillborges.com
*E-mail address*

(787) 764-8181
*Telephone number*

(787) 753-8944
*FAX number*