AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| OTO ANALYTICS, LLC, <br> *Plaintiff* <br> v. <br> BENWORTH CAPITAL PARTNERS PR LLC, et al., <br> *Defendant* | ) <br> ) <br> )    Case No.   23-01034 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor Federal Reserve Bank of San Francisco

Date:     07/16/2024

_____
*Attorney's signature*

Lisa M. Schweitzer
*Printed name and bar number*
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006

*Address*

lschweitzer@cgsh.com
*E-mail address*

(212) 225-2000
*Telephone number*

(212) 225-3999
*FAX number*