AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-01034 |
| BENWORTH CAPITAL PARTNERS PR LLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interventor Federal Reserve Bank of San Francisco                              .

Date:     07/18/2024

_____
*Attorney's signature*

Thomas S. Kessler
*Printed name and bar number*
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006

*Address*

tkessler@cgsh.com
*E-mail address*

(212) 225-2000
*Telephone number*

(212) 225-3999
*FAX number*