IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO,<br><br>    Defendants. | Civil Action No. 23-01034 |

## **DECLARATION OF ALEXANDER L. CHENEY**

I, Alexander L. Cheney, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    1.    I am a member in good standing of the bars of California and New York. I am admitted to practice in the United States District Court for the Northern District of California. I am a partner at Willkie Farr & Gallagher LLP, counsel for Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**").

2.    I respectfully submit this declaration to provide this Court with certain materials cited in Womply's Response to the Federal Reserve Bank of San Francisco's Motion to Intervene. This declaration is based on my personal knowledge or information provided to me.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the arbitrator's order in the JAMS arbitration *Oto Analytics, Inc. d/b/a Womply v. Benworth Capital Partners LLC*, Reference No. 1210038203, dated February 20, 2024.

4.    Attached hereto as Exhibit 2 is a true and correct copy of an email chain between counsel for Womply and counsel for Benworth Capital Partners LLC, dated May 31, 2024 to June 13, 2024.

-1-

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of July 2024 in San Francisco, California.

*/s/ Alexander L. Cheney*
Alexander L. Cheney
