# EXHIBIT 2

| | |
|---|---|
| **From:** | Dwayne Robinson |
| **To:** | Lombardi, Stuart |
| **Cc:** | Cheney, Alexander; Levy, Joshua S. |
| **Subject:** | RE: Benworth/Womply |
| **Date:** | Thursday, June 13, 2024 10:03:45 AM |
| **Attachments:** | image001.png |

**\*\*\* EXTERNAL EMAIL \*\*\***

Stuart,

We received the package. Thank you. As you can imagine, we will need some time to review.

Best,
Dwayne

**DWAYNE A. ROBINSON, ESQ.  |  PARTNER**



2525 Ponce de Leon Boulevard, Floor 9, Miami, Florida 33134

**Phone** 305.372.1800 | **Direct** 305.377.0659 | **Email** drobinson@kttlaw.com

Firm Bio | Personal LinkedIn | Facebook | KTT LinkedIn

---

**From:** Lombardi, Stuart <slombardi@willkie.com>
**Sent:** Wednesday, June 12, 2024 3:15 PM
**To:** Dwayne Robinson <drobinson@kttlaw.com>
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>
**Subject:** RE: Benworth/Womply

**CAUTION:** [This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Dwayne,

FedEx reports that it delivered the package to you today.  It contains a USB disk with copies of loan files for the loans Benworth identified in the spreadsheet we received from you on May 20, 2024.  Can you confirm that you received the USB disk and are able to access the files?

Womply believes it has now transmitted electronic copies of all of Benworth's borrowers' loan files, as required by Arbitrator Brainerd's Final Award dated May 30, 2024 (which was released yesterday).  Of course, if you identify any loan files that you believe are missing, please let us know and we will work with you to investigate.

Thank you.

Regards,
Stuart

**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 8111
slombardi@willkie.com | vCard | www.willkie.com bio

**From:** Lombardi, Stuart <slombardi@willkie.com>
**Sent:** Tuesday, June 11, 2024 6:14 PM
**To:** 'Dwayne Robinson' <drobinson@kttlaw.com>
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>
**Subject:** RE: Benworth/Womply

Dwayne,

Womply shipped the loan files on a USB disk today via overnight FedEx. Here is the tracking information:

**Tracking number:** 275795460146
**Tracking link:** https://www.fedex.com/fedextrack/?trknbr=275795460146&trkqual=2460473000~275795460146~FX

Regards,
Stuart

**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 8111
slombardi@willkie.com | vCard | www.willkie.com bio

**From:** Dwayne Robinson <drobinson@kttlaw.com>
**Sent:** Tuesday, June 11, 2024 2:47 PM
**To:** Lombardi, Stuart <slombardi@willkie.com>
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>
**Subject:** Re: Benworth/Womply

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Stuart,
Has this been sent out? Can you forward us the tracking info so we can been on the lookout?
Best,
Dwayne

**DWAYNE A. ROBINSON, ESQ.** | **PARTNER**

2525 Ponce de Leon Boulevard, Floor 9, Miami, Florida 33134
**Phone** 305.372.1800 | **Direct** 305.377.0659 | **Email** drobinson@kttlaw.com

**Firm Bio** | **Personal LinkedIn** | **Facebook** | **KTT LinkedIn**

---

**From:** Lombardi, Stuart <slombardi@willkie.com>
**Sent:** Friday, June 7, 2024 6:05:42 PM
**To:** Dwayne Robinson <drobinson@kttlaw.com>
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>
**Subject:** Re: Benworth/Womply

> **CAUTION:** [This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Will do. Thank you.

On June 7, 2024 at 6:01:26 PM EDT, Dwayne Robinson <drobinson@kttlaw.com> wrote:

> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Stuart,
>
> Send it to me at my office in Coral Gables:
> Kozyak Tropin & Throckmorton
> Attention: Dwayne Robinson
> 2525 Ponce de Leon Boulevard, Floor 9
> Coral Gables, Florida 33134
>
> Best,
> Dwayne
>
> **DWAYNE A. ROBINSON, ESQ.** | **PARTNER**
>
> 2525 Ponce de Leon Boulevard, Floor 9, Miami, Florida 33134
> **Phone** 305.372.1800 | **Direct** 305.377.0659 | **Email** drobinson@kttlaw.com
>
> **Firm Bio** | **Personal LinkedIn** | **Facebook** | **KTT LinkedIn**
>
> **Stuart R. Lombardi**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8882 | Fax: +1 212 728 8111
> slombardi@willkie.com | vCard | www.willkie.com bio

**From:** Lombardi, Stuart <slombardi@willkie.com>
**Sent:** Friday, June 7, 2024 5:19:15 PM
**To:** Dwayne Robinson <drobinson@kttlaw.com>
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>
**Subject:** RE: Benworth/Womply

**CAUTION:** [This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Dwayne,

It turns out that the files are too voluminous to practically FTP. Womply is putting them on physical media to mail to you as soon as possible. Should we mail it to you at your office address?

Regards,

Stuart


**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 8111
slombardi@willkie.com | vCard | www.willkie.com bio

---

**From:** Dwayne Robinson <drobinson@kttlaw.com>
**Sent:** Wednesday, June 5, 2024 3:48 PM
**To:** Lombardi, Stuart <slombardi@willkie.com>
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>
**Subject:** Re: Benworth/Womply

*** EXTERNAL EMAIL ***

Hi Stuart,

Any updates?

**DWAYNE A. ROBINSON, ESQ.** | **PARTNER**

2525 Ponce de Leon Boulevard, Floor 9, Miami, Florida 33134
**Phone 305.372.1800** | **Direct 305.377.0659** | **Email drobinson@kttlaw.com**
**Firm Bio** | **Personal LinkedIn** | **Facebook** | **KTT LinkedIn**

---

**From:** Dwayne Robinson <drobinson@kttlaw.com>
**Sent:** Friday, May 31, 2024 9:43:54 AM
**To:** Lombardi, Stuart <slombardi@willkie.com>
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>
**Subject:** Re: Benworth/Womply

Good morning, Stuart,

Yes, please send it to me.

All the best,

Dwayne

**DWAYNE A. ROBINSON, ESQ.** | **PARTNER**

2525 Ponce de Leon Boulevard, Floor 9, Miami, Florida 33134
**Phone 305.372.1800** | **Direct 305.377.0659** | **Email drobinson@kttlaw.com**
**Firm Bio** | **Personal LinkedIn** | **Facebook** | **KTT LinkedIn**

---

**From:** Lombardi, Stuart <slombardi@willkie.com>
**Sent:** Friday, May 31, 2024 9:17:23 AM
**To:** Dwayne Robinson <drobinson@kttlaw.com>
**Cc:** Cheney, Alexander <ACheney@willkie.com>; Levy, Joshua S. <JLevy@willkie.com>

**Subject:** Benworth/Womply

> **CAUTION:** [This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Dwayne,

I hope you had a nice holiday weekend.  Womply has gathered the loan files for Benworth's loans.  Can we send them to you via FTP?  That would be the fastest.  If yes, please let us know who we should direct the FTP to.

Thank you.

Regards,

Stuart

**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**

787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 8111
slombardi@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.