**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| OTO ANALYTICS, LLC, | Civil No. 23-01034 (GMM) |
| Plaintiff, | |
| v. | |
| BENWORTH CAPITAL PARTNERS PR LLC, BENWORTH CAPITAL PARTNERS LLC, BERNARDO NAVARRO and CLAUDIA NAVARRO, | |
| Defendants. | |

**MOTION SUBMITTING
PROPOSED ORDER GRANTING
_MOTION TO INTERVENE UNDER FED. R. CIV. P. 24_**

**TO THE HONORABLE COURT:**

**COMES NOW** the Federal Reserve Bank of San Francisco (the "Reserve Bank"), by and through its undersigned legal counsel, and respectfully submits a proposed order granting the _Motion to Intervene under Fed. R. Civ. P. 24_ ("Motion to Intervene") at ECF No. 127.

1.      On July 10, 2024, the Reserve Bank filed the Motion to Intervene requesting that this Court grant it permission to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."). _See_ ECF No. 127.

2.      On July 11, 2024, the Court issued an _Order_ holding the Reserve Bank's _Motion to Intervene_ in abeyance and directing Womply and Defendants to file their positions on the _Motion to Intervene_ by July 24, 2024. _See_ ECF No. 134.

3.  On July 24, 2024, Womply filed its *Response to Federal Reserve Bank of San Francisco's Motion to Intervene*, and Defendants filed their *Motion in Compliance with Order Regarding Motion to Intervene by Fed (D.E. 134)*. *See* ECF Nos. 140-41.

4.  Neither Womply nor Defendants opposed the *Motion to Intervene*. *Id.*

5.  As a result, the Reserve Bank herein submits for the Court's consideration a proposed order granting the *Motion to Intervene*. *See* **Exhibit A**.

**WHEREFORE**, the Reserve Bank respectfully requests the Court to take notice of the foregoing for all relevant legal purposes.

Respectfully submitted in San Juan, Puerto Rico on July 26, 2024.

Lisa M. Schweitzer (admitted *pro hac vice*)
lschweitzer@cgsh.com

Thomas S. Kessler (admitted *pro hac vice*)
tkessler@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Attorneys for the Federal Reserve Bank of San Francisco*

s/*Antonio L. Roig Lorenzo*
Antonio L. Roig Lorenzo
antonio.roig@oneillborges.com
USDC-PR No. 207712

s/ *Salvador J. Antonetti Stutts*
Salvador J. Antonetti Stutts
salvador.antonetti@oneillborges.com
USDC-PR No. 215002

s/ *Ubaldo M. Fernández Barrera*
Ubaldo M. Fernández Barrera
ubaldo.fernandez@oneillborges.com
USDC-PR No. 224807

s/ *Aníbal A. Román Medina*
Aníbal A. Román Medina
anibal.roman@oneillborges.com
USDC-PR No. 308410

O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Attorneys for the Federal Reserve Bank of San Francisco*

2

## **CERTIFICATE OF SERVICE**

I certify that on July 26, 2024, I filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record in this matter.

s/ *Aníbal A. Román Medina*
Aníbal A. Román Medina