## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

OTO ANALYTICS, LLC,

      Plaintiff,

      v.

BENWORTH CAPITAL PARTNERS PR LLC,
BENWORTH CAPITAL PARTNERS LLC,
BERNARDO NAVARRO and CLAUDIA
NAVARRO,

      Defendants.

FEDERAL RESERVE BANK OF SAN
FRANCISCO,

      Plaintiff-Intervenor,

      v.

OTO ANALYTICS, LLC, BENWORTH
CAPITAL PARTNERS PR LLC, BENWORTH
CAPITAL PARTNERS LLC, BERNARDO
NAVARRO and CLAUDIA NAVARRO,

      Defendants in Intervention.

Civil No. 23-01034 (GMM)

### [PROPOSED] ORDER GRANTING
### *MOTION TO INTERVENE UNDER FED. R. CIV. P. 24*

Pending before the Court is the Federal Reserve Bank of San Francisco's ("Reserve Bank")

*Motion to Intervene under Fed. R. Civ. P. 24* ("Motion to Intervene") at ECF No. 127, Plaintiff

Oto Analytics, LLC's ("Womply") *Response to Federal Reserve Bank of San Francisco's Motion

to Intervene* at ECF No. 140, and Defendants' *Motion in Compliance with Order Regarding

Motion to Intervene by Fed (D.E. 134)* at ECF No. 141.

The Court has considered the Reserve Bank's Motion to Intervene and *Complaint in Intervention* attached thereto.  The Court further considered the responses submitted by Womply and Defendants which are hereby NOTED and, as a result, Womply and Defendants are deemed to have complied with this Court's *Order* of July 12, 2024 at ECF No. 134.  The Court notes that neither Womply nor Defendants have objected to the relief sought in the Motion to Intervene.  *See generally* ECF Nos. 140-41.

With the benefit of the parties' submissions and after due consideration, the Court concludes that the Reserve Bank has shown that it complies with all the requirements for intervention as of right and permissive intervention under Fed. R. Civ. P. 24(a) and (b) and, therefore, the *Motion to Intervene* at ECF No. 127 is GRANTED.  As a result, the Reserve Bank is granted leave to intervene in this action pursuant to Fed. R. Civ. P. 24(a) and (b).  The Reserve Bank shall file its *Complaint in Intervention* within five (5) days of the entry of this order.

**SO ORDERED**.

In San Juan, Puerto Rico on _____, 2024.

_____
Gina R. Méndez-Miró
United States District Judge