IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Oto Analytics, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Benworth Capital Partners PR LLC, Benworth Capital Partners LLC, Bernardo Navarro and Claudia Navarro,<br><br>Defendants | **Civil No. 23-1034(GMM)** |

**MEMORANDUM AND ORDER**

    Pending before the Court is the Federal Reserve Bank of San Francisco's ("Reserve Bank") *Motion to Intervene under Fed. R. Civ. P. 24* ("Motion to Intervene") (Docket No. 127), Plaintiff Oto Analytics, LLC's ("Womply") *Plaintiff Oto Analytics, LLC's Response to Federal Reserve Bank of San Francisco's Motion to Intervene* (Docket No. 140), and Defendants Benworth Capital Partners PR, LLC ("Benworth PR"), Benworth Capital Partners, LLC ("Benworth FL"), and Bernardo and Claudia Navarro's *Motion in Compliance with Order Regarding Motion to Intervene by Fed (D.E. 134)* (Docket No. 141).

    The Court considered the Reserve Bank's Motion to Intervene and Complaint in Intervention attached thereto. The Court further considered the responses submitted by Womply and

Civil No. 23-1034 (GMM)
Page — 2 —

Defendants. Neither Womply nor Defendants objected to the relief sought in the Motion to Intervene. *See* (Docket Nos. 140; 141).

With the benefit of the Parties' submissions and after due consideration, the Court finds that Reserve Bank complied with all the requirements for intervention as of right and permissive intervention under Federal Rule of Civil Procedure 24(a) and (b). Thus, the Motion to Intervene is **GRANTED**. As a result, the Reserve Bank is granted leave to intervene in this action pursuant to Fed. R. Civ. P. 24(a) and (b). The Reserve Bank shall file its Complaint in Intervention within five (5) days of the entry of this order.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this July 29, 2023.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE