**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>    Plaintiff,<br><br>           vs.<br><br>BENWORTH CAPITAL PARTNERS PR LLC,<br>BENWORTH CAPITAL PARTNERS LLC,<br>BERNARDO NAVARRO and CLAUDIA<br>NAVARRO,<br><br>    Defendants. | Civil No. 23-01034 (GMM) |
| FEDERAL RESERVE BANK OF SAN<br>FRANCISCO,<br><br>    Plaintiff-Intervenor,<br><br>           vs.<br><br>OTO ANALYTICS, LLC, BENWORTH CAPITAL<br>PARTNERS PR LLC, BENWORTH CAPITAL<br>PARTNERS LLC, BERNARDO NAVARRO and<br>CLAUDIA NAVARRO,<br><br>    Defendants in Intervention. | |

**MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT IN INTERVENTION**

TO THE HONORABLE COURT:

COMES NOW Plaintiff and Defendant in Intervention, Oto Analytics, LLC ("Womply"), through the undersigned counsel, and respectfully requests an extension of time to file its answer or otherwise respond to the Complaint in Intervention and in support therefore states and prays as follows:

1.    On August 2, 2024, the Federal Reserve Bank of San Francisco ("Intervenor") filed the Complaint in Intervention.  (ECF No. 146.)

2.    According to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Womply's deadline to respond to the Complaint in Intervention or otherwise defend currently expires on August 23, 2024.

3.    Womply and its attorneys are currently in the process of investigating Intervenor's factual allegations and causes of action.  To complete this investigation and responsibly prepare a responsive answer or otherwise respond to the Complaint in Intervention, Womply respectfully requests that the Court allow it an extension of time of an additional thirty days (30) days to answer or otherwise respond to the Complaint in Intervention.  Because the thirtieth day is Sunday, September 22, 2024, Womply requests this  extension to Monday, September 23, 2024, as allowed under Federal Rule of Civil Procedure 6(a)(1)(C).

4.    This extension is sought in good faith and will not unreasonably delay the proceedings in this case.

WHEREFORE, Womply respectfully requests an extension of an additional thirty (30) days up to September 23, 2024, to answer or otherwise respond to the Complaint in Intervention.

Dated: August 13, 2024

*Of Counsel*

Willkie Farr & Gallagher LLP

Alexander L. Cheney (admitted *pro hac vice*)
333 Bush St
San Francisco, CA 94104
(415) 858-7400
acheney@willkie.com

Stuart R. Lombardi (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8000
slombardi@willkie.com

Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

Respectfully submitted,

By: */s/Alejandro J. Cepeda Diaz*

Alejandro J. Cepeda Diaz
USDC-PR 222110
McConnell Valdés LLC
270 Muñoz Rivera Ave.
Hato Rey PR 00918
Tel: (787) 250-5637
Email: ajc@mcvpr.com

*Attorneys for Plaintiff Oto Analytics, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2024, the foregoing document was filed with the

Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the

CM/ECF system.

Dated: August 13, 2024                                By: */s/ Alejandro J. Cepeda Diaz*

*Attorney for Plaintiff Oto Analytics, LLC*