IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons.*<br>Civil No. 24-01313 (GMM) |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Consolidated Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Consolidated Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's September 3, 2024 Order ("**Order**"; ECF No. 161), Plaintiff/Defendant in Intervention Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), Plaintiff-Intervenor Federal Reserve Bank of San Francisco ("**Reserve Bank**"; together with Womply, "**Plaintiffs**"), and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "**Defendants**"; together with Plaintiffs, the "**Parties**"), through their undersigned counsel, respectfully submit this Joint Status Report.

Since the Order, the Parties have begun the discovery process; conducted motion practice; and met and conferred by email and video conference regarding discovery, case deadlines, a protective order, and a stipulation regarding electronically stored information ("**ESI**") as follows:

- **Discovery.**   On September 5, 2024, Defendants served their respective Initial Disclosures with respect to the Reserve Bank.  On September 19, 2024, the Parties conducted a second Rule 26(f) conference by videoconference.

- **Agreed Deadlines.**  After meeting and conferring by email and by videoconference on September 11, 2024, the Parties agreed that (1) Womply's and Defendants' deadline to answer or otherwise respond to the Reserve Bank's Complaint in Intervention is October 1, 2024; (2) Defendants' deadline to respond to Plaintiffs' discovery requests is October 7, 2024; and (3) the Parties will meet and confer regarding Defendants' discovery responses on October 10, 2024, by videoconference at 11 AM ET.

- **Motion Practice.**  On September 9, 2024, Womply moved to strike certain of Defendants' affirmative defenses (ECF No. 162).  Defendants filed their opposition to Womply's motion on September 23, 2024 (ECF No. 163) and Womply represents that it is filing a motion for leave to file a reply today.

- **Protective Order.**  After an extensive meet-and-confer process, the Parties reached agreement regarding a Stipulated Confidentiality Agreement and Proposed Protective Order, except for one provision about which the Parties are continuing to confer.  By Friday, October 4, the Parties will file a joint submission seeking entry of a protective order.

- **ESI Stipulation.**  After an extensive meet-and-confer process, the Parties reached agreement regarding the ESI Stipulation attached hereto as Exhibit 1.

Dated: September 30, 2024

**MCCONNELL VALDÉS LLC**

By: */s/ Alejandro J. Cepeda Diaz*
    Alejandro J. Cepeda Diaz
    USDC-PR 222110
    McConnell Valdés LLC
    270 Muñoz Rivera Ave.
    Hato Rey PR 00918
    (787) 250-5637
    ajc@mcvpr.com

**WILLKIE FARR & GALLAGHER LLP**

    Alexander L. Cheney (admitted *pro hac vice*)
    333 Bush Street
    San Francisco, CA 94104
    (415) 858-7400
    acheney@willkie.com

    Stuart R. Lombardi (admitted *pro hac vice*)
    787 Seventh Avenue
    New York, NY 10019
    (212) 728-8882
    slombardi@willkie.com

    Joshua S. Levy (admitted *pro hac vice*)
    1875 K Street, N.W.
    Washington, D.C. 20006
    (202) 303-1000
    jlevy@willkie.com

    *Counsel for Plaintiff and Defendant in Intervention Oto Analytics, LLC*

**FERRAIUOLI LLC**

By: */s/ Roberto A. Cámara Fuertes*
    Roberto A. Cámara Fuertes
    USDC-PR 219002
    Jaime A. Torrens-Davila
    Monica Del Pilar Ramos-Benitez
    Ferraiuoli LLC
    PO Box 195168
    San Juan, PR 00919-5168
    (787) 766-7000
    (787) 766-7001
    rcamara@ferraiuoli.com
    jtorrens@ferraiuoli.com
    mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**

    Dwayne Robinson
    Michael R. Lorigas
    Rasheed K. Nader
    2525 Ponce de Leon Boulevard, 9th Fl.
    Miami, Florida 33134
    (305) 372-1800
    jpiedra@kttlaw.com
    drobinson@kttlaw.com
    mlorigas@kttlaw.com
    rnader@kttlaw.com

    *Counsel for Defendants and Defendants in Intervention Benworth Capital Partners LLC and Bernardo Navarro*

**O'NEILL & BORGES LLC**

By: */s/ Antonio L. Roig Lorenzo*
   Antonio L. Roig Lorenzo
   USDC-PR No. 207712
   Salvador J. Antonetti Stutts
   USDC-PR No. 215002
   Ubaldo M. Fernández Barrera
   USDC-PR No. 224807
   Aníbal A. Román Medina
   USDC-PR No. 308410
   250 Muñoz Rivera Ave., Ste. 800
   San Juan, PR 00918-1813
   (787) 764-8181
   antonio.roig@oneillborges.com
   salvador.antonetti@oneillborges.com
   ubaldo.fernandez@oneillborges.com
   anibal.roman@oneillborges.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Lisa M. Schweitzer (admitted *pro hac vice*)
Thomas S. Kessler (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000
lschweitzer@cgsh.com
tkessler@cgsh.com

*Counsel for Plaintiff Intervenor the Federal Reserve Bank of San Francisco*

**CASELLAS ALCOVER & BURGOS, P.S.C.**

By: */s/ Carla S. Loubriel*
   Carla S. Loubriel
   USDC-PR 227509
   Ricardo F. Casellas
   USDC-PR 203114
   208 Ponce de Leon Ave.
   Popular Center Bldg. Suite 1400
   Hato Rey, PR 00918
   (787) 756-1400
   cloubriel@cabprlaw.com
   rcasellas@cabprlaw.com

*Counsel for Defendants and Defendants in Intervention Benworth Capital Partners PR LLC and Claudia Navarro*

- 5 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 30, 2024, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through the CM/ECF system.

Dated: September 30, 2024                                   By: */s/ Alejandro J. Cepeda Diaz*

*Counsel for Plaintiff Oto Analytics, LLC*