IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons*.<br>Civil No. 24-01313 (GMM) |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Consolidated Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Consolidated Defendants. | |

**PLAINTIFF OTO ANALYTICS, LLC'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO STRIKE AFFIRMATIVE DEFENSES OF UNCLEAN HANDS, SETOFF, AND PUBLIC POLICY**

Pursuant to Local Civil Rule 7(c), Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), by and through its undersigned counsel, respectfully requests leave to file a reply to Defendants' Joint Opposition to Plaintiff's Motion to Strike Affirmative Defenses of Unclean Hands, Setoff, and Public Policy ("**Opposition**"; ECF No. 163).  In support of its request, Womply states as follows:

1.  On September 9, 2024, Womply filed its Motion to Strike Affirmative Defenses of Unclean Hands, Setoff, and Public Policy.  (ECF No. 162.)

2.  On September 23, 2024, Defendants filed their Opposition to Womply's Motion.  (ECF No. 163.)

3.  Womply respectfully requests leave to reply to new arguments raised in the Defendants' Opposition and Defendants' characterizations of Womply's arguments.  This includes, without limitation, Defendants' mischaracterization of the debt owed to Womply, Defendants' misunderstanding of the law regarding prejudgment attachment, and Defendants' arguments regarding the prejudice Womply will suffer.

4.  In light of the foregoing, and pursuant to Local Civil Rule 7(c), Womply respectfully requests leave to file a Reply to Defendants' Opposition, which attached hereto as **Exhibit A**.  The undersigned certify that this request does not have a dilatory intent and is sought in the interest of justice to ensure this Court has complete briefing on the matters before it.

**WHEREFORE**, Womply respectfully requests that this Court grant it leave to file a Reply to Defendants' Opposition, which attached hereto as **Exhibit A**.

Dated: September 30, 2024

*Of Counsel*

| | |
|---|---|
| Willkie Farr & Gallagher LLP | Respectfully submitted, |
| Alexander L. Cheney (admitted *pro hac vice*)<br>333 Bush St<br>San Francisco, CA 94104<br>(415) 858-7400<br>acheney@willkie.com | By: */s/ Alejandro J. Cepeda Diaz*<br><br>Alejandro J. Cepeda Diaz<br>USDC-PR 222110<br>McConnell Valdés LLC<br>270 Muñoz Rivera Ave. |
| Stuart R. Lombardi (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8882<br>slombardi@willkie.com | Hato Rey PR 00918<br>Tel: (787) 250-5637<br>Email: ajc@mcvpr.com<br><br>*Attorneys for Plaintiff Oto Analytics, LLC* |
| Joshua S. Levy (admitted *pro hac vice*)<br>1875 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 303-1000<br>jlevy@willkie.com | |

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2024, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated: September 30, 2024                                By: */s/ Alejandro J. Cepeda Diaz*

*Attorney for Plaintiff Oto Analytics, LLC*