**Benworth Capital Partners, LLC**
# Balance Sheet
### As of December 29, 2023

3:34 PM
12/29/2023
Accrual Basis

| | Dec 29, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Operating Account 1 | 75,295.52 |
| Operating Account 2 | 530,277.50 |
| SBA Escrow Account | 306,229.75 |
| PPP Account | 31,809.22 |
| Federal Reserve Escrow Account | 2,644,609.04 |
| **Total Checking/Savings** | 3,588,221.03 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 16,222.58 |
| 12100 · Accrued Interest Receivable | 117,200.56 |
| 12110 · Accrued Interest Income PPP | 2,667,193.17 |
| **Total Accounts Receivable** | 2,800,616.31 |
| **Other Current Assets** | |
| 13000 · Loans | |
| 13023 · Loan Portfolio SBA PPP | |
| 13024 · Loan Portfolio SBA PPP Reserve | -22,935.92 |
| 13023 · Loan Portfolio SBA PPP - Other | 129,142,305.41 |
| 13050 · Allowance for Loan Losses PPP | -46,328,322.66 |
| Total 13023 · Loan Portfolio SBA PPP | 82,791,046.83 |
| 13040 · Deferred Loan Fees PPP | -4,204,133.49 |
| Total 13000 · Loans | 78,586,913.34 |
| **Total Other Current Assets** | 78,586,913.34 |
| **Total Current Assets** | 84,975,750.68 |
| **Fixed Assets** | |
| 15000 · Furniture and Equipment | 105,080.24 |
| 15100 · Computer Equipment and Software | 135,799.32 |
| 16000 · Leasehold Improvements | 696,121.36 |
| 17000 · Accumulated Depreciation | -192,162.91 |
| **Total Fixed Assets** | 744,838.01 |
| **Other Assets** | |
| 19002 · Prepaid Insurance | 9,335.04 |
| 19003 · Prepaid PPP Commission | 19,858,328.10 |
| 19006 · Prepaid Expenses | 16,776.00 |
| **Total Other Assets** | 19,884,439.14 |
| **TOTAL ASSETS** | **105,605,027.83** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 220,062.55 |

| | |
|---|---:|
| 20103 · Accrued Interest Payable PPP | 5,779,417.84 |
| **Total Accounts Payable** | 5,999,480.39 |
| **Other Current Liabilities** | |
| 24000 · Payroll Liabilities | 209.43 |
| **Total Other Current Liabilities** | 209.43 |
| **Total Current Liabilities** | 5,999,689.82 |
| **Long Term Liabilities** | |
| 27100 · Warehouse Line of Credit | |
| 27115 · Fed'l Reserve Bank of San Frans | 133,285,885.80 |
| Total 27100 · Warehouse Line of Credit | 133,285,885.80 |
| **Total Long Term Liabilities** | 133,285,885.80 |
| **Total Liabilities** | 139,285,575.62 |
| **Equity** | |
| 30100 · Capital Stock | 1,000.00 |
| 30200 · Paid In Capital | 744,853.52 |
| 31400 · Shareholder Distributions | -20,968,504.46 |
| 31500 · Shareholder Distributions PPP | -27,271,998.29 |
| 32000 · Retained Earnings | 13,577,977.80 |
| Net Income | 236,123.64 |
| **Total Equity** | -33,680,547.79 |
| **TOTAL LIABILITIES & EQUITY** | 105,605,027.83 |

# Benworth Capital Partners, LLC
# Profit & Loss
## January 1 through December 29, 2023

3:52 PM
12/29/2023
Accrual Basis

| | Jan 1 - Dec 29, 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 42030 · Loan Fees Income | 2,966,635.80 |
| 42031 · Loan Fees Income - PPP | 169,464,485.28 |
| 42035 · Processing and Underwriting | 154,900.00 |
| 42036 · Credit Report | 7,805.50 |
| 42040 · Review Fee | 225.00 |
| 42101 · Interest Income PPP | 6,723,645.42 |
| 42110 · Late/NSF/Mod./Payoff Fees | 184.65 |
| 42700 · Interest Income CD's | 1,218,745.08 |
| **Total Income** | 180,536,626.73 |
| **Cost of Goods Sold** | |
| Estimated Profit Split  Allocation BWCPR | 50,000,000.00 |
| 51021 · Interest Expense PPP | 7,085,668.19 |
| 51030 · Underwriting/Valuations/REO Mgt | 690,347.60 |
| **Total COGS** | 57,776,015.79 |
| **Gross Profit** | 122,760,610.94 |
| **Expense** | |
| 60000 · Advertising and Promotion | 222,883.24 |
| 60200 · Automobile Expense | 31,179.76 |
| 60400 · Bank Service Charges | 34,381.22 |
| 60600 · Credit Reports Service | 31,633.00 |
| 60710 · Processing | 0.00 |
| 60800 · Flood Determination | 1,433.75 |
| 60900 · Recording Fees | 18,731.78 |
| 61000 · Business Licenses and Permits | 6,402.03 |
| 61400 · Contributions | 22,121.90 |
| 61700 · Computer and Internet Expenses | 65,766.39 |
| 61800 · Software | 0.00 |
| 62000 · Continuing Education | 2,570.75 |
| 62500 · Dues and Subscriptions | 22,072.56 |
| 63300 · Insurance Expense | |
| 63310 · Health Insurance | 56,125.82 |
| 63311 · Supplemental Coverage | 4,757.91 |
| 63312 · Dental Insurance | 5,582.94 |
| 63313 · Vision Insurance | 576.68 |
| 63314 · Accident Insurance | 186.94 |
| 63315 · Cancer Insurance | 143.43 |
| 63316 · Critical Illness Insurance | 280.16 |
| 63317 · Life Insurance | 1,230.89 |
| 63320 · General Liability | 7,122.64 |
| 63330 · Workers Compensation | 2,166.33 |

|  | Jan 1 - Dec 29, 23 |
|---|---:|
| 63340 · Cyber Liability | 6,981.70 |
| 63350 · Professional Liability | 3,597.98 |
| 63300 · Insurance Expense - Other | 3,969.72 |
| **Total 63300 · Insurance Expense** | 92,723.14 |
| 63400 · Interest Expense | 99.14 |
| 64300 · Meals and Entertainment | 71,258.29 |
| 64400 · Public Relations | 72,792.95 |
| 64700 · Miscellaneous Expense | 991.69 |
| 64900 · Office Expenses & Supplies | 20,457.08 |
| 65000 · Commission Expense | |
| 65001 · Commission Expense PPP | 115,271,147.38 |
| 65030 · Others | 242,015.50 |
| **Total 65000 · Commission Expense** | 115,513,162.88 |
| 66000 · Payroll Expenses | |
| 66010 · Salaries and Wages | 970,069.74 |
| 66020 · FUTA/SUTA | 2,696.38 |
| 66030 · Social Security | 56,999.48 |
| 66040 · Medicare | 13,260.50 |
| 66100 · Payroll Processing Fee | 6,238.35 |
| **Total 66000 · Payroll Expenses** | 1,049,264.45 |
| 66500 · Postage and Delivery | 8,107.67 |
| 66700 · Professional Fees | |
| 66710 · Accounting | 233,871.59 |
| 66720 · Professional Fees - Other | 938,789.85 |
| 66730 · Legal Fees | 3,385,184.42 |
| 66700 · Professional Fees - Other | 11,768.50 |
| **Total 66700 · Professional Fees** | 4,569,614.36 |
| 67200 · Repairs & Maintenance | 15,533.89 |
| 68100 · Telephone Expense | 10,436.44 |
| 68400 · Travel Expense | 326,081.68 |
| 68600 · Utilities | 0.00 |
| 69000 · REO Expenses | 0.00 |
| **Total Expense** | 122,209,700.04 |
| **Net Ordinary Income** | 550,910.90 |
| Other Income/Expense | |
| Other Income | |
| Miscellaneous Income | 13,535.40 |
| **Total Other Income** | 13,535.40 |
| **Net Other Income/Expense** | 13,535.40 |
| **Net Income** | **564,446.30** |