# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons*.<br>Civil No. 24-01313 (GMM) |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Consolidated Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Consolidated Defendants. | |

**[PROPOSED] SCHEDULING ORDER**

After considering the contents of the Joint Status Report filed on October 30, 2024 by Plaintiff and Defendant in Intervention Oto Analytics, LLC ("Womply"); Defendant, Defendant in Intervention, and Consolidated Defendant Benworth Capital Partners PR LLC; Defendant, Defendant in Intervention, and Consolidated Defendant Benworth Capital Partners LLC; Defendant, Defendant in Intervention, and Consolidated Defendant Bernardo Navarro; Defendant, Defendant in Intervention, and Consolidated Defendant Claudia Navarro (collectively, "Defendants"); and Plaintiff-Intervenor and Consolidated Plaintiff Federal Reserve Bank of San Francisco ("Reserve Bank"), the Court sets the following deadlines:

| Event | Deadline |
| --- | --- |
| Womply Responds to Defendants' First Set of Document Requests | December 2, 2024 |
| Reserve Bank Responds to Defendants' First Set of Document Requests | December 27, 2024 |
| Substantial Completion of Document Discovery | December 30, 2024 |
| Completion of Fact Discovery | March 7, 2025 |
| For Parties to Disclose Experts and Expert Witness Summaries as Required by Fed. R. Civ. P. 26(a)(2) | March 17, 2025 |
| For Parties to Disclose Expert Reports as Required by Fed. R. Civ. P. 26(a)(2)(B) | April 28, 2025 |
| For Parties to Submit Rebuttal Expert Reports | May 28, 2025 |
| Conclusion of All Discovery | June 16, 2025 |
| To File Dispositive Motions | July 16, 2025 |
| To File Oppositions to Dispositive Motions | July 31, 2025 <u>Replies and sur-replies are allowed.</u> They should be submitted without further Court authorization not later than seven (7) days after filing of the motion they are responding to. |

IT IS SO ORDERED.

_____

HONORABLE GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE