IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OTO ANALYTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BENWORTH CAPITAL PARTNERS PR | § | |
| LLC; BENWORTH CAPITAL PARTNERS, | § | |
| LLC; BERNARDO NAVARRO and | § | Civil No. 23-01034 (GMM) *cons.* Civil |
| CLAUDIA NAVARRO, | § | No. 24-01313 (GMM) |
| | § | |
| Defendants. | § | |
| | § | |
| FEDERAL RESERVE BANK OF SAN | § | |
| FRANCISCO, | § | |
| | § | |
| Plaintiff-Intervenor, | § | |
| | § | |
| v. | § | |
| OTO ANALYTICS, LLC; BENWORTH | § | |
| CAPITAL PARTNERS PR, LLC; | § | |
| BENWORTH CAPITAL PARTNERS, LLC; | § | |
| BERNARDO NAVARRO and CLAUDIA | § | |
| NAVARRO, | § | |
| | § | |
| Defendants in Intervention. | § | |

DECLARATION OF Joshua S. Levy

I, Joshua S. Levy, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a member of the bars of Washington, D.C. and New York, am admitted *pro hac vice* in the United States District Court for the District of Puerto Rico, and am an attorney at the law firm of Willkie Farr & Gallagher, LLP, counsel for Plaintiff Womply.[1]

2.     I respectfully submit this declaration to provide this Court with certain information referenced in Womply's Motion to Compel (1) Responses to Interrogatory Nos. 1, 2, and 4 to the

---

[1] Capitalized terms have the same meanings as in Womply's Motion unless otherwise indicated.

Navarros; (2) Documents Responsive to Document Requests Nos. 6, 7, 11, and 12 to the Navarros; and (3) Documents Responsive to Document Request No. 18 to Benworth FL and Benworth PR. This declaration is based on my personal knowledge or information provided to me.

3.    Attached hereto as Exhibit 1 is a true and correct copy of an independent auditors' report of Benworth PR's financial statements, dated November 21, 2022, bearing Bates number Defendants_00226905.

4.    Attached hereto as Exhibit 2 is a true and correct copy of an independent auditors' report of Benworth PR's financial statements, dated November 13, 2023, bearing Bates number Defendants_00227702.

5.    Attached hereto as Exhibit 3 is a true and correct copy of Benworth FL's Shareholder Distribution transactions as of October 2, 2024, bearing Bates number Defendants_00227697.

6.    Attached hereto as Exhibit 4 is a true and correct copy of Benworth PR's bank transfers to the Navarros from October 17, 2021 to March 28, 2024, bearing Bates number Defendants_00240127.

7.    Attached hereto as Exhibit 5 is a true and correct copy of Womply's First Set of Interrogatories to Mr. Navarro dated July 19, 2024.

8.    Attached hereto as Exhibit 6 is a true and correct copy of Womply's First Set of Interrogatories to Mrs. Navarro dated July 19, 2024.

9.    Attached hereto as Exhibit 7 is a true and correct copy of Womply's First Set of Requests for Production to Mr. Navarro dated July 19, 2024.

10.    Attached hereto as Exhibit 8 is a true and correct copy of Womply's First Set of Requests for Production to Mrs. Navarro dated July 19, 2024.

11.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Womply's First Set of Requests for Production to Benworth FL dated July 19, 2024.

12.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of Womply's First Set of Requests for Production to Benworth PR dated July 19, 2024.

13.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of Mr. Navarro's Answers and Objections to Womply's First Set of Interrogatories dated October 7, 2024.

14.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of Mrs. Navarro's Answers and Objections to Womply's First Set of Interrogatories dated October 7, 2024.

15.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of Mr. Navarro's Supplemental Answers and Objections to Womply's First Set of Interrogatories dated October 11, 2024.

16.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of Mrs. Navarro's Supplemental Answers and Objections to Womply's First Set of Interrogatories dated October 11, 2024.

17.     Attached hereto as <u>Exhibit 15</u> is a true and correct copy of Mr. Navarro's Answers and Objections to Womply's First Set of Requests for Production of Documents dated October 7, 2024.

18.     Attached hereto as <u>Exhibit 16</u> is a true and correct copy of Mrs. Navarro's Answers and Objections to Womply's First Set of Requests for Production of Documents dated October 7, 2024.

19.     Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Benworth FL's Answers and Objections to Womply's First Set of Requests for Production of Documents dated October 7, 2024.

-4-

20.    Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Benworth PR's Answers and Objections to Womply's First Set of Requests for Production of Documents dated October 7, 2024.

21.    Attached hereto as <u>Exhibit 19</u> is a true and correct copy of an email thread between counsel for Womply and counsel for Defendants, dated October 7 to November 11, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of December 2024 in Charlottesville, Virginia.

<u>/s/ Joshua S. Levy</u>
Joshua S. Levy
