# EXHIBIT 2

# THIS DOCUMENT HAS BEEN FILED UNDER SEAL