# EXHIBIT 3

# THIS DOCUMENT HAS BEEN FILED UNDER SEAL