# EXHIBIT 4

# THIS DOCUMENT HAS BEEN FILED UNDER SEAL