# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons*.<br><br>Civil No. 24-01313 (GMM) |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff-Intervenor<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC;** *et al.*,<br><br>Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Consolidated Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC,** *et al.*,<br><br>Consolidated Defendants. | |

**BERNARDO NAVARRO'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO
OTO ANALYTICS LLC'S FIRST SET OF INTERROGATORIES**

**FROM:**   **Bernardo Navarro**
Through his attorneys:
Ferraiuoli LLC
Roberto A. Cámara-Fuertes
USDC-PR 219002
rcamara@ferraiuoli.com

**Mr. Navarro's Supplemental Answers and Objections to Womply's First Set of Interrogatories**
Oto Analytics, LLC v. Benworth Capital Partners PR LLC, *et al.*
Civil No. 23-01034 (GMM) *cons.* Civil No. 24-01313 (GMM)
Page **2** of **6**

---

Jaime A. Torrens-Dávila
USDC-PR 223810
jtorrens@ferraiuoli.com

Mónica Ramos-Benítez
USDC-PR 308405
mramos@ferraiuoli.com

**TO:**     **OTO ANALYTICS, LLC ("Womply")**
Through its attorneys:

Of Counsel:
Willkie Farr & Gallagher LLP
Alexander L. Cheney (admitted pro hac vice)
333 Bush Street
San Francisco, CA 94104
(415) 858-7400
acheney@willkie.com

Stuart R. Lombardi (admitted pro hac vice)
787 Seventh Avenue
New York, NY 10019
(212) 728-8882
slombardi@willkie.com

Joshua S. Levy (admitted pro hac vice)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

Alejandro J. Cepeda Diaz
USDC-PR 222110
McConnell Valdés LLC
270 Muñoz Rivera Ave.
Hato Rey PR 00918
Tel: (787) 250-5637
Email: ajc@mcvpr.com


Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, **Bernardo Navarro**

(hereinafter, "Mr. Navarro"), through the undersigned counsel, hereby supplements his Answers

and Objections to Womply's First Set of Interrogatories ("Answers and Objections"), as follows:

**Mr. Navarro's Supplemental Answers and Objections to Womply's First Set of Interrogatories**
Oto Analytics, LLC v. Benworth Capital Partners PR LLC, *et al.*
Civil No. 23-01034 (GMM) *cons.* Civil No. 24-01313 (GMM)
Page **3** of **6**

## PRELIMINARY STATEMENT

Discovery and trial preparations in this matter have not been completed. Therefore, these supplemental Answers and Objections are based only upon the information currently available to and specifically known as of the date hereof. Mr. Navarro reserves the right to further amend or supplement these Answers and Objections at any time in light of future investigation, research, or analysis, and also expressly reserves the right to rely on, at any time, including in any other proceeding, subsequently discovered information, or information omitted from these Answers and Objections as a result of mistake, error, or inadvertence. Mr. Navarro has made reasonable efforts to respond to the interrogatories, to the extent they have not been objected to, as Mr. Navarro understands and interprets the interrogatories. If Womply subsequently asserts a meritorious interpretation of the interrogatories that differs from Mr. Navarro's interpretation, Mr. Navarro reserves the right to supplement these Answers and Objections.

## GENERAL OBJECTIONS

Mr. Navarro reiterates and incorporates by reference as if fully transcribed herein all of his General Objections included in his Answers and Objections to Womply's First Set of Interrogatories, notified on October 7, 2024.

## SUPPLEMENTAL ANSWERS AND OBJECTIONS TO INTERROGATORIES

The following specific and particularized supplemental responses are made subject to and without waiving the foregoing objections:

**Interrogatory No. 2**

Identify all payments or transfers received by You or a B. Navarro Entity from Benworth PR, including, for each payment or transfer, the amount of the payment or transfer; the date of the payments or transfer; and the reason for the payment or transfer.

**Mr. Navarro's Supplemental Answers and Objections to Womply's First Set of Interrogatories**
Oto Analytics, LLC v. Benworth Capital Partners PR LLC, *et al.*
Civil No. 23-01034 (GMM) *cons.* Civil No. 24-01313 (GMM)
Page **4** of **6**

**Supplemental Response to Interrogatory No. 2**

Mr. Navarro objects to this request as it relates to "all" payments or transfers received by "a B. Navarro Entity" from Benworth Capital Partners PR, LLC ("Benworth PR") on the grounds that it is harassing and overly broad to the extent it seeks information related to third persons or entities who are not parties to this litigation and that are thus irrelevant to the matters in controversy. The request is speculative in nature and amounts to an improper fishing expedition, seeking information that has no bearing on the claims or defenses at issue in this case. Womply has not established the need or relevance of any information pertaining to any other entities, besides Benworth FL and Benworth PR.

Without waiving any rights or objections, Mr. Navarro refers to the table produced, detailing all payments made by Benworth PR to Mr. Navarro from 2021-present.

[CERTIFICATION OF DECLARANT ON THE FOLLOWING PAGE]

Mr. Navarro's Supplemental Answers and Objections to Womply's First Set of Interrogatories
<u>Oto Analytics, LLC v. Benworth Capital Partners PR LLC</u>, <em>et al.</em>
Civil No. 23-01034 (GMM) <em>cons.</em> Civil No. 24-01313 (GMM)
Page **5** of **6**

## DECLARATION UNDER PENALTY OF PERJURY

I, Bernardo Navarro, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that, to the best of my knowledge, information and belief, the foregoing answers are true and correct and are based on documents and information known to me personally or through information that I believe to be true and correct.

Hereof, I sign this Unsworn Statement Under Penalty of Perjury in Miami, FL, this 11 day of October 2024.

Bernardo Navarro

[CERTIFICATION OF COUNSEL ON THE FOLLOWING PAGE]

**Mr. Navarro's Supplemental Answers and Objections to Womply's First Set of Interrogatories**
Oto Analytics, LLC v. Benworth Capital Partners PR LLC, *et al.*
Civil No. 23-01034 (GMM) *cons.* Civil No. 24-01313 (GMM)
Page **6** of **6**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, all objections stated above are subscribed in San Juan, Puerto Rico, this 11th day of October 2024.

**CERTIFICATE OF SERVICE:** We hereby certify that on this date we served copy of the foregoing responses to discovery requests to all parties' counsel appearing in this case, via electronic mail at their electronic address of record.

In San Juan, Puerto Rico, on this 11th day of October 2024.

**Ferraiuoli**
PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR 219002
rcamara@ferraiuoli.com

*s/ Jaime A. Torrens-Dávila*
Jaime A. Torrens-Dávila
USDC-PR 223810
jtorrens@ferraiuoli.com

*s/ Mónica Ramos Benítez*
Mónica Ramos-Benítez
USDC-PR 308405
mramos@ferraiuoli.com

*Counsel for Benworth Capital Partners, LLC and Bernardo Navarro*