# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons.*<br><br>Civil No. 24-01313 (GMM) |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff-Intervenor<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC;** *et al.*,<br><br>Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Consolidated Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC,** *et al.*,<br><br>Consolidated Defendants. | |

**CLAUDIA NAVARRO'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO OTO ANALYTICS LLC'S FIRST SET OF INTERROGATORIES**

Pursuant to Fed.R.Civ.P. Rules 26 and 33, Claudia Navarro ("**Mrs. Navarro**"), through the undersigned counsel, hereby supplements her Answers and Objections to Plaintiff Oto Analytics, LLC's ("**Womply**") First Set of Interrogatories ("Answers and Objections"), as follows:

**PRELIMINARY STATEMENT**

Discovery and trial preparations in this matter have not been completed. Therefore, these supplemental Answers and Objections are based only upon the information currently available to and specifically known as of the date hereof. Mrs. Navarro reserves the right to further amend or supplement her Answers and Objections at any time in light of future investigation, research, or analysis, and also expressly reserves the right to rely on, at any time, including in any other proceeding, subsequently discovered information, or information omitted from these Answers and Objections as a result of mistake, error, or inadvertence. Mrs. Navarro has made reasonable efforts to respond to the interrogatories, to the extent they have not been objected to, as Mrs. Navarro understands and interprets the interrogatories.  If Womply subsequently asserts a meritorious interpretation of the interrogatories that differs from Mrs. Navarro's interpretation, Mrs. Navarro reserves the right to supplement these Answers and Objections.

**GENERAL OBJECTIONS**

Mrs. Navarro reiterates and incorporates herein all of her General Objections included in her Answers and Objections to Womply's First Set of Interrogatories, notified October 7, 2024.

**SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SPECIFIC INTERROGATORIES**

The following specific and particularized responses are made subject to and without waiving the foregoing objections:

**Interrogatory No. 1**

1.    Identify all payments or transfers received by You or a C. Navarro Entity from Benworth FL, and for each payment or transfer, list the amount of the payment or transfer; the date of the payments or transfer; and the reason for the payment or transfer.

**Supplemental Response to Interrogatory No. 1:**

Mrs. Navarro objects to this interrogatory as it relates to "all" payments or transfers received by "a C. Navarro Entity" from Benworth Capital Partners, LLC ("Benworth FL") on the grounds that it is harassing and overly broad to the extent it seeks information related to third persons or entities who are not parties to this litigation and that are thus irrelevant to the matters in controversy. The request is speculative in nature and amounts to an improper fishing expedition, seeking information that has no bearing on the claims or defenses at issue in this case. Womply has not established the need or relevance of any information pertaining to any other entities, besides Benworth FL and Benworth PR.

Without waiving any objections or rights, Mrs. Navarro did not receive any payments or transfers from Benworth FL during the period requested.

[CERTIFICATION OF DECLARANT ON THE FOLLOWING PAGE]

3

## **UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I hereby declare, in _Miami FL_ , under penalty of perjury under 28 U.S.C. § 1746, that I have read the foregoing responses to the interrogatories served by Womply, and that the factual averments contained in them are true and correct to the best of my personal knowledge and information.

Claudia Navarro

[CERTIFICATION OF COUNSEL ON THE FOLLOWING PAGE]

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, all objections stated above are subscribed in San Juan, Puerto Rico, this 11th day of October, 2024.

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date we served copy of the foregoing responses to discovery requests to all parties' counsel appearing in this case, via electronic mail at their electronic address of record.

In San Juan, Puerto Rico, on this 11th day of October, 2024.

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
/s/ Ricardo F. Casellas
USDC-PR Bar No. 203114
rcasellas@cabprlaw.com

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509
cloubriel@cabprlaw.com

*Counsel for Benworth Capital Partners PR, LLC and Claudia Navarro*

5