IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,<br><br>Defendants.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,<br><br>Defendants in Intervention. | Civil No. 23-01034 (GMM) *cons.* Civil No. 24-01313 (GMM) |

**PLAINTIFF OTO ANALYTICS, LLC'S CERTIFICATE OF COMPLIANCE WITH FED.R.CIV.P 37(A)(1) AND L.CV.R. 26(B)**

**TO THE HONORABLE COURT**:

COMES NOW Plaintiff Oto Analytics, LLC, d/b/a Womply ("Womply"), through the undersigned counsel, and very respectfully states and prays:

1. On December 6, 2024, Womply moved the Court for an order to compel the Defendants to respond to certain written discovery requests. (Docket Nos. 182, 184).

2. In compliance with Fed.R.Civ.P. 37(a) and L.Cv.R. 26(b), Womply hereby certifies that, prior to the filing of the Motion to Compel, Womply made a reasonable and good-faith effort

1

to reach an agreement with Defendants' counsel on the matters set forth on the motion, but that the parties were unable to reach an agreement.

       3.       As stated in the Motion to Compel, the parties exchanged various communications and participated in video conferences on two separate occasions to discuss Womply's objections to Defendant's discovery responses. (Docket Nos. 182, 184 pp. 5-7). Nevertheless, the parties could not agree and reached an impasse as to the matters discussed in the motion. Thus, Womply understands it made reasonable and good faith efforts to resolve the dispute prior to filing its motion with the Court.

       WHEREFORE, Womply respectfully requests that the Court take notice of the above.

Dated: December 10, 2024

*Of Counsel*

| | |
|---|---|
| Willkie Farr & Gallagher LLP | Respectfully submitted, |
| By: */s/ Alexander L. Cheney* | By: */s/ Alejandro J. Cepeda Diaz* |
| Alexander L. Cheney (admitted *pro hac vice*)<br>333 Bush St<br>San Francisco, CA 94104<br>(415) 858-7400<br>acheney@willkie.com | Alejandro J. Cepeda Diaz<br>USDC-PR 222110<br>McConnell Valdés LLC<br>270 Muñoz Rivera Ave.<br>Hato Rey PR 00918<br>Tel: (787) 250-5637<br>Email: ajc@mcvpr.com |
| Stuart R. Lombardi (admitted *pro hac vice*)<br>Willkie Farr & Gallagher LLP<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>slombardi@willkie.com | *Attorneys for Plaintiff and Defendant in Intervention Oto Analytics, LLC* |

Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
jlevy@willkie.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notices to all parties receiving notifications through the CM/ECF system.

Dated: December 10, 2024                              By: */s/ Alejandro J. Cepeda Diaz*

*Attorney for Plaintiff Oto Analytics, LLC*