IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons*.<br>Civil No. 24-01313 (GMM) |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Consolidated Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Consolidated Defendants. | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41(a), Plaintiff/Defendant in Intervention Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**") and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "**Defendants**"), through their undersigned counsel, respectfully submit this Joint Stipulation for Dismissal With Prejudice.

WHEREAS, Womply filed this action against Defendants on January 24, 2023 (ECF No. 1);

WHEREAS, this Court denied Defendants' motion to dismiss on October 12, 2023 (ECF No. 96);

WHEREAS, Womply filed an Amended Complaint on July 1, 2024 (ECF No. 125);

WHEREAS, Defendants answered Womply's Amended Complaint on August 19, 2024 (ECF Nos. 149–52);

WHEREAS, this Court consolidated *Oto Analytics, LLC v. Benworth Capital Partners PR LLC, et al.*, Civil No. 23-01034 (D.P.R.) (the "**Womply Action**") and *Federal Reserve Bank of San Francisco v. Benworth Capital Partners LLC et al.*, Civil No. 24-cv-01313 (D.P.R.) on August 20, 2024 (ECF No. 155);

WHEREAS, Womply and Defendants have reached a settlement agreement;

NOW THEREFORE, it is hereby stipulated and agreed, by and among Womply and Defendants, through their undersigned counsel, that all of Womply's claims asserted in the Womply Action are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: January 2, 2025

<table>
<tr><td>

**MCCONNELL VALDÉS LLC**

By: */s/ Alejandro J. Cepeda Diaz*
    Alejandro J. Cepeda Diaz
    USDC-PR 222110
    McConnell Valdés LLC
    270 Muñoz Rivera Ave.
    Hato Rey PR 00918
    (787) 250-5637
    ajc@mcvpr.com

**WILLKIE FARR & GALLAGHER LLP**

    Alexander L. Cheney (admitted *pro hac vice*)
    333 Bush Street
    San Francisco, CA 94104
    (415) 858-7400
    acheney@willkie.com

    Stuart R. Lombardi (admitted *pro hac vice*)
    787 Seventh Avenue
    New York, NY 10019
    (212) 728-8882
    slombardi@willkie.com

    Joshua S. Levy (admitted *pro hac vice*)
    1875 K Street, N.W.
    Washington, D.C. 20006
    (202) 303-1000
    jlevy@willkie.com

*Counsel for Plaintiff and Defendant in Intervention Oto Analytics, LLC*

</td><td>

**FERRAIUOLI LLC**

By: */s/ Roberto A. Cámara Fuertes*
    Roberto A. Cámara Fuertes
    USDC-PR 219002
    Jaime A. Torrens-Davila
    Monica Del Pilar Ramos-Benitez
    Ferraiuoli LLC
    PO Box 195168
    San Juan, PR 00919-5168
    (787) 766-7000
    (787) 766-7001
    rcamara@ferraiuoli.com
    jtorrens@ferraiuoli.com
    mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**

    Dwayne Robinson
    Michael R. Lorigas
    Rasheed K. Nader
    2525 Ponce de Leon Boulevard, 9th Fl.
    Miami, Florida 33134
    (305) 372-1800
    jpiedra@kttlaw.com
    drobinson@kttlaw.com
    mlorigas@kttlaw.com
    rnader@kttlaw.com

*Counsel for Defendants and Defendants in Intervention Benworth Capital Partners LLC and Bernardo Navarro*

</td></tr>
</table>

**CASELLAS ALCOVER & BURGOS, P.S.C.**

By: */s Carla S. Loubriel*
    Carla S. Loubriel
    USDC-PR 227509
    Ricardo F. Casellas
    USDC-PR 203114
    208 Ponce de Leon Ave.
    Popular Center Bldg. Suite 1400
    Hato Rey, PR 00918
    (787) 756-1400
    cloubriel@cabprlaw.com
    rcasellas@cabprlaw.com

*Counsel for Defendants and Defendants in Intervention Benworth Capital Partners PR LLC and Claudia Navarro*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 2, 2025, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through the CM/ECF system.

Dated: January 2, 2025					By: */s/ Alejandro J. Cepeda Diaz*

*Counsel for Plaintiff Oto Analytics, LLC*