**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| Oto Analytics, LLC<br>Plaintiff,<br><br>v.<br><br>Benworth Capital Partners PR, LLC; Benworth Capital Partners, LLC; Bernardo Navarro and Claudia Navarro,<br>Defendants. | **Civil No. 23-01034(GMM)** *cons.*<br><br>**Civil No. 24-01313(GMM)** |
| Federal Reserve Bank of San Francisco,<br>Plaintiff-Intervenor,<br><br>v.<br><br>Oto Analytics, LLC; Benworth Capital Partners PR, LLC; Benworth Capital Partners, LLC; Bernardo Navarro and Claudia Navarro,<br>Defendants in Intervention. |  |
| Federal Reserve Bank of San Francisco,<br>Consolidated Plaintiff,<br><br>v.<br><br>Benworth Capital Partners PR, LLC; Benworth Capital Partners, LLC; Bernardo Navarro and Claudia Navarro,<br>Consolidated Defendants. |  |

## Partial Judgment

On January 2, 2025, Plaintiff Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("Womply") and Defendants Benworth Capital Partners PR, LLC; Benworth Capital Partners, LLC; Bernardo

Civil No. 23-01034(GMM) *cons.*
Civil No. 24-01313(GMM)
Page -2-

Navarro and Claudia Navarro filed a *Joint Stipulation to Dismiss with Prejudice*. (Docket No. 194). This filing notified the Court that, as to these parties, a settlement agreement has been reached and they jointly requested all claims by Womply against Defendants (the "Womply Action") be dismissed with prejudice.

Having been informed that the aforementioned Parties have reached a settlement, the Court took notice and granted their request to dismiss the Womply Action. Whereas, pursuant to their agreement, each party is to bear its own attorneys' fees, costs, and expenses. Moreover, pursuant to the order entered at Docket No. 195, the Court DISMISSES WITH PREJUDICE the claims filed by Womply against Defendants in the Womply Action.

All outstanding claims by Plaintiff in Intervention, Federal Reserve Bank of San Francisco, remain unaffected by this Partial Judgment.

IT IS SO ORDERED.
In San Juan, Puerto Rico, January 2, 2025.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE