# EXHIBIT 6

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Philip von Kahle in his capacity as assignee
for the benefit of the creditors of Coex
Coffee International, Inc.,**

                              **Plaintiff,**

        **-against-**

**Cargill, Inc.,**

                              **Defendant.**

---

**1:21-cv-08532 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference, and for the reasons stated on the record, it is hereby

ORDERED, as follows:

1. An IT professional employed or retained by Cargill shall be provided access to the TRM database at reasonable times for a reasonable period of time. A non-attorney representative of Plaintiff or Plaintiff's counsel may observe the IT professional's access to the database, provided, however that such representative shall not disclose to Plaintiff or Plaintiff's counsel any information regarding searches conducted or data retrieved.

2. The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 190.

**SO ORDERED.**

Dated:      New York, New York
            December 13, 2023

_____
STEWART D. AARON
United States Magistrate Judge