**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **OTO ANALYTICS, LLC,** | |
| Plaintiff, | |
| v. | |
| **BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,** | Civil No. 23-01034 (GMM) *cons.* Civil No. 24-01313 (GMM) |
| Defendants. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,** | |
| Plaintiff-Intervenor | |
| v. | |
| **OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC;** *et al.*, | |
| Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,** | |
| Consolidated Plaintiff, | |
| v. | |
| **BENWORTH CAPITAL PARTNERS PR, LLC,** *et al.*, | |
| Consolidated Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO THE RESERVE BANK'S MOTION TO COMPEL
BENWORTH'S QUICKBOOKS ACCOUNTING DATA (D.E. 200)**

**TO THE HONORABLE COURT:**

    **COME NOW** defendants Benworth Capital Partners PR, LLC ("Benworth PR"),

Benworth Capital Partners, LLC ("Benworth FL"), and Bernardo and Claudia Navarro ("Mr. and

Mrs. Navarro" and, jointly with Benworth PR and Benworth FL, the "Defendants"), through the undersigned counsel, and very respectfully state and request as follows:

1.      On January 17, 2025, the Federal Reserve Bank of San Franciso (the "Reserve Bank") filed its *Motion to Compel Benworth's Quickbooks Accounting Data* (D.E. 200) seeking an order from this Court compelling the Defendants to produce accounting data from QuickBooks in response to: (i) Request Nos. 2, 3, 7, 16, 17, 25 and 26 of the *Reserve Bank's First Set of Requests for Production to Defendant Benworth Capital Partners LLC* dated August 23, 2024 and (ii) Request Nos. 2, 3, 7, 14, 15, 21 and 22 of the *Reserve Bank's First Set of Requests for Production to Defendant Benworth Capital Partners PR LLC* dated August 23, 2024 (the "Motion to Compel").

2.      Thus, pursuant to L. R. Civ. P. 7(b), the Defendants must file their response to the Reserve Bank's Motion to Compel by today, January 31, 2025.

3.      However, since prior to the filing of the Reserve Bank's Motion to Compel, Defendants have been diligently reviewing a large volume of electronically stored information ("ESI") involving more than 133,000 documents, requiring extensive effort not only to ensure proper and responsive production, but also to meet the Court's deadline for substantial completion of document discovery, which is also today. In the meantime, Defendants have also been conferring with the Reserve Bank both via email and telephone conferences regarding ongoing discovery issues, including the search terms list for both parties' ESI discovery production and the Reserve Bank's responses to Defendants' document discovery requests.

4.      Defendants have also been parallelly analyzing the arguments raised by the Reserve Bank in its Motion to Compel and working on a response but require a brief extension of time to

complete the same responsibly, given that the Defendants' main focus is and has been meeting the Court's substantial completion of document discovery deadline.

5.    To that end, Defendants respectfully request the Court to allow a brief 3-business day extension of time, or until **February 5, 2025,** to file their response to the Reserve Bank's Motion to Compel.

6.    The extension requested herein is sought in good faith, within the original deadline to file their response and, if granted, would not cause undue prejudice or delay.

7.    Defendants have conferred with the Reserve Bank, and the Reserve Bank agreed to the 3-business day extension of time sought herein, provided that the Defendants also afford the Reserve Bank the same 3-business day extension for any reply, to which Defendants agreed.

**WHEREFORE**, Defendants respectfully request that this Honorable Court grant the requested 3-business day extension of time, until February 5, 2025, to file the opposition to Reserve Bank's Motion to Compel (D.E. 200).

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing reply was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 31st day of January 2025.

[SIGNATURE PAGE FOLLOWS]

**Ferraiuoli**
PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

s/ Roberto A. Cámara-Fuertes
USDC-PR 219002
rcamara@ferraiuoli.com

s/ Jaime A. Torrens-Dávila
USDC-PR 223810
jtorrens@ferraiuoli.com

s/ Mónica Ramos Benítez
USDC-PR 308405
mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**
2525 Ponce de Leon Blvd., 9th Fl.
Miami, FL 33134
(305) 372-1800

Jorge L. Piedra (admitted *pro hac vice*)
jpiedra@kttlaw.com
Michael R. Lorigas (admitted *pro hac vice*)
mlorigas@kttlaw.com
Rasheed K. Nader (admitted *pro hac vice*)
rnader@kttlaw.com

*Counsel for Benworth Capital Partners LLC and Bernardo Navarro*

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
rcasellas@cabprlaw.com
cloubriel@cabprlaw.com

/s/ Ricardo F. Casellas
USDC-PR Bar No. 203114

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509

*Counsel for Benworth Capital Partners PR LLC and Claudia Navarro*

4