IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons*.<br>Civil No. 24-01313 (GMM) |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Consolidated Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Consolidated Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's September 3, 2024 Order (ECF No. 161), Plaintiff/Defendant in Intervention Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), Plaintiff-Intervenor Federal Reserve Bank of San Francisco ("**Reserve Bank**"; together with Womply, "**Plaintiffs**"), and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "**Defendants**"; together with Plaintiffs, the "**Parties**"), through their undersigned counsel, respectfully submit this Joint Status Report.

Since the Parties' January 17, 2025 Joint Status Report (ECF No. 199), the Parties have briefed motion practice and continue to conduct discovery as follows:

- **Motion Practice.** There are three motions currently pending before this Court: (1) Defendants' motion to dismiss the Reserve Bank's Complaint and Complaint in Intervention, which has been fully briefed (ECF Nos. 169–70, 177, 180); (2) Womply's motion to compel information regarding the Navarro-Controlled Entities, as joined by the Reserve Bank, which has been fully briefed (ECF Nos. 184, 188, 193); and (3) the Reserve Bank's motion to compel Quickbooks accounting data (ECF No. 200), for which the Reserve Bank has consented to a three business day extension, until February 5, 2025, of Defendants' deadline to file their opposition, and Defendants have agreed to a reciprocal three business day extension of the deadline for any reply the Reserve Bank may file, which extensions were duly ordered (ECF Nos. 201-02).

- **Reserve Bank's Document Requests.** The parties continue to meet and confer. Following a meet-and-confer discussion on January 21, 2025, where the Reserve Bank raised questions about its requests, Defendants responded to certain questions via email but they were unavailable for an additional meet and confer call prior to February 3, 2025, citing the deadline for substantial completion of document discovery and their need to respond to the Reserve Bank's motion to compel production of Defendants' Quickbooks accounting data (which deadline the Reserve Bank agreed to extend to February 5, 2025). Based on Defendants' responses, the Reserve Bank has concerns regarding several issues and reserves the right to seek the Court's intervention, including:

  - **Financial Statements**. In response to the Reserve Bank's requests for financial statements and related communications, Defendants agreed to produce responsive documents identified through their review of certain ESI sources and stated that they intend to begin review of additional ESI sources, including financial and accounting information collected from a Dropbox folder used by Benworth

employees.  The parties continue to meet and confer regarding appropriate search parameters.

- o **Mobile Data**. On January 23, 2025, Defendants stated that mobile data has been preserved but has not been collected for any custodians and stated that Defendants intend to collect and review for responsiveness text messages between (1) Mr. Navarro and certain Benworth employees and (2) Mrs. Navarro and certain Benworth employees.  The parties continue to meet and confer regarding this topic.

- **Defendants' Document Requests.**  On January 21, 2025, the parties met and conferred regarding Defendants' requests and the Reserve Bank's responses and objections.  The Reserve Bank made its first production on January 17, 2025 and a second production on February 1, 2025.  The Reserve Bank continues to search for responsive documents based on ongoing discussions with the Defendants.

Dated: February 3, 2025

**MCCONNELL VALDÉS LLC**

By: */s/ Alejandro J. Cepeda Díaz*
    Alejandro J. Cepeda Diaz
    USDC-PR 222110
    McConnell Valdés LLC
    270 Muñoz Rivera Ave.
    Hato Rey PR 00918
    (787) 250-5637
    ajc@mcvpr.com

**WILLKIE FARR & GALLAGHER LLP**

    Alexander L. Cheney (admitted *pro hac vice*)
    333 Bush Street
    San Francisco, CA 94104
    (415) 858-7400
    acheney@willkie.com

    Stuart R. Lombardi (admitted *pro hac vice*)
    787 Seventh Avenue
    New York, NY 10019
    (212) 728-8882
    slombardi@willkie.com

    Joshua S. Levy (admitted *pro hac vice*)
    1875 K Street, N.W.
    Washington, D.C. 20006
    (202) 303-1000
    jlevy@willkie.com

    *Counsel for Plaintiff and Defendant in*
    *Intervention Oto Analytics, LLC*

**FERRAIUOLI LLC**

By: */s/ Roberto A. Cámara Fuentes*
    Roberto A. Cámara Fuertes
    USDC-PR 219002
    Jaime A. Torrens-Davila
    Monica Del Pilar Ramos-Benitez
    Ferraiuoli LLC
    PO Box 195168
    San Juan, PR 00919-5168
    (787) 766-7000
    (787) 766-7001
    rcamara@ferraiuoli.com
    jtorrens@ferraiuoli.com
    mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**

    Dwayne Robinson
    Michael R. Lorigas
    Rasheed K. Nader
    2525 Ponce de Leon Boulevard, 9th Fl.
    Miami, Florida 33134
    (305) 372-1800
    jpiedra@kttlaw.com
    drobinson@kttlaw.com
    mlorigas@kttlaw.com
    rnader@kttlaw.com

    *Counsel for Defendants and*
    *Defendants in Intervention*
    *Benworth Capital Partners LLC*
    *and Bernardo Navarro*

**O'NEILL & BORGES LLC**

By: */s/ Antonio L. Roig Lorenzo*
    Antonio L. Roig Lorenzo
    USDC-PR No. 207712
    Salvador J. Antonetti Stutts
    USDC-PR No. 215002
    Ubaldo M. Fernández Barrera
    USDC-PR No. 224807
    Aníbal A. Román Medina
    USDC-PR No. 308410
    250 Muñoz Rivera Ave., Ste. 800
    San Juan, PR 00918-1813
    (787) 764-8181
    antonio.roig@oneillborges.com
    salvador.antonetti@oneillborges.com
    ubaldo.fernandez@oneillborges.com
    anibal.roman@oneillborges.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Lisa M. Schweitzer (admitted *pro hac vice*)
Thomas S. Kessler (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000
lschweitzer@cgsh.com
tkessler@cgsh.com

*Counsel for Plaintiff Intervenor the Federal Reserve Bank of San Francisco*

**CASELLAS ALCOVER & BURGOS, P.S.C.**

By: */s/ Carla S. Loubriel*
    Carla S. Loubriel
    USDC-PR 227509
    Ricardo F. Casellas
    USDC-PR 203114
    208 Ponce de Leon Ave.
    Popular Center Bldg. Suite 1400
    Hato Rey, PR 00918
    (787) 756-1400
    cloubriel@cabprlaw.com
    rcasellas@cabprlaw.com

*Counsel for Defendants and Defendants in Intervention Benworth Capital Partners PR LLC and Claudia Navarro*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 3, 2025, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through the CM/ECF system.

Dated: February 3, 2025

By: */s/ Aníbal A. Román Medina*
Aníbal A. Román Medina