**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,** | Civil No. 24-01313 (GMM) |
| Plaintiff, | |
| v. | |
| **BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,** | |
| Defendants. | |

**MOTION FOR LEAVE TO FILE REPLY**

**TO THE HONORABLE COURT:**

**COMES NOW** the Federal Reserve Bank of San Francisco (the "Reserve Bank"), by and through its undersigned legal counsel, and respectfully alleges, and prays as follows:

1.      On January 17, 2025, the Reserve Bank filed its *Motion to Compel Benworth's QuickBooks Accounting Data* (ECF No. 200, the "Motion to Compel") seeking an order from this Court compelling Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (together, the "Defendants") to produce accounting data from QuickBooks in response to: (i) Request Nos. 2, 3, 7, 16, 17, 25, and 26 of the *Reserve Bank's First Set of Requests for Production to Defendant Benworth Capital Partners LLC* dated August 23, 2024, and (ii) Request Nos. 2, 3, 7, 14, 15, 21, and 22 of the *Reserve Bank's First Set of Requests for Production to Defendant Benworth Capital Partners PR LLC* dated August 23, 2024.

2.      On January 31, 2025, Defendants filed their *Joint Motion for Extension of Time to File Opposition to the Reserve Bank's Motion to Compel Benworth's QuickBooks Accounting*

*Data (D.E. 200)* (ECF No. 201, the "<u>Joint Motion for Extension of Time</u>"), in which they, among other things, informed the Court that they have consented to a three-business-day extension of time for the Reserve Bank to file a reply to the Defendants' opposition to the Motion to Compel.

3.    Also on January 31, 2025, the Court entered an Order granting the Joint Motion for Extension of Time. *See* ECF No. 202.

4.    On February 5, 2025, Defendants filed their *Joint Opposition to Consolidated Plaintiff Federal Reserve Bank of San Francisco's Motion to Compel Benworth's QuickBooks Accounting Data* (ECF No. 206, the "<u>Opposition</u>").

5.    Pursuant to Local Civil Rule 7(c), "with prior leave of court and within seven (7) days of the service of any objection to a motion, the moving party may file a reply." L.Cv.R. 7(c).

6.    The Reserve Bank respectfully seeks leave to file a reply to the Opposition to address new matters raised in the Opposition, including Defendants' argument that the QuickBooks queries are functionally equivalent to ESI search terms. Leave to file a reply is warranted to ensure the Court has a complete record before ruling on the Motion to Compel.

7.    Given that Defendants have already consented to a three-business-day extension, *see* Joint Motion for Extension of Time, the Reserve Bank requests that the Court allow it until February 18, 2025, to file its reply to the Opposition.[1]

**WHEREFORE**, the Reserve Bank respectfully requests that this Honorable Court grant it leave to file a reply to Defendants' Opposition on or before February 18, 2025.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this February 12, 2025.

---

[1] This deadline takes into account that February 17 is a court holiday.

Dated: February 12, 2025                    Respectfully submitted,

Thomas S. Kessler (admitted *pro hac vice*)
tkessler@cgsh.com

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Attorneys for the Federal Reserve Bank of*
*San Francisco*

s/ *Antonio L. Roig Lorenzo*
Antonio L. Roig Lorenzo
antonio.roig@oneillborges.com
USDC-PR No. 207712

s/ *Salvador J. Antonetti Stutts*
Salvador J. Antonetti Stutts
salvador.antonetti@oneillborges.com
USDC-PR No. 215002

s/ *Ubaldo M. Fernández Barrera*
Ubaldo M. Fernández Barrera
ubaldo.fernandez@oneillborges.com
USDC-PR No. 224807

s/ *Aníbal A. Román Medina*
Aníbal A. Román Medina
anibal.roman@oneillborges.com
USDC-PR No. 308410

O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Attorneys for the Federal Reserve Bank of*
*San Francisco*

## CERTIFICATE OF SERVICE

I certify that on February 12, 2025, I filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record in this matter.


s/ *Aníbal A. Román Medina*
Aníbal A. Román Medina