IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**OTO ANALYTICS, LLC,**

Plaintiff,

v.

**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**

Defendants.

Civil No. 23-01034 (GMM) *cons*.
Civil No. 24-01313 (GMM)

**FEDERAL RESERVE BANK OF SAN FRANCISCO,**

Plaintiff-Intervenor,

v.

**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**

Defendants in Intervention.

**FEDERAL RESERVE BANK OF SAN FRANCISCO,**

Consolidated Plaintiff,

v.

**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**

Consolidated Defendants.

## <u>MOTION FOR WITHDRAWAL OF COUNSEL</u>

Pursuant to Local Civil Rule 83D(b) of the United States District Court for the District of Puerto Rico, Stuart R. Lombardi, attorney for Defendant in Intervention Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), respectfully moves to withdraw as counsel for Plaintiff.

WHEREFORE, Mr. Lombardi entered an appearance on behalf of Womply on February 14, 2023 (ECF No. 14).

WHEREFORE, all claims asserted by and against Womply have been dismissed pursuant to this Court's orders on January 2, 2025 (ECF No. 196) and February 4, 2025 (ECF No. 205). Thus, Womply is no longer a party to the above-captioned action.

NOW THEREFORE, attorney Stuart R. Lombardi respectfully requests that this Court grant this motion and permit him to withdraw as counsel for Womply in the above-captioned action.

Dated: February 20, 2025

Respectfully submitted,

*/s/ Stuart R. Lombardi*
Stuart R. Lombardi (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8000
slombardi@willkie.com

*Counsel for Defendant in Intervention Oto Analytics, LLC*

1