IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **OTO ANALYTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons*.<br>Civil No. 24-01313 (GMM) |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants in Intervention. | |
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Consolidated Plaintiff,<br><br>v.<br><br>**BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Consolidated Defendants. | |

## <u>MOTION FOR WITHDRAWAL OF COUNSEL</u>

Pursuant to Local Civil Rule 83D(b) of the United States District Court for the District of Puerto Rico, Alejandro J. Cepeda, attorney for Plaintiff/Defendant in Intervention Oto Analytics, LLC (f/k/a Oto Analytics, Inc. d/b/a Womply) ("**Womply**"), respectfully moves to withdraw as counsel for Plaintiff.

WHEREFORE, Mr. Cepeda entered an appearance on behalf of Womply on January 24, 2023 (ECF No. 1).

WHEREFORE, all claims asserted by and against Womply have been dismissed pursuant to this Court's orders on January 2, 2025 (Docket No. 196) and February 4, 2025 (Docket No. 205).  Thus, Womply is no longer a party to the above-captioned action.

NOW THEREFORE, attorney Alejandro J. Cepeda respectfully requests that this Court grant this motion and permit him to withdraw as counsel for Womply.

Dated: March 5, 2025

Respectfully submitted,

s/ Alejandro J. Cepeda-Díaz
Alejandro J. Cepeda-Díaz
USDC-PR 222110
**McConnell Valdés LLC**
P.O. Box 364225
San Juan, PR 00936-4225
ajc@mcvpr.com

*Counsel for Plaintiff/Defendant in*
*Intervention Oto Analytics, LLC*

1