IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,** Plaintiff <br><br> v. <br><br> **OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,** Defendants | Civil No. 23-01034 (GMM) |

## <u>JOINT STATUS REPORT</u>

Pursuant to this Court's September 3, 2024 Order (ECF No. 161), Plaintiff Federal Reserve Bank of San Francisco ("<u>Reserve Bank</u>"), and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "<u>Defendants</u>"; together with Plaintiffs, the "<u>Parties</u>"), through their undersigned counsel, respectfully submit this Joint Status Report.

Since the Parties' March 5, 2025 *Joint Status Report* (ECF No. 221, the "<u>March Status Report</u>"),[1] the Parties continue to conduct discovery as set forth below. The Parties met and conferred via video conference on March 31, 2025, regarding the outstanding issues outlined in the March Status Report and below, as well as the orders granting the Reserve Bank's two *Motions to Compel* (ECF Nos. 223 & 224, together, the "<u>Motions to Compel</u>").

- **Privilege Logs.** On March 25, 2025, the Reserve Bank produced its privilege log for completed productions to Defendants. On March 28, 2025, Defendants produced their privilege log for completed productions to the Reserve Bank.

---

[1] On April 2, 2025, the Court denied Defendants' *Motion to Dismiss the Federal Reserve's Complaint and Complaint in Intervention* (ECF No. 169; Court Order ECF No. 225).

- **Accounting Dropbox**.  On March 19, 2025, Defendants produced documents held in the Accounting Dropbox.[2]  Defendants represented that all promissory notes contained therein have been produced, but that related communications would be provided on or before April 11, 2025.

- **Mobile Data**.  Defendants have represented in writing that neither Mrs. Navarro or Mr. Navarro used their mobile device to communicate with third party professionals related to the issues in the Amended Complaint (ECF No. 123) or in the Reserve Bank's requests for production.

- **Reserve Bank's Outstanding Discovery Requests.**  The Reserve Bank continues to have concerns regarding several issues and reserves the right to seek the Court's intervention including with respect to the following:

  o **Reserve Bank's Search Terms.**  Several of the Reserve Bank's requests call for Defendants' financial statements and related information, including requests for which the Reserve Bank provided its most recent search term counterproposal to Defendants on February 11, 2025. On March 14, 2025, Defendants provided a report of the results of a proposed sampling review based on that counterproposal and others for which the Parties have not agreed.  Following the March 31, 2025 meet and confer, the Parties continue to discuss whether documents responsive to certain search terms would be produced, and Defendants agreed to produce documents responsive to other search terms on a rolling basis by the end of April 2025.

  o **Motions to Compel.**  At the March 31, 2025, meet and confer, Defendants represented that (i) they would comply with the Court's order entered at ECF No. 223 to produce documents responsive to the Reserve Bank's requests for production as requested in the motion at ECF No. 188 and (ii) provide the Reserve Bank with the Defendants' preferred mode of compliance with the Court's order entered at ECF No. 224 on or before April 4, 2025. As to the latter, Defendants are still evaluating their position on the mode of compliance with the Court's order entered at ECF No. 224 and require until April 7, 2025, to give the Reserve Bank their final position.

- **Defendants' Document Requests**.  The Reserve Bank continues to search for responsive documents based on ongoing discussions with the Defendants, including Defendants' proposed search terms provided on February 11, 2025.  On March 11, 2025, the Reserve Bank provided a disaggregated hit report based on the proposed search terms provided by Defendants on February 11, 2025.  The parties continue to meet and confer regarding this topic.

---

[2]     The Defendants previously represented that such responsive documents would be provided by March 14, 2025.  *See* ECF No. 221. Due to the volume of documents contained within the Accounting Dropbox and the sensitive nature of the documents, however, Defendants required three (3) additional business days to complete their review and production of the responsive documents.

- **Second Joint Motion Requesting Modification of the Case Management Order.** Contemporaneously herewith, the Parties respectfully requested that the Court modify the operative court deadlines as set forth in the table below. The Parties submit that these modifications are necessary for the reasons set forth in such motion and, in particular, because several key discovery issues remain unresolved, including the Defendants' search, collection, and production of documents in relation to the Motions to Compel, as well as the Reserve Bank's search, collection, and production of documents in response to Defendants' requests for production.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of fact discovery (other than depositions) | **May 9, 2025** | **June 9, 2025** |
| Exchange of final privilege logs | **N/A** | **June 23, 2025** |
| Completion of fact depositions | **N/A** | **August 8, 2025** |
| Deadline for Parties to disclose experts and expert witness summaries as required by Fed. R. Civ. P. 26(a)(2) | **June 16, 2025** | **No later than August 15, 2025, parties to submit to Court a schedule as it pertains to expert disclosures and submission of reports** |
| Deadline for Parties to disclose expert reports as required by Fed. R. Civ. P. 26(a)(2)(B) | **July 28, 2025** | **Pursuant to schedule submitted no later than August 15, 2025** |
| Deadline for Parties to submit rebuttal expert reports | **August 26, 2025** | **Pursuant to schedule submitted no later than August 15, 2025** |
| Conclusion of all discovery | **September 15, 2025** | **December 15, 2025** |
| Deadline to file dispositive motions | **October 14, 2025** | **January 29, 2026** |
| Deadline to file oppositions to dispositive motions | **October 29, 2025** | **February 14, 2026** |

Dated: April 4, 2025

**O'NEILL & BORGES LLC**

By: */s/ Antonio L. Roig Lorenzo*
    Antonio L. Roig Lorenzo
    USDC-PR No. 207712
    Salvador J. Antonetti Stutts
    USDC-PR No. 215002
    Ubaldo M. Fernández Barrera
    USDC-PR No. 224807
    Aníbal A. Román Medina
    USDC-PR No. 308410
    250 Muñoz Rivera Ave., Ste. 800
    San Juan, PR 00918-1813
    (787) 764-8181
    antonio.roig@oneillborges.com
    salvador.antonetti@oneillborges.com
    ubaldo.fernandez@oneillborges.com
    anibal.roman@oneillborges.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Thomas S. Kessler (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000
lschweitzer@cgsh.com
tkessler@cgsh.com

*Counsel for Plaintiff the Federal Reserve Bank of San Francisco*

**FERRAIUOLI LLC**

By: */s/ Roberto A. Cámara Fuertes*
    Roberto A. Cámara Fuertes
    USDC-PR 219002
    Jaime A. Torrens-Davila
    Monica Del Pilar Ramos-Benitez
    Ferraiuoli LLC
    PO Box 195168
    San Juan, PR 00919-5168
    (787) 766-7000
    (787) 766-7001
    rcamara@ferraiuoli.com
    jtorrens@ferraiuoli.com
    mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**

Dwayne Robinson
Michael R. Lorigas
Rasheed K. Nader
2525 Ponce de Leon Boulevard, 9th Fl.
Miami, Florida 33134
(305) 372-1800
jpiedra@kttlaw.com
drobinson@kttlaw.com
mlorigas@kttlaw.com
rnader@kttlaw.com

*Counsel for Defendants Benworth Capital Partners LLC and Bernardo Navarro*

**CASELLAS ALCOVER &
BURGOS, P.S.C.**

By: */s/ Carla S. Loubriel*
    Carla S. Loubriel
    USDC-PR 227509
    Ricardo F. Casellas
    USDC-PR 203114
    208 Ponce de Leon Ave.
    Popular Center Bldg. Suite 1400
    Hato Rey, PR 00918
    (787) 756-1400
    cloubriel@cabprlaw.com
    rcasellas@cabprlaw.com

    *Counsel for Defendants
    Benworth Capital Partners PR
    LLC and Claudia Navarro*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 4, 2025, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through the CM/ECF system.

Dated: April 4, 2025

By: */s Aníbal A. Román Medina*