**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO**, <br><br> Plaintiff, <br><br> v. <br><br> **BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO**, <br><br> Defendants. | Civil No. 23-01034 (GMM) |

**SECOND JOINT MOTION REQUESTING MODIFICATION
OF THE CASE MANAGEMENT ORDER**

**COME NOW** Plaintiff Federal Reserve Bank of San Francisco (the "Reserve Bank") and Defendants Benworth Capital Partners PR LLC ("Benworth PR"), Benworth Capital Partners LLC ("Benworth FL"), Bernardo Navarro ("Mr. Navarro"), and Claudia Navarro (together with Mr. Navarro, the "Navarros"; collectively, "Defendants"; together with the Reserve Bank, the "Parties") by and through undersigned counsel, and respectfully request that this Court modify the operative court deadlines for the following reasons:

1. On September 3, 2024, the Court issued a *Case Management Order* (ECF No. 161, the "CMO"), establishing the pretrial schedule for this matter.

2. On October 30, 2024, the Parties filed a *Joint Status Report* (ECF No. 178), requesting the Court's approval to extend the deadlines in the CMO for (i) substantial completion of document discovery and (ii) responses to Defendants' document requests, in light of delays in the discovery process. On October 31, 2024, the Court issued an *Amended Case Management Order* (ECF No. 179, the "Amended CMO").

3.      On December 2, 2024, the Parties filed another *Joint Status Report* (ECF No. 181) highlighting concerns about the ongoing discovery process, including Plaintiff's concern that Defendants were not on track to meet the discovery deadlines in the Amended CMO.

4.      On December 16, 2024, the Court held a *Status Conference* to address the Parties' concerns. *See* ECF No. 190.

5.      On December 17, 2024, in light of the matters discussed at the *Status Conference* and in the *Joint Status Report* (ECF No. 181), the Court issued a further *Amended Case Management Order* (ECF No. 191, the "Second Amended CMO") further adjusting the operative discovery deadlines.

6.      On March 4, 2025, the Parties filed a *Joint Motion Requesting Modification of the Case Management Order* (ECF No. 216, the "First Joint Motion") highlighting concerns regarding compliance with the Second Amended CMO in light of several unresolved key discovery issues and Plaintiff's then-pending *Motions to Compel* discovery from Defendants relating to (i) entities owned or controlled by the Navarros (ECF Nos. 182, 188), and (ii) accounting data from Defendants' QuickBooks database (ECF No. 200, collectively with ECF Nos. 182 and 188, the "Motions to Compel").   On March 5, 2025, the Court granted the First Joint Motion, further adjusting the operative discovery deadlines (ECF No. 219, the "Third Amended CMO").[1]

7.      On March 24, 2025, the Court entered orders granting the Motions to Compel (ECF Nos. 223, 224) and requiring Defendants to produce documents (as it relates to ECF Nos. 182 and 184) or meet and confer to discuss a mode of compliance (as it relates to ECF No. 200) on or before April 11, 2025.

---

[1]     The Parties noted the Court's entry of the Third Amended CMO, as well as unresolved key discovery issues in the *Joint Status Report* dated March 5, 2025 (ECF No. 221).

8. On March 31, 2025, the Parties met and conferred regarding certain unresolved key discovery issues (including those referenced in the First Joint Motion) and compliance with Court's orders granting the Motions to Compel. At this time, such discussions remain ongoing.[2]

9. On April 2, 2025, the Court entered an opinion and order (ECF No. 225) denying Benworth FL's motion to dismiss the Reserve Bank's complaint (ECF No. 169), which was joined by Benworth PR and the Navarros (ECF No. 170). Defendants' answers and affirmative defenses to the Reserve Bank's complaint, which are due on April 16, 2025, will further define the scope of the issues and discovery in this case.

10. For the foregoing reasons, and because of the likelihood of additional discovery-related issues arising out of compliance with the Motions to Compel and Defendants' forthcoming answers and affirmative defenses, the Parties have conferred and agreed to jointly propose further modifications to the Third Amended CMO that will accommodate the complexities and uncertainties related to the unresolved discovery matters and avoid prejudicing the Parties. The jointly proposed modifications are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of fact discovery (other than depositions) | May 9, 2025 | June 9, 2025 |
| Exchange of final privilege logs | N/A | June 23, 2025 |
| Completion of fact depositions | N/A | August 8, 2025 |
| Deadline for Parties to disclose experts and expert witness summaries as required by Fed. R. Civ. P. 26(a)(2) | June 16, 2025 | No later than August 15, 2025, parties to submit to Court a schedule as it pertains to expert disclosures and submission of reports |

---

[2] For additional details regarding such discussions, the Parties refer the Court to the *Joint Status Report* filed contemporaneously herewith.

| Deadline for Parties to disclose expert reports as required by Fed. R. Civ. P. 26(a)(2)(B) | **July 28, 2025** | **Pursuant to schedule submitted no later than August 15, 2025** |
|---|---|---|
| Deadline for Parties to submit rebuttal expert reports | **August 26, 2025** | **Pursuant to schedule submitted no later than August 15, 2025** |
| Conclusion of all discovery | **September 15, 2025** | **December 15, 2025** |
| Deadline to file dispositive motions | **October 14, 2025** | **January 29, 2026** |
| Deadline to file oppositions to dispositive motions | **October 29, 2025** | **February 14, 2026** |

11.     The requested modifications are necessary due to the factors as discussed herein, which justify additional time to ensure a fair and thorough discovery process.

12.     First, in light of ongoing discovery-related discussions and potential contingencies that may arise from compliance with the Motions to Compel as well as additional discovery that may arise in connection with Defendants' forthcoming answers and affirmative defenses, the Parties propose bifurcating the deadlines for completion of fact discovery and the completion of fact depositions, as well as a modest enlargement from the current May 9, 2025 deadline for both. The proposed deadline for fact depositions, which is effectively co-extensive with the completion of fact discovery, is commensurate with the enlargement previously granted by the Court. *See* Second Amended CMO (extending deadline for completion of fact discovery from March 7, 2025 to May 9, 2025, a total of 63 days).

13.     Second, as depositions rely on the completion of fact discovery, the Parties propose submission of a separate expert-only schedule following completion of fact discovery and depositions (with an outside date of August 15, 2025) to potentially avoid the need to seek adjustment of the overall case schedule.

14.    Finally, the remaining deadlines for conclusion of all discovery and the filing of dispositive motions and the oppositions thereto have been enlarged by approximately the same amount as the proposed enlargement of the deadline for conclusion of fact discovery.

15.    Furthermore, the extension of the deadlines will not prejudice any Party, as these modifications are being jointly proposed in the interest of fairness and judicial economy.

16.    For these reasons, the Parties respectfully request that the Court grants this joint motion and, accordingly, enters an order modifying the Third Amended CMO.

Respectfully submitted in San Juan, Puerto Rico on April 4, 2025.

**O'NEILL & BORGES LLC**

By: */s/ Antonio L. Roig Lorenzo*
Antonio L. Roig Lorenzo
USDC-PR No. 207712
Salvador J. Antonetti Stutts
USDC-PR No. 215002
Ubaldo M. Fernández Barrera
USDC-PR No. 224807
Aníbal A. Román Medina
USDC-PR No. 308410
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
(787) 764-8181
antonio.roig@oneillborges.com
salvador.antonetti@oneillborges.com
ubaldo.fernandez@oneillborges.com
anibal.roman@oneillborges.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Thomas S. Kessler (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000
tkessler@cgsh.com

*Attorneys for the Federal Reserve Bank of San Francisco*

**FERRAIUOLI LLC**

By: */s/ Roberto A. Cámara Fuertes*
Roberto A. Cámara Fuertes
USDC-PR 219002
Jaime A. Torrens-Davila
Monica Del Pilar Ramos-Benitez
Ferraiuoli LLC
PO Box 195168
San Juan, PR 00919-5168
(787) 766-7000
(787) 766-7001
rcamara@ferraiuoli.com
jtorrens@ferraiuoli.com
mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**

Dwayne Robinson
Michael R. Lorigas
Rasheed K. Nader
2525 Ponce de Leon Boulevard, 9th Fl.
Miami, Florida 33134
(305) 372-1800
drobinson@kttlaw.com
mlorigas@kttlaw.com
rnader@kttlaw.com

*Attorneys for Benworth Capital Partners LLC and Bernardo Navarro*

**CASELLAS ALCOVER & BURGOS, P.S.C.**

By: */s/ Carla S. Loubriel*
Carla S. Loubriel
USDC-PR 227509
Ricardo F. Casellas
USDC-PR 203114
208 Ponce de Leon Ave.
Popular Center Bldg. Suite 1400
Hato Rey, PR 00918
(787) 756-1400
cloubriel@cabprlaw.com
rcasellas@cabprlaw.com

*Attorneys for Defendants Benworth Capital Partners PR LLC and Claudia Navarro*

6

## **CERTIFICATE OF SERVICE**

I certify that on April 4, 2025, I filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record in this matter.


s/ *Aníbal A. Román Medina*