**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO**, <br><br> Plaintiff, <br><br> v. <br><br> **BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO**, <br><br> Defendants. | Civil No. 23-01034 (GMM) |

**JOINT MOTION FOR CLARIFICATION OF *ORDER* AT ECF NO. 229
AMENDING THE *CASE MANAGEMENT ORDER***

**COMES NOW** Plaintiff Federal Reserve Bank of San Francisco (the "Reserve Bank") and

Defendants Benworth Capital Partners PR LLC ("Benworth PR"), Benworth Capital Partners LLC

("Benworth FL"), Bernardo Navarro ("Mr. Navarro"), and Claudia Navarro (together with Mr.

Navarro, the "Navarros"; collectively, "Defendants"; together with the Reserve Bank, the

"Parties") by and through undersigned counsel, and respectfully request that this Court clarify the

*Order* at ECF No. 229 as follows:

1. On April 4, 2025, the Parties filed a *Second Joint Motion Requesting Modification of the Case Management Order* ("Second Joint Motion" at ECF No. 227).

2. On April 7, 2025, the Court entered an *Order* approving the modifications to the *Case Management Order* as proposed by the Parties in the Second Joint Motion (ECF No. 229).

3. The Parties herein request that the Court clarify the *Order* at ECF No. 229 to provide that (i) the June 9, 2025 deadline is for "Completion of fact discovery (other than depositions)" and (ii) the August 8, 2025 deadline is for "Completion of fact depositions," in each

case consistent with the Second Joint Motion. *See* chart included in the Second Joint Motion at ECF No. 227, pp. 3 and 4.

4.      For these reasons, the Parties respectfully request that the Court grant this motion and, accordingly, clarify the *Order* at ECF No. 229.

Respectfully submitted in San Juan, Puerto Rico on April 11, 2025.

**O'NEILL & BORGES LLC**

By: *Antonio L. Roig Lorenzo*
Antonio L. Roig Lorenzo
USDC-PR No. 207712
Salvador J. Antonetti Stutts
USDC-PR No. 215002
Ubaldo M. Fernández Barrera
USDC-PR No. 224807
Aníbal A. Román Medina
USDC-PR No. 308410
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
(787) 764-8181
antonio.roig@oneillborges.com
salvador.antonetti@oneillborges.com
ubaldo.fernandez@oneillborges.com
anibal.roman@oneillborges.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Thomas S. Kessler (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000
tkessler@cgsh.com

*Attorneys for the Federal Reserve Bank of San Francisco*

**FERRAIUOLI LLC**

By: *Roberto A. Cámara Fuertes*
Roberto A. Cámara Fuertes
USDC-PR 219002
Jaime A. Torrens-Davila
Monica Del Pilar Ramos-Benitez
Ferraiuoli LLC
PO Box 195168
San Juan, PR 00919-5168
(787) 766-7000
(787) 766-7001
rcamara@ferraiuoli.com
jtorrens@ferraiuoli.com
mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**

Dwayne Robinson
Michael R. Lorigas
Rasheed K. Nader
2525 Ponce de Leon Boulevard, 9th Fl.
Miami, Florida 33134
(305) 372-1800
drobinson@kttlaw.com
mlorigas@kttlaw.com
rnader@kttlaw.com

*Attorneys for Benworth Capital Partners LLC and Bernardo Navarro*

| | **CASELLAS ALCOVER & BURGOS, P.S.C.**<br><br>By: *Carla S. Loubriel*<br>Carla S. Loubriel<br>USDC-PR 227509<br>Ricardo F. Casellas<br>USDC-PR 203114<br>208 Ponce de Leon Ave.<br>Popular Center Bldg. Suite 1400<br>Hato Rey, PR 00918<br>(787) 756-1400<br>cloubriel@cabprlaw.com<br>rcasellas@cabprlaw.com<br><br>*Attorneys for Defendants Benworth Capital Partners PR LLC and Claudia Navarro* |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on April 11, 2025, I filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record in this matter.

s/ *Aníbal A. Román Medina*

3