IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br>Plaintiff<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br>Defendants | Civil No. 23-01034 (GMM) |

## JOINT STATUS REPORT

Pursuant to this Court's September 3, 2024 Order (ECF No. 161), Plaintiff Federal Reserve Bank of San Francisco ("Reserve Bank") and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "Defendants"; together with Plaintiffs, the "Parties"), through their undersigned counsel, respectfully submit this Joint Status Report.

Since the Parties' April 4, 2025 *Joint Status Report* (ECF No. 226, the "April Status Report"), the Parties continue to conduct discovery and discuss the outstanding issues discussed in the April Status Reporting and below, including most recently via video conference on April 24, 2025.

- **QuickBooks Data.** As described in its May 5, 2025 *Motion to Enforce Order at ECF No. 224* (ECF No. 238), the Reserve Bank has requested that the Court enforce its March 24, 2025 Order (ECF No. 224) because the Parties are at an impasse regarding their interpretations of that Order. Pursuant to the Court's Order holding the Motion in abeyance (ECF No. 239), Defendants will respond by May 19, 2025.

- **Privilege Assertions.** On March 28, 2025, Defendants produced their privilege log for completed productions to the Reserve Bank. At the March 31, 2025 meet-and-confer discussion, the Parties discussed Defendants' assertion of accountant-client privilege over

communications with certain recipients of subpoenas served by the Reserve Bank, and on April 4, 2025, Defendants provided a written privilege assertion. At the April 24, 2025 meet-and-confer discussion, the Reserve Bank provided several reasons why it believes Defendants' assertions were partially or wholly improper. Defendants disagreed with the Reserve Bank's position but agreed to confirm whether it would stand on its prior assertions.

- **Reserve Bank's Outstanding Document Requests.**

    - **Mobile Data**. The Reserve Bank has reservations regarding Defendants' production of mobile data. The Reserve Bank has repeatedly asked Defendants clarifying questions about the Navarros' representations regarding mobile data since April 8, 2025. Defendants have yet to respond to certain questions because, they assert, they remain preoccupied handling numerous other discovery matters, including complying with orders entered by this Court, responding to the Reserve Bank's substantial inquiries on other ESI sources that are more likely to contain relevant and responsive information, and responding to the Reserve Bank's most recent discovery requests served on April 28, 2025.

    - **Navarro Entity Production**. Following the Court's order granting Defendants' request for an extension of the time to comply with the order requiring (ECF Nos. 223, 230, 232), Defendants confirmed that they have produced all responsive documents by April 21, 2025, subject to additional review for quality check and privilege concerns. The Reserve Bank's review of these documents is ongoing.

    - **Reserve Bank's Search Terms.** Several of the Reserve Bank's requests call for Defendants' financial statements and related information, including requests for which the Reserve Bank provided its most recent search term counterproposal to Defendants on February 11, 2025. On March 14, 2025, Defendants provided a report of the results of a proposed sampling review based on that counterproposal and others for which the Parties have not agreed. The Parties continue to discuss these search terms, and Defendants have agreed to produce documents responsive to certain search terms, but informed the Reserve Bank at the April 24, 2025 meet-and-confer discussion that these productions would not be made until May.

- **Defendants' Outstanding Discovery Requests**. The Reserve Bank continues to search for responsive documents based on ongoing discussions with the Defendants, including Defendants' proposed search terms provided on February 11, 2025. On March 11, 2025, the Reserve Bank provided a disaggregated hit report based on the proposed search terms provided by Defendants on February 11, 2025. On April 11, 2025, the Reserve Bank provided certain term sheets in response to Defendants' requests for PPP pricing information. The parties continue to meet and confer regarding this topic, including on April 24, 2025.

- **Additional Discovery Requests.** Both parties agreed that Defendants' *Answers* filed on April 16, 2025 (ECF Nos. 234-237) opened the potential for additional discovery requests, and both parties anticipated serving additional requests. The Reserve Bank served its

*Second Set of Requests for Production* on April 28, 2025.  Defendants have not yet sought any additional discovery, but anticipate doing so this week.

Dated: May 5, 2025

<table>
<tr><td>

**O'NEILL & BORGES LLC**

By: */s/ Antonio L. Roig Lorenzo*
    Antonio L. Roig Lorenzo
    USDC-PR No. 207712
    Salvador J. Antonetti Stutts
    USDC-PR No. 215002
    */s/ Ubaldo M. Fernández Barrera*
    Ubaldo M. Fernández Barrera
    USDC-PR No. 224807
    Aníbal A. Román Medina
    USDC-PR No. 308410
    250 Muñoz Rivera Ave., Ste. 800
    San Juan, PR 00918-1813
    (787) 764-8181
    antonio.roig@oneillborges.com
    salvador.antonetti@oneillborges.com
    ubaldo.fernandez@oneillborges.com
    anibal.roman@oneillborges.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Thomas S. Kessler (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000
lschweitzer@cgsh.com
tkessler@cgsh.com

*Counsel for Plaintiff the Federal Reserve Bank of San Francisco*

</td><td>

**FERRAIUOLI LLC**

By: */s/ Roberto A. Cámara Fuertes*
    Roberto A. Cámara Fuertes
    USDC-PR 219002
    Jaime A. Torrens-Davila
    Monica Del Pilar Ramos-Benitez
    Ferraiuoli LLC
    PO Box 195168
    San Juan, PR 00919-5168
    (787) 766-7000
    (787) 766-7001
    rcamara@ferraiuoli.com
    jtorrens@ferraiuoli.com
    mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**

Dwayne Robinson
Michael R. Lorigas
Rasheed K. Nader
2525 Ponce de Leon Boulevard, 9th Fl.
Miami, Florida 33134
(305) 372-1800
jpiedra@kttlaw.com
drobinson@kttlaw.com
mlorigas@kttlaw.com
rnader@kttlaw.com

*Counsel for Defendants Benworth Capital Partners LLC and Bernardo Navarro*

</td></tr>
</table>

**CASELLAS ALCOVER &
BURGOS, P.S.C.**

By: */s/ Carla S. Loubriel*
    Carla S. Loubriel
    USDC-PR 227509
    Ricardo F. Casellas
    USDC-PR 203114
    208 Ponce de Leon Ave.
    Popular Center Bldg. Suite 1400
    Hato Rey, PR 00918
    (787) 756-1400
    cloubriel@cabprlaw.com
    rcasellas@cabprlaw.com

    *Counsel for Defendants
    Benworth Capital Partners PR
    LLC and Claudia Navarro*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2025, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through the CM/ECF system.

Dated: May 5, 2025                                          By: */s/ Ubaldo M. Fernández Barrera*