# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO**, <br><br> Plaintiff, <br><br> v. <br><br> **BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO**, <br><br> Defendants. | Civil No. 23-01034 (GMM) |

## INFORMATIVE MOTION REGARDING STATUS OF BRIEFING AND REQUEST FOR ADJUDICATION OF MOTION TO ENFORCE ORDER AT ECF NO. 224

**COMES NOW** Plaintiff Federal Reserve Bank of San Francisco (the "Reserve Bank") by and through undersigned counsel, and respectfully informs this Court as follows:

1. On May 5, 2025, the Reserve Bank filed its *Motion to Enforce Order at ECF No. 224 Granting Plaintiff-Intervenor Federal Reserve Bank of San Francisco's Motion to Compel Bentworth's QuickBooks Accounting Data* ("Motion to Enforce"). *See* ECF No. 238. On that same day, the Court issued an order holding in abeyance the Motion to Enforce and directing Defendants to file a response on or before May 19, 2025. *See* ECF No. 239. On May 19, 2025, Defendants filed their *Joint Opposition to Plaintiff-Intervenor Federal Reserve Bank of San Francisco's Motion to Enforce Order at ECF No. 224* ("Opposition"). *See* ECF No. 242.

2. After reviewing the Opposition and noting that it does not alter the Reserve Bank's position as set forth in the Motion to Enforce, the Reserve Bank informs the Court that it will not seek leave to file a reply. Accordingly, the Reserve Bank respectfully submits that the Motion to Enforce is now fully briefed and ripe for adjudication by this Court. The Reserve Bank further

notes that resolution of the Motion to Enforce is critical to the continued development of the case, as access to the QuickBooks data is likely to identify counterparties and transactions that may prompt additional discovery requests or follow-up inquiries. Thus, absent the relief requested in the Motion to Enforce, there is a substantial risk that the current deadlines for the completion of document discovery (June 9, 2025) and depositions (August 9, 2025) will be jeopardized for all the reasons set forth in the Motion to Enforce.

3.  Based on the foregoing, the Reserve Bank respectfully requests that the Court take notice of the above and deem the Motion to Enforce, along with all related filings, fully briefed and ready for adjudication.

Respectfully submitted in San Juan, Puerto Rico on May 21, 2025.

Thomas S. Kessler (admitted *pro hac vice*)
tkessler@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Attorneys for the Federal Reserve Bank of San Francisco*

s/ *Antonio L. Roig Lorenzo*
Antonio L. Roig Lorenzo
antonio.roig@oneillborges.com
USDC-PR No. 207712

s/ *Salvador J. Antonetti Stutts*
Salvador J. Antonetti Stutts
salvador.antonetti@oneillborges.com
USDC-PR No. 215002

s/ *Ubaldo M. Fernández Barrera*
Ubaldo M. Fernández Barrera
ubaldo.fernandez@oneillborges.com
USDC-PR No. 224807

s/ *Aníbal A. Román Medina*
Aníbal A. Román Medina
anibal.roman@oneillborges.com
USDC-PR No. 308410

O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Attorneys for the Federal Reserve Bank of San Francisco*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2025, I filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record in this matter.

s/ *Aníbal A. Román Medina*