**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| FEDERAL RESERVE BANK OF SAN FRANCISCO, <br><br> Plaintiff, <br><br> v. <br><br> BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO, <br><br> Defendants. | Civil No. 23-01034 (GMM) |

**MOTION FOR LEAVE TO FILE RESTRICTED DOCUMENT**

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff Federal Reserve Bank of San Francisco (the "Reserve Bank"), by and through its undersigned legal counsel, and respectfully states and prays as follows:

1.      On October 7, 2024, this Court issued a Protective Order which requires the filing under seal of Protected Material to prevent public access.[1]  *See* ECF No. 176 ¶ 6.2(c)

2.      Today, the Reserve Bank filed under seal its motion captioned *Plaintiff-Intervenor Federal Reserve Bank of San Francisco's Motion to Compel Documents and Communications Over Which Defendants Improperly Assert Accountant-Client Privilege* (the "Motion to Compel"), seeking an order from this Court that Defendants Benworth Capital Partners, LLC, Benworth Capital Partners PR, LLC, Bernardo Navarro, Claudia Navarro (collectively, "Defendants") and third-party subpoena recipients (i) Forvis Mazars, LLP ("Forvis"), (ii) Kaufman Rossin & Co. ("Kaufman"), (iii) Sotolongo & Associates, P.A. ("Sotolongo"), and (iv) Up Consulting

---

[1]      Protected Material is defined, generally, as material produced during discovery and designated as "Confidential" or "Highly Confidential."  *See* ECF No. 176 ¶ 1.13.

Group LLC ("Up Consulting" and together with Forvis, Kaufman and Sotolongo, the "Third-Party Firms") produce (i) all documents and communications in the Defendants' possession related to any transfer pricing study prepared by the Third-Party Firms for Defendants that are responsive to certain of the Federal Reserve's requests for production dated August 23, 2024 and (ii) all documents and communications in the possession of the Third-Party Firms responsive to Request No. 2 of the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* received by each of the Third-Party Firms dated March 7, 2025. *See* ECF No. 250.

3. Certain documents attached to the Motion to Compel contain information that has been designated as Confidential pursuant to the Protective Order. This information is known only to the Parties and is not publicly available. Accordingly, the Reserve Bank has filed the Motion to Compel on a restricted basis to safeguard the confidentiality of this information.

4. In light of the foregoing, and pursuant to this Court's Standing Order No. 9 dated January 30, 2013, as well as the Protective Order entered at ECF No. 176, the Reserve Bank has filed the Motion to Compel and its accompanying exhibits as restricted documents. As such, they are accessible only to the Parties to this action.

**WHEREFORE**, the Reserve Bank respectfully requests that this Court grant leave to maintain the Motion to Compel and its exhibits as restricted documents.

Respectfully submitted in San Juan, Puerto Rico on May 28, 2025.

Thomas S. Kessler (admitted *pro hac vice*)
tkessler@cgsh.com

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Attorneys for the Federal Reserve Bank of*
*San Francisco*

s/ *Antonio L. Roig Lorenzo*
Antonio L. Roig Lorenzo
antonio.roig@oneillborges.com
USDC-PR No. 207712

s/ *Salvador J. Antonetti Stutts*
Salvador J. Antonetti Stutts
salvador.antonetti@oneillborges.com
USDC-PR No. 215002

s/ *Ubaldo M. Fernández Barrera*
Ubaldo M. Fernández Barrera
ubaldo.fernandez@oneillborges.com
USDC-PR No. 224807

s/ *Aníbal A. Román Medina*
Aníbal A. Román Medina
anibal.roman@oneillborges.com
USDC-PR No. 308410

O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Attorneys for the Federal Reserve Bank of*
*San Francisco*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 28, 2025, I filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record in this matter.

<u>s/ *Ubaldo M. Fernández Barrera*</u>
Ubaldo M. Fernández Barrera