IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,** <br> Plaintiff <br><br> v. <br><br> **OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,** <br> Defendants | Civil No. 23-01034 (GMM) |

## JOINT STATUS REPORT

Pursuant to this Court's September 3, 2024 Order (ECF No. 161), Plaintiff Federal Reserve Bank of San Francisco (the "Reserve Bank") and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "Defendants"; together with Plaintiffs, the "Parties"), through their undersigned counsel, respectfully submit this Joint Status Report.

Since the Parties' May 5, 2025 *Joint Status Report* (ECF No. 240, the "May Status Report"), the Parties continue to conduct discovery and discuss the outstanding issues discussed in the May Status Report and below, including as follows:

- **QuickBooks Data.** On May 28, 2025, the Court entered an Order (ECF No. 247) granting Defendants' request (ECF No. 246, the "Extension Request") to extend the deadline to comply with the Court's May 22, 2025 order compelling an export of the QuickBooks data by May 27, 2025 (ECF No. 245). The Reserve Bank had agreed to not oppose the Extension Request provided (1) that Defendants attach to their Extension Request a declaration, under penalty of perjury, by an individual at Benworth FL with personal knowledge of the issue necessitating the extension that describes the issue and how it prevents access to the QuickBooks data, and (2) that, although Defendants are seeking a two-week extension, Defendants agree to produce the data at the earliest possible date, as soon as it is available. On May 27, 2025, in an effort to resolve the stated issues in accessing the QuickBooks data, the Reserve Bank inquired about Defendants' efforts to

acquire the data from Intuit, the owner of the QuickBooks software, and produce it, and Defendants represented they had not attempted to contact Intuit but they would consider doing so.  On May 28, 2025, per the agreement between the Parties, the Defendants filed the *Unsworn Statement of Bernardo Navarro in Support of Defendants' Unopposed Motion for Extension of Time to Comply with the Court's Discovery Order* (ECF No. 249).  As noted in the Reserve Bank's May 21, 2025 informative motion (ECF No. 243), the QuickBooks data will prompt additional discovery requests.  Defendants have not provided any further updates regarding their attempts to comply with the Court's order since May 27, 2025.

- **Privilege Assertions.** At the March 31, 2025 meet-and-confer discussion, the Parties discussed Defendants' assertion of accountant-client privilege over communications with certain recipients of subpoenas served by the Reserve Bank.  On April 4, 2025, Defendants provided a written privilege assertion.  At the April 24, 2025 meet-and-confer discussion, the Reserve Bank provided several reasons why it believed Defendants' assertions were improper.  Defendants disagreed with the Reserve Bank's position but agreed to confirm whether it would stand on its prior assertions, and later agreed that it was not asserting privilege over engagement letters with its accountants.  On May 28, 2025, the Reserve Bank filed its *Motion to Compel Documents and Communications Over Which Defendants Improperly Assert Accountant-Client Privilege* (ECF No. 250, the "Privilege Motion to Compel"), respectfully requesting that the Court order the Defendants and third-party subpoena recipients to produce forthwith all outstanding transfer pricing analyses and related documents and communications responsive to the Reserve Bank's document requests.  Defendants' response to the Privilege Motion to Compel is due June 12, 2025.

- **Reserve Bank's Outstanding Document Requests.**

  o **Mobile Data**.  The Reserve Bank has reservations regarding Defendants' production of mobile data.  The Reserve Bank has repeatedly asked Defendants clarifying questions about the Navarros' representations regarding mobile data since April 8, 2025.  On May 6, 2025, Defendants' counsel represented that they would speak with Mr. and Mrs. Navarro later that week about this issue, but have yet to provide any update to the Reserve Bank.

  o **Claudia Navarro Communications.**  To date, Defendants have not produced any communications from Claudia Navarro's Benworth email address.  Mrs. Navarro is one of Defendants' five ESI custodians, and her Benworth email address is the only address of hers from which Defendants have collected ESI.  On May 6, 2025, Defendants' counsel represented that they would speak with Mrs. Navarro later that week about this issue, that they would review communications in which a second email address of hers appears in produced documents, and that they would provide the Reserve Bank an update on their findings during the week of May 12, 2025. Defendants have yet to provide any update to the Reserve Bank on these issues.

  o **Reserve Bank's Search Terms.**  Several of the Reserve Bank's requests call for Defendants' financial statements and related information, including requests for

which the Reserve Bank provided its most recent search term counterproposal to Defendants on April 28, 2025. The Parties continue to discuss these search terms, but Defendants have not yet responded to the Reserve Bank's most recent counterproposal, and associated documents have not yet been produced.

- **Defendants' Outstanding Discovery Requests**.  The Reserve Bank continues to search for responsive documents based on ongoing discussions with the Defendants, including Defendants' proposed search terms provided on February 11, 2025.  On March 11, 2025, the Reserve Bank provided a disaggregated hit report based on the proposed search terms provided by Defendants on February 11, 2025.  On April 11, 2025, the Reserve Bank provided certain term sheets in response to Defendants' requests for PPP pricing information and provided unredacted versions of these term sheets on May 19, 2025.  The Parties continue to meet and confer regarding this topic.

- **Additional Discovery Requests.**  Both Parties agreed that Defendants' *Answers* filed on April 16, 2025 (ECF Nos. 234-237) opened the potential for additional discovery requests, and both Parties anticipated serving additional requests. The Reserve Bank served its *Second Set of Requests for Production* on April 28, 2025, and Defendants served their *Answers and Objections* in response on May 28, 2025.  The Parties plan to discuss these requests at a future meet-and-confer.

- **Reserve Bank Motion Requesting Modification of the Case Management Order.**  On June 3, 2025, the Reserve Bank respectfully requested that the Court modify the operative court deadlines as set forth in the table below and in its *Motion Requesting Modification of the Case Management Order* (ECF No. 256), which the Court granted by its June 4, 2025 order (ECF No. 257).

| Event | Prior Deadline | Current Deadline |
|---|---|---|
| Completion of fact discovery, other than with respect to Final Requests (defined below) and depositions | June 9, 2025 | June 27, 2025 |
| Exchange of final privilege logs other than with respect to Final Requests (defined below) | June 23, 2025 | July 11, 2025 |
| Requests for Production arising from documents produced by Defendants in full compliance with ECF No. 245  ("Final Requests") | N/A | 30 days after Defendants' full compliance with ECF No. 245 |

| Responses and Objections in response to Final Requests | N/A | 45 days after Defendants' full compliance with ECF No. 245 |
|---|---|---|
| Productions in response to Final Requests and completion of fact discovery, other than depositions | N/A | 60 days after Defendants' full compliance with ECF No. 245 |
| Exchange of final privilege logs | N/A | 75 days after Defendants' full compliance with ECF No. 245 |
| Completion of fact depositions | August 8, 2025 | October 31, 2025 |
| Deadline for Parties to disclose experts and expert witness summaries as required by Fed. R. Civ. P. 26(a)(2) | No later than August 15, 2025, parties to submit to Court a schedule as it pertains to expert disclosures and submission of reports | No later than November 7, 2025, parties to submit to Court a schedule as it pertains to expert disclosures and submission of reports |
| Deadline for Parties to disclose expert reports as required by Fed. R. Civ. P. 26(a)(2)(B) | Pursuant to schedule submitted no later than August 15, 2025 | Pursuant to schedule submitted no later than November 7, 2025 |
| Deadline for Parties to submit rebuttal expert reports | Pursuant to schedule submitted no later than August 15, 2025 | Pursuant to schedule submitted no later than November 7, 2025 |
| Conclusion of all discovery | December 15, 2025 | February 27, 2026 |
| Deadline to file dispositive motions | January 29, 2026 | April 17, 2026 |
| Deadline to file oppositions to dispositive motions | February 14, 2026 | May 8, 2026 |

4

Dated: June 4, 2025

**O'NEILL & BORGES LLC**

By: */s/ Antonio L. Roig Lorenzo*
  Antonio L. Roig Lorenzo
  USDC-PR No. 207712
  Salvador J. Antonetti Stutts
  USDC-PR No. 215002
  Ubaldo M. Fernández Barrera
  USDC-PR No. 224807
  Aníbal A. Román Medina
  USDC-PR No. 308410
  250 Muñoz Rivera Ave., Ste. 800
  San Juan, PR 00918-1813
  (787) 764-8181
  antonio.roig@oneillborges.com
  salvador.antonetti@oneillborges.com
  ubaldo.fernandez@oneillborges.com
  anibal.roman@oneillborges.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

  Thomas S. Kessler (admitted *pro hac vice*)
  One Liberty Plaza
  New York, New York 10006
  (212) 225-2000
  lschweitzer@cgsh.com
  tkessler@cgsh.com

  *Counsel for Plaintiff the Federal Reserve Bank of San Francisco*

**FERRAIUOLI LLC**

By: */s/ Roberto A. Cámara Fuertes*
  Roberto A. Cámara Fuertes
  USDC-PR 219002
  Jaime A. Torrens-Davila
  Monica Del Pilar Ramos-Benitez
  Ferraiuoli LLC
  PO Box 195168
  San Juan, PR 00919-5168
  (787) 766-7000
  (787) 766-7001
  rcamara@ferraiuoli.com
  jtorrens@ferraiuoli.com
  mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**

  Dwayne Robinson
  Michael R. Lorigas
  Rasheed K. Nader
  2525 Ponce de Leon Boulevard, 9th Fl.
  Miami, Florida 33134
  (305) 372-1800
  jpiedra@kttlaw.com
  drobinson@kttlaw.com
  mlorigas@kttlaw.com
  rnader@kttlaw.com

  *Counsel for Defendants Benworth Capital Partners LLC and Bernardo Navarro*

5

**CASELLAS ALCOVER &
BURGOS, P.S.C.**

By: */s/ Carla S. Loubriel*
　　Carla S. Loubriel
　　USDC-PR 227509
　　Ricardo F. Casellas
　　USDC-PR 203114
　　208 Ponce de Leon Ave.
　　Popular Center Bldg. Suite 1400
　　Hato Rey, PR 00918
　　(787) 756-1400
　　cloubriel@cabprlaw.com
　　rcasellas@cabprlaw.com

　　*Counsel for Defendants*
　　*Benworth Capital Partners PR*
　　*LLC and Claudia Navarro*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 4, 2025, the foregoing document was filed with the

Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through

the CM/ECF system.

Dated: June 4, 2025                                    By: */s/ Aníbal A. Román Medina*