**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,** | Civil No. 23-01034 (GMM) *cons.* |
| Plaintiff | Civil No. 24-01313 (GMM) |
| v. | |
| **OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,** | |
| Defendants. | |

**SECOND MOTION FOR EXTENSION OF TIME
TO COMPLY WITH THE COURT'S DISCOVERY ORDER [DE 245]**

**TO THE HONORABLE COURT:**

**COME NOW** defendants Benworth Capital Partners PR, LLC ("Benworth PR"), Benworth Capital Partners, LLC ("Benworth FL"), and Bernardo and Claudia Navarro ("Mr. and Mrs. Navarro" and, jointly with Benworth PR and Benworth FL, the "Defendants"), through the undersigned counsel and pursuant to Local Rule 16(h)(i)(1), respectfully request that the Court further extend the deadline for Defendants to comply with the Court's Order on Plaintiff's *Motion to Enforce Order at ECF No. 224 Granting Plaintiff-Intervenor Federal Reserve Bank of San Francisco's Motion to Compel Benworth's Quickbooks Accounting Data* (the "Order"):

1.      On May 21, 2025, the Court entered the Order, ordering Defendants to provide Plaintiff-Intervenor the Federal Reserve Bank of San Franisco (the "Reserve Bank") with exported data from their QuickBooks database for the period of January 1, 2020, to the present, by May 27, 2025. (*See* D.E. 245).

**Second Motion for Extension of Time to Comply with the Court's Discovery Order (D.E. 245)**
Civil No. 23-01034 (GMM) *cons.* 24-01313 (GMM)
Page **2** of **4**

2.      On May 27, 2025, Defendants filed their first motion for extension of time, explaining that, due to technical issues out of their control, Defendants have not had access to their servers, including the QuickBooks database, since May 18, 2025. (*See* D.E. 246). The Court granted the motion, extending the deadline to June 10, 2025. (*See* D.E. 247).

3.      The data on Benworth FL's internal servers, including the Quickbooks data, remains inaccessible. Although a third-party assisting Benworth FL initially anticipated restoring access to the data by June 10, 2025, technical issues persist, and Defendants remain unable to access their servers nor produce an export of their Quickbooks data.

4.      Accordingly, Defendants respectfully request a 2-week extension, through June 24, 2025, to fully comply with the Court's Order.

5.      Counsel for Defendants initially raised the need for this extension with counsel for the Reserve Bank via a meet and confer call on June 9, 2025. Counsel for the Reserve Bank represented that it would not oppose the extension requested herein if Defendants agree to two conditions: (1) that Defendants attach to this Motion a declaration, under penalty of perjury, by an individual at Benworth FL, with personal knowledge of the issue necessitating the extension that describes the issue and how it prevents access to the QuickBooks data, and (2) that Defendants attach to this Motion a declaration, under penalty of perjury, by an individual from a third party, with personal knowledge of the issue necessitating the extension, that describes the issue and how it prevents access to the QuickBooks data.

6.      Counsel for the parties conferred further via email on June 10, 2025. The Reserve Bank now demands that Defendants provide: (1) a declaration from an individual at Benworth FL with additional details beyond those requested during the June 9th meet and confer filed with the instant Motion and (2) two detailed declarations from third parties to be filed by June 12, 2025.

7.       Defendants are unable to meet the demands of the Reserve Bank on their timeline. However, Defendants will continue to meet and confer with the Reserve Bank regarding the extension requested herein. Notwithstanding, Defendants respectfully request that the Court grant the extension requested herein without requiring Defendants to submit declarations.

8.       This motion is made in good faith to ensure compliance with the Court's Order and based on circumstances out of the Defendants' control, and not for purposes of delaying the proceedings. Granting this motion will not prejudice any party.

**WHEREFORE**, Defendants respectfully request that the Court grant this motion and extend the deadline to comply with the Court's Order at D.E. 245 to June 24, 2025.

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing reply was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on June 10, 2025.

**Ferraiuoli**

PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara-Fuertes*
USDC-PR 219002
rcamara@ferraiuoli.com

*s/ Jaime A. Torrens-Dávila*
USDC-PR 223810
jtorrens@ferraiuoli.com

*s/ Mónica Ramos Benítez*
USDC-PR 308405
mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**
2525 Ponce de Leon Blvd., 9th Fl.
Miami, FL 33134
(305) 372-1800

Jorge L. Piedra (admitted *pro hac vice*)
jpiedra@kttlaw.com
Michael R. Lorigas (admitted *pro hac vice*)
mlorigas@kttlaw.com
Rasheed K. Nader (admitted *pro hac vice*)
rnader@kttlaw.com

*Counsel for Benworth Capital Partners LLC and Bernardo Navarro*

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
rcasellas@cabprlaw.com
cloubriel@cabprlaw.com

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509

Ricardo F. Casellas
USDC-PR Bar No. 203114

*Counsel for Benworth Capital Partners PR LLC and Claudia Navarro*