**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br><br>Plaintiff<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br><br>Defendants. | Civil No. 23-01034 (GMM) *cons.*<br><br>Civil No. 24-01313 (GMM) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF-INTERVENOR FEDERAL RESERVE BANK OF SAN FRANCISCO'S MOTION TO COMPEL DOCUMENTS AND COMMUNICATIONS OVER WHICH DEFENDANTS IMPROPERLY ASSERT ACCOUNTANT-CLIENT PRIVILEGE [DE 250]**

**TO THE HONORABLE COURT:**

**COME NOW** defendants Benworth Capital Partners PR, LLC ("Benworth PR"), Benworth Capital Partners, LLC ("Benworth FL"), and Bernardo and Claudia Navarro ("Mr. and Mrs. Navarro" and, jointly with Benworth PR and Benworth FL, the "Defendants"), through the undersigned counsel and pursuant to Local Rule 16(h)(i)(1), respectfully request that the Court extend the deadline for Defendants to respond to the *Motion to Compel Documents and Communications Over Which Defendants Have Improperly Asserted Accountant-Client Privilege* (the "Motion) (D.E. 250) filed by Plaintiff-Intervenor the Federal Reserve Bank of San Francisco (the "Reserve Bank").

1.      On May 28, 2025, the Reserve Bank filed the Motion. Defendants' response is due on June 12, 2025.

2.      However, due to deadlines in this case and in other matters, counsel for Defendants require a brief extension of time to file their response to the Motion. The Motion raises important and complex issues related to privileged communications between Defendants and their accountants that require careful analysis, including (1) whether the law of Florida or Puerto Rico applies to this privilege dispute; (2) the scope of the privilege and whether its applies to the documents and communications at issue; (3) whether Defendants have waived their accountant-client privilege through issue injection or voluntary disclosure; and (4) whether any exceptions apply to Defendants' assertion of the accountant-client privilege. A brief extension will provide counsel for Defendants sufficient time to prepare a response that adequately addresses the issues raised in the Motion.

3.      Accordingly, Defendants respectfully request a 5-day extension, through June 17, 2025, to file their response to the Motion.

4.      Counsel for Defendants raised the need for an extension with counsel for the Reserve Bank via email on June 12, 2025. Counsel for the Reserve Bank represented that it does not consent to the extension requested herein.

5.      This motion is made in good faith, and not for purposes of delay. Granting this motion will not prejudice any party.

**WHEREFORE**, Defendants respectfully request that the Court grant this unopposed motion and extend the deadline to respond to the Motion to June 17, 2025.

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing reply was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on June 12, 2025.

[Signature page follows]

Oto Analytics, LLC v. Benworth Capital Partners PR LLC, *et al*.
Civil No. 23-01034 (GMM)
Page **4** of **4**

**Ferraiuoli**

PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara-Fuertes*
USDC-PR 219002
rcamara@ferraiuoli.com

*s/ Jaime A. Torrens-Dávila*
USDC-PR 223810
jtorrens@ferraiuoli.com

*s/ Mónica Ramos Benítez*
USDC-PR 308405
mramos@ferraiuoli.com

**KOZYAK TROPIN & THROCKMORTON**
2525 Ponce de Leon Blvd., 9th Fl.
Miami, FL 33134
(305) 372-1800

Jorge L. Piedra (admitted *pro hac vice*)
jpiedra@kttlaw.com
Michael R. Lorigas (admitted *pro hac vice*)
mlorigas@kttlaw.com
Rasheed K. Nader (admitted *pro hac vice*)
rnader@kttlaw.com

*Counsel for Benworth Capital Partners LLC and Bernardo Navarro*

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
rcasellas@cabprlaw.com
cloubriel@cabprlaw.com

*/s/ Carla S. Loubriel Carrión*
USDC-PR Bar No. 227509

*/s/ Ricardo F. Casellas*
USDC-PR Bar No. 203114

*Counsel for Benworth Capital Partners PR LLC and Claudia Navarro*