IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,** Plaintiff | Civil No. 23-01034 (GMM) |
| v. | |
| **BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,** Defendants | |

## MOTION FOR LEAVE TO FILE REPLY

**TO THE HONORABLE COURT:**

**COMES NOW** the Federal Reserve Bank of San Francisco (the "Reserve Bank"), by and through its undersigned legal counsel, and respectfully alleges, and prays as follows:

1.    On May 28, 2025, the Reserve Bank filed its Motion to Compel Documents and Communications Over Which Defendants Improperly Assert Accountant-Client Privilege (ECF No. 250, the "Motion to Compel") seeking an order from this Court compelling Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (together, the "Defendants") and third-party subpoena recipients (i) Forvis Mazars, LLP ("Forvis"), (ii) Kaufman Rossin & Co. ("Kaufman"), (iii) Sotolongo & Associates, P.A. ("Sotolongo"), and (iv) Up Consulting Group LLC ("Up Consulting") to produce documents and communications related to transfer pricing studies and analyses.

2.    On June 12, 2025, Defendants sought a five-day extension to respond to the Motion to Compel, which was granted by this Court's Order the same day, and on June 17, 2025, the Defendants sought an additional one-day extension  (ECF Nos. 263, 264, 269).

3.      On June 18, 2025, Defendants filed their Joint Opposition to Plaintiff-Intervenor Federal Reserve Bank of San Francisco's Motion to Compel Documents and Communications Over Which Defendants Improperly Assert Accountant-Client Privilege [DE 250] (ECF No. 270, the "Opposition").

4.      Pursuant to Local Civil Rule 7(c), "with prior leave of court and within seven (7) days of the service of any objection to a motion, the moving party may file a reply." L.Cv.R. 7(c).

5.      The Reserve Bank respectfully seeks leave to file a reply to the Opposition to address new matters raised in the Opposition, including Defendants' arguments regarding the scope and application of accountant-client privilege under both Florida and Puerto Rico law to transfer pricing analyses ("TPAs") and related documents and communications. The Motion to Compel presents novel issues regarding the application of accountant-client privilege to TPAs and related documents and communications, an area where neither party has identified a case applying such privilege in any state or federal court. The Opposition also contains inaccurate statements regarding the Reserve Bank's motives for exercising its contractual rights and its right to seek redress in court. Leave to file a reply is warranted to ensure the Court has a complete record before ruling on the Motion to Compel, particularly given the complex legal issues presented therein.

6.      The Reserve Bank requests that the Court allow it until June 25, 2025, to file its reply to the Opposition.

**WHEREFORE**, the Reserve Bank respectfully requests that this Honorable Court grant it leave to file a reply to Defendants' Opposition on or before June 25, 2025.

Respectfully submitted in San Juan, Puerto Rico on June 20, 2025.

Thomas S. Kessler (admitted *pro hac vice*)
tkessler@cgsh.com

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Attorneys for the Federal Reserve Bank of San Francisco*

s/ *Antonio L. Roig Lorenzo*
Antonio L. Roig Lorenzo
antonio.roig@oneillborges.com
USDC-PR No. 207712

s/ *Salvador J. Antonetti Stutts*
Salvador J. Antonetti Stutts
salvador.antonetti@oneillborges.com
USDC-PR No. 215002

s/ *Ubaldo M. Fernández Barrera*
Ubaldo M. Fernández Barrera
ubaldo.fernandez@oneillborges.com
USDC-PR No. 224807

s/ *Aníbal A. Román Medina*
Aníbal A. Román Medina
anibal.roman@oneillborges.com
USDC-PR No. 308410

O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Attorneys for the Federal Reserve Bank of San Francisco*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2025, I filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record in this matter.

*s/Aníbal A. Román Medina*