IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br>Plaintiff<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br>Defendants | Civil No. 23-01034 (GMM) |

## JOINT STATUS REPORT

Pursuant to this Court's September 3, 2024 Order (ECF No. 161), Plaintiff Federal Reserve Bank of San Francisco ("Reserve Bank") and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "Defendants"; together with Plaintiffs, the "Parties"), through their undersigned counsel, respectfully submit this Joint Status Report.

Since the Parties' July 7, 2025 *Joint Status Report* (ECF No. 275, the "July Status Report"), the Parties continue to meet and confer, including regarding outstanding discovery items discussed in the July Status Report and as described below:

- **Pending Motions.** There is one motion currently pending before this Court: the Reserve Bank's *Motion to Compel Documents and Communications Over Which Defendants Have Improperly Asserted Accountant-Client Privilege* (ECF No. 250), which, after the filing of the *Joint Opposition to Plaintiff-Intervenor Federal Reserve Bank of San Francisco's Motion to Compel Documents and Communications Over Which Defendants Improperly Assert Accountant-Client Privilege [DE 250]* (ECF No. 270), including two extension motions by the Defendants (ECF Nos. 263, 269), which were duly granted (ECF Nos. 264, 271), and *Plaintiff-Intervenor Federal Reserve Bank of San Francisco's Reply to Defendants' Joint Opposition to the Motion to Compel Documents and Communications Over Which Defendants Improperly Assert Accountant-Client Privilege* (ECF No. 274), is fully briefed.

- **Discovery Deadlines and Case Management Order.** The *Case Management Order* (ECF No. 161), as most recently amended following the Reserve Bank's motion filed on June 2, 2025 and this Court's order granting such motion (ECF Nos. 256, 257), required the Parties to complete document discovery, excluding depositions and document requests arising from Defendants' compliance with their obligation to produce QuickBooks data, by June 27, 2025. The Parties continue discuss the need for further amendment to the Case Management Order.

- **QuickBooks Data.** As more fully described in the July Status Report, Defendants still have not complied with the Court's May 21, 2025 order (ECF No. 245) to produce QuickBooks data. The Reserve Bank continues to have concerns regarding Defendants' ongoing failure to comply with the twice-extended deadline to produce, which the Parties continue to discuss.

- **Outstanding Document Requests.** The Parties continue to meet and confer to discuss outstanding discovery requests, as more fully described in the July Status Report.

Dated: August 6, 2025

| **O'NEILL & BORGES LLC** | **FERRAIUOLI LLC** |
|---|---|
| By: */s/ Antonio L. Roig Lorenzo*<br>   Antonio L. Roig Lorenzo<br>   USDC-PR No. 207712<br>   Salvador J. Antonetti Stutts<br>   USDC-PR No. 215002<br>   Ubaldo M. Fernández Barrera<br>   USDC-PR No. 224807<br>   Aníbal A. Román Medina<br>   USDC-PR No. 308410<br>   250 Muñoz Rivera Ave., Ste. 800<br>   San Juan, PR 00918-1813<br>   (787) 764-8181<br>   antonio.roig@oneillborges.com<br>   salvador.antonetti@oneillborges.com<br>   ubaldo.fernandez@oneillborges.com<br>   anibal.roman@oneillborges.com | By: */s/ Roberto A. Cámara Fuertes*<br>   Roberto A. Cámara Fuertes<br>   USDC-PR 219002<br>   Jaime A. Torrens-Davila<br>   USDC-PR 223810<br>   Monica Del Pilar Ramos-Benitez<br>   USDC-PR No. 308405<br>   Ferraiuoli LLC<br>   PO Box 195168<br>   San Juan, PR 00919-5168<br>   (787) 766-7000<br>   (787) 766-7001<br>   rcamara@ferraiuoli.com<br>   jtorrens@ferraiuoli.com<br>   mramos@ferraiuoli.com |
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>Thomas S. Kessler (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000<br>tkessler@cgsh.com<br><br>*Counsel for Plaintiff the Federal Reserve Bank of San Francisco* | **KOZYAK TROPIN & THROCKMORTON**<br><br>Jorge L. Piedra<br>Dwayne Robinson<br>Michael R. Lorigas<br>Rasheed K. Nader<br>2525 Ponce de Leon Boulevard, 9th Fl.<br>Miami, Florida 33134<br>(305) 372-1800<br>jpiedra@kttlaw.com<br>drobinson@kttlaw.com<br>mlorigas@kttlaw.com<br>rnader@kttlaw.com<br><br>*Counsel for Defendants Benworth Capital Partners LLC and Bernardo Navarro* |

**CASELLAS ALCOVER & BURGOS, P.S.C.**

By: */s/ Carla S. Loubriel*
    Carla S. Loubriel
    USDC-PR 227509
    Ricardo F. Casellas
    USDC-PR 203114
    208 Ponce de Leon Ave.
    Popular Center Bldg. Suite 1400
    Hato Rey, PR 00918
    (787) 756-1400
    cloubriel@cabprlaw.com
    rcasellas@cabprlaw.com

    *Counsel for Defendants*
    *Benworth Capital Partners PR*
    *LLC and Claudia Navarro*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2025, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through the CM/ECF system.

Dated: August 6, 2025                                          By: */s/ Aníbal A. Román Medina*