IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FEDERAL RESERVE BANK OF SAN FRANCISCO,**<br>Plaintiff<br><br>v.<br><br>**OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,**<br>Defendants | Civil No. 23-01034 (GMM) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW**, Plaintiff Federal Reserve Bank of San Francisco ("Reserve Bank") and Defendants Benworth Capital Partners PR, LLC, Benworth Capital Partners, LLC, Bernardo Navarro, and Claudia Navarro (collectively, "Defendants"; together with the Reserve Bank, the "Parties"), through their undersigned counsel, respectfully submit this *Joint Stipulation of Dismissal with Prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1. On July 10, 2024, the Reserve Bank filed a *Complaint* in *Federal Reserve Bank of San Francisco v. Benworth Capital Partners LLC et al.*, Civil No. 24-01313 (the "Consolidated Case") for, among other relief, damages for breach of contract, collection of money, conversion, and rescission of fraudulent transfers against Defendants.

2. On August 20, 2024, the Court entered an *Order* consolidating *Oto Analytics, LLC v. Benworth Capital Partners PR LLC, et al., Civil No. 23-cv-01034* (the "Womply Action") and the Consolidated Case.

3.   On April 16, 2025, Defendants filed answers to the *Complaint*.

4.   The Parties have entered into a *Confidential Settlement Agreement* (the "Agreement") that puts an end to the Consolidated Case.

5.   In accordance with the terms of the Agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties file this stipulation of dismissal of the Consolidated Case with prejudice, without the imposition of costs or attorney's fees on either the Reserve Bank or Defendants.

**WHEREFORE**, it is very respectfully requested that this Honorable Court (i) take notice of the aforementioned, and (ii) enter judgment dismissing with prejudice the Consolidated Case, without the imposition of costs or attorney's fees.

Dated: September 9, 2025

| **O'NEILL & BORGES LLC** | **FERRAIUOLI LLC** |
|---|---|
| By: */s/ Antonio L. Roig Lorenzo*<br>Antonio L. Roig Lorenzo<br>USDC-PR No. 207712<br>Salvador J. Antonetti Stutts<br>USDC-PR No. 215002<br>Ubaldo M. Fernández Barrera<br>USDC-PR No. 224807<br>Aníbal A. Román Medina<br>USDC-PR No. 308410<br>250 Muñoz Rivera Ave., Ste. 800<br>San Juan, PR 00918-1813<br>(787) 764-8181<br>antonio.roig@oneillborges.com<br>salvador.antonetti@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>anibal.roman@oneillborges.com | By: */s/ Roberto A. Cámara Fuertes*<br>Roberto A. Cámara Fuertes<br>USDC-PR 219002<br>Jaime A. Torrens-Davila<br>USDC-PR 223810<br>Monica Del Pilar Ramos-Benitez<br>USDC-PR No. 308405<br>Ferraiuoli LLC<br>PO Box 195168<br>San Juan, PR 00919-5168<br>(787) 766-7000<br>(787) 766-7001<br>rcamara@ferraiuoli.com<br>jtorrens@ferraiuoli.com<br>mramos@ferraiuoli.com |

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **KOZYAK TROPIN & THROCKMORTON** |
| Thomas S. Kessler (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000<br>tkessler@cgsh.com<br><br>*Counsel for Plaintiff the Federal Reserve Bank of San Francisco* | Jorge L. Piedra<br>Dwayne Robinson<br>Michael R. Lorigas<br>Rasheed K. Nader<br>2525 Ponce de Leon Boulevard, 9th Fl.<br>Miami, Florida 33134<br>(305) 372-1800<br>jpiedra@kttlaw.com<br>drobinson@kttlaw.com<br>mlorigas@kttlaw.com<br>rnader@kttlaw.com<br><br>*Counsel for Defendants Benworth Capital Partners LLC and Bernardo Navarro* |

**CASELLAS ALCOVER & BURGOS, P.S.C.**

By: */s/ Carla S. Loubriel*
    Carla S. Loubriel
    USDC-PR 227509
    Ricardo F. Casellas
    USDC-PR 203114
    208 Ponce de Leon Ave.
    Popular Center Bldg. Suite 1400
    Hato Rey, PR 00918
    (787) 756-1400
    cloubriel@cabprlaw.com
    rcasellas@cabprlaw.com

    *Counsel for Defendants Benworth Capital Partners PR LLC and Claudia Navarro*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2025, the foregoing document was filed with the Clerk of the Court using CM/ECF, which sent notice to all parties receiving notifications through the CM/ECF system.

Dated: September 9, 2025                              By: /s/ *Aníbal A. Román Medina*