IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>Plaintiff<br><br>vs.<br><br>OTO ANALYTICS, LLC; BENWORTH CAPITAL PARTNERS PR, LLC; BENWORTH CAPITAL PARTNERS, LLC; BERNARDO NAVARRO and CLAUDIA NAVARRO,<br><br>Defendants | **CIVIL NO. 23-01034 (GMM);**<br>**CIVIL NO. 24-01313 (GMM)** |

**JUDGMENT**

On September 9, 2025, the parties filed a *Joint Stipulation of Dismissal with Prejudice* notifying the Court that they have reached a confidential settlement agreement at Docket No. 279. Pursuant to this Court's Order at Docket No. 280, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's claims against Defendants without imposition of costs, expenses, or attorney's fees in <u>Federal Reserve Bank of San Francisco v. Benworth Capital Partners LLC et al.</u>, Civil No. 24-01313 under Rule 41(a)(1)(A)(ii).

On August 20, 2024, <u>Oto Analytics, LLC v. Benworth Capital Partners PRLLC, et al.</u>, Civil No. 23-01034 was consolidated with Civil No. 24-cv-01313. Because Partial Judgment was entered at

Docket No. 196 dismissing with prejudice the claims filed in Civil No. 23-01034, no claims remain in this consolidated action.

Both Civil No. 23-01034 and Civil No. 24-01313 are now closed for statistical purposes.

IT IS SO ORDERED

IN San Juan, Puerto Rico, September 10, 2025.

<u>s/Gina R. Méndez-Miró</u>
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE